IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 05-cv-01421 ) Judge Paul L. Friedman ) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

**AFFIDAVIT OF SERVICE OF PROCESS BY REGISTERED / CERTIFIED MAIL**

I, Nicholas S. McConnell, under oath do hereby state that I posted certified letters, return receipt requested, addressed to the Office of the Attorney General of the United States at Washington, District of Columbia, and to the United States Attorney for the District of Columbia, such letters each containing a summons and a copy of the complaint. Certified mail receipts signed by an authorized representative of each party are attached hereto.

_____
Nicholas S. McConnell

Subscribed and sworn to before this 19th day of September, 2005

_____
Notary Public

My commission expires:
My Commission Expires February 28, 2009

281125v.1

## Certificate of Service

I hereby certify that on this 19th day of September, 2005, a true copy of the Affidavit of Service by Certified Mail was sent, via first-class mail, postage pre-paid, to:

>Hon. Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>Civil Division
>501 3rd Street
>Washington, DC  20530
>
>Hon. Alberto R. Gonzales
>Attorney General of the United States
>Department of Justice
>950 Pennsylvania Ave., NW
>Washington, DC  20530

Nicholas S. McConnell

281125v.1