**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20530

| | |
|---|---|
| Postage | $ $0.60 |
| Certified Fee | $2.30 |
| Return Reciept Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.65 |

Postmark Here  07/25/2005

7003 1680 0002 5510 6628

Sent To: Hon. Kenneth L. Wainstein, U.S. Attorney for the District of Columbia, Civil Division
Street, Apt. No.; or PO Box No. 501 3rd Street, NW
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, June 2002        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Kenneth L. Wainstein
United States Attorney
for the District of
Columbia
Civil Division
501 3rd Street, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*    B. Date of Delivery

C. Signature
X _Ernest L. Park_    ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

AUG 01 2005

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number *(Copy from service label)*
   7003 1680 0002 5510 6628

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952