UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DAVID A. HAYES,**<br>**5840 Cameron Run Terrace**<br>**Apartment 1623**<br>**Alexandria, VA 22303,**<br><br>        **Plaintiff,**<br><br>   v.<br><br>**UNITED STATES OF AMERICA,**<br>**501 3rd St., NW**<br>**Washington, DC 20530,**<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-01421 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Claire Whitaker as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 4th St., N.W.
Room E4204
Washington, D.C. 20530
(202) 514-7137