# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID A. HAYES,**<br>5840 Cameron Run Terrace<br>Apartment 1623<br>Alexandria, VA 22303,<br><br>      **Plaintiff,**<br><br> v.<br><br>**UNITED STATES OF AMERICA,**<br>501 3rd St., NW<br>Washington, DC 20530,<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-01421 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), defendant moves for an extension of time, to and including February 9, 2006, to answer or otherwise respond to the allegations in the complaint in this case. Plaintiff's counsel has graciously consented to this motion. This is defendant's first extension of time. The reasons for this motion are as follow:

Although the Court's docket reflects that service of the complaint in this case was made on the defendant by certified mail to the United States Attorney's Office, it was not received by "civil process clerk" as required by Fed. R. Civ. P. 4(i)(1)(A). Moreover, the defendant agency, the Smithsonian Institution, was not served with process pursuant Fed. R. Civ. P. 4(i)(1)(B). It was not until December 9, 2005, that undersigned counsel was made aware of this action. In order to respond to the complaint fully, the defendant will need the normal sixty days to undertake an investigation of the case and answer the complaint. This is particularly necessary in light of the fast approaching holiday season and the anticipated vacation schedules of staff.

WHEREFORE, it is respectfully requested that an extension of time, to and including February 9, 2006, be granted for the filing of defendant's answer or other response in this case. A proposed order is attached.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, Bar #451058
United States Attorney


_____
R. Craig Lawrence, Bar #171538
Assistant United States Attorney


_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 4th St., N.W.  Room 10-917
Washington, D.C. 20530
(202) 514-7137