UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID A. HAYES,**<br>**5840 Cameron Run Terrace**<br>**Apartment 1623**<br>**Alexandria, VA 22303,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**UNITED STATES OF AMERICA,**<br>**501 3rd St., NW**<br>**Washington, DC 20530,**<br><br>    **Defendant.** | Civil Action No. 05-01421 (PLF) |

## ORDER

Upon consideration of defendant's consent motion for extension of time and for good cause shown, it is this _____ day of _____, 200_,

ORDERED, that said motion is granted. Defendants shall have to and including February 9, 2006, to file an answer or otherwise respond to the complaint in this case.

_____       _____
            Date                                            UNITED STATES DISTRICT JUDGE

Copies to:

Nicholas S. McConnell, Esq.
JACKSON & CAMPBELL, PC
1120 - 20th St., NW (South Tower)
Washington, D.C. 20036-3437

CLAIRE WHITAKER
Assistant United States Attorney
501 3rd St., NW  Room E-4204
Washington, DC  20530