IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-cv-01421 [PLF]<br>)<br>)<br>)<br>)<br>) |

## DISCOVERY PLAN AND TRIAL ORDER

UPON CONSIDERATION of the parties' JOINT LCVR. 16.3(c) STATEMENT, and the entire record herein, it is, this _____ day of _____, 2006,

ORDERED, that the following discovery and trial schedule be entered:

| **Discovery Event - Trial** | **Date** |
|---|---|
| Parties to File Rule 21(a)(1) Initial Disclosures | No later than Wednesday, March 22, 2006 |
| Plaintiff's Identification of Expert Witnesses | No later than Monday, May 8, 2006 |
| Defendant's Identification of Expert Witnesses | No later than Wednesday, June 7, 2006 |
| Last Date to File Written Discovery | Friday, June 23, 2006 |
| Close of All Discovery | Monday, August 7, 2006 |
| Dispositive Motions Due | No later than Wednesday, September 6, 2006 |
| Opposition to Dispositive Motions Due | No later than Monday, September 18, 2006 |
| Replies to Oppositions to Dispositive Motions Due | No later than Monday, September 25, 2006 |

2

| | |
|---|---|
| Pretrial Conference | To Be Determined at Initial Scheduling Conference |
| Trial Start Date | To Be Determined at Initial Scheduling Conference |

_____
PAUL L. FRIEDMAN
United States District Judge

297033v1

2