UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01421 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves for an extension of time to and including July 7, 2006, to serve plaintiff with defendant's expert disclosures pursuant to Fed. R. Civ. R. 26(a)(2)(B) in this tort matter involving a bicycle accident near the North Gate of the National Zoo, in Rock Creek Park. Defendant's expert disclosures are due June 7, 2006. Plaintiff's counsel has graciously consented to this motion. This is defendant's first extension of time relating to the discovery in this case and should not have impact on the remaining dates in this Court's March 8, 2006, scheduling order. R. 7. The reasons for this motion are as follow:

Plaintiff provided defendant with his expert report, dated May 16, 2006. Defendant has had less than three weeks to review it and provide its expert report. As plaintiff's report raises issues concerning the design of the path as well the matters raised in plaintiff's complaint, defendant is required to investigate whether there are additional defenses to plaintiff's claim. In addition, although defendant contemplated the use of an accident reconstruction expert relative to the allegations in the complaint, and had in fact consulted with one prior to receiving plaintiff's complaint, as plaintiff's expert report raises issues not clearly outlined in his complaint, it appears that a second expert is necessary to address them. Accordingly, it is

respectfully requested that an extension of time for defendant's Rule 26(a)(2) disclosure be granted, to and including July 7, 2006.  A proposed order is attached.

                Respectfully submitted,

                /s/
                KENNETH L. WAINSTEIN , D.C. Bar # 451058
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. Bar # 434122
                Assistant United States Attorney

                /s/
                CLAIRE WHITAKER, D.C. Bar # 354530
                Assistant United States Attorney