UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **DAVID A. HAYES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-01421 (PLF) |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of defendant's consent motion for extension of time and for good cause shown, it is this _____ day of _____, 200_,

ORDERED, that said motion is granted. Defendant shall have to and including July 7, 2006, to to serve plaintiff with defendant's expert disclosures pursuant to Fed. R. Civ. R. 26(a)(2)(B).

_____         _____
             Date                                              UNITED STATES DISTRICT JUDGE

Copies to:

Nicholas S. McConnell, Esq.
JACKSON & CAMPBELL, PC
1120 - 20th St., NW (South Tower)
Washington, D.C. 20036-3437

CLAIRE WHITAKER
Assistant United States Attorney
501 3rd St., NW  Room E-4204
Washington, DC  20530