UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>      Defendant. )<br>) | Civil Action No. 05-01421 (PLF) |

## MOTION TO AMEND SCHEDULING ORDER

This is a tort case involving a bicycle accident near the North Gate of the National Zoo, in Rock Creek Park. Defendant moves to amend the scheduling order (R. 7) as follows:

1. Any motion to amend the pleadings or join additional parties shall be made by July 31, 2006 (vice March 29, 2006). An answer, or other response, will be filed in accordance with the rules of this Court.

2. Discovery, including expert discovery, shall be completed by October 31, 2006.

3. Dispositive motions after discovery will be filed November 30, 2006, with oppositions and replies filed in accordance with the rules of this Court.

Defendant makes this request because plaintiff's expert has raised new issues involving the National Park Service ("NPS") in his Fed. R. Civ. P. 26(a)(2) report to defendant's counsel. The administrative claim was filed with the Smithsonian Institution. Because of these issues, further discovery, including expert discovery, should await a determination as to the role of the NPS in this litigation. It is defendant's understanding that plaintiff is now prepared to amend his complaint. Accordingly, a period for this amendment and an amended answer or other response is needed before additional discovery may proceed. This amendment contemplates that all

discovery, including expert discovery, which had separate deadlines in the scheduling original order, will end at the same time, i.e., October 31, 2006. Plaintiff also has no objection to an extension of the discovery period. However, plaintiff's counsel was not available before the filing of this motion to consent to the exact dates proposed. A proposed order is attached.

                                        Respectfully submitted,

                                        /s/
                                      KENNETH L. WAINSTEIN , D.C. Bar # 451058
                                      United States Attorney

                                        /s/
                                      RUDOLPH CONTRERAS, D.C. Bar # 434122
                                      Assistant United States Attorney

                                        /s/
                                      CLAIRE WHITAKER, D.C. Bar # 354530
                                      Assistant United States Attorney