# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DAVID A. HAYES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-01421 (PLF) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of defendant's motion to amend the scheduling order, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that said motion is granted. The scheduling order ( R. 7) is amended as follows:

1. Any motion to amend the pleadings or join additional parties shall be made by July 31, 2006 (vice March 29, 2006). An answer, or other response, will be filed in accordance with the rules of this Court.

2. Discovery, including expert discovery, shall be completed by October 31, 2006.

3. Dispositive motions after discovery will be filed November 30, 2006, with oppositions and replies filed in accordance with the rules of this Court.

_____          _____
            Date                                                    UNITED STATES DISTRICT JUDGE

Copies to:

Nicholas S. McConnell, Esq.
JACKSON & CAMPBELL, PC
1120 - 20th St., NW (South Tower)
Washington, D.C. 20036-3437

CLAIRE WHITAKER
Assistant United States Attorney
501 3rd St., NW  Room E-4204
Washington, DC  20530