UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01421 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO AMEND ANSWER

      This is a tort case involving a bicycle accident near the North Gate of the National Zoo in Rock Creek Park, Washington, D.C. Defendant moves to amend its answer to include the "discretionary function" defense. Defendant's counsel has discussed the need to amend defendant's answer with plaintiff's counsel in light of the fact that plaintiff's expert has raised an issue concerning the design and maintenance of the bike path in front of the gate that is in issue in this litigation. Defendant asserts that this issue was not raised in plaintiff's complaint or in the administrative claim filed with the agency, but was presented for the first time, in the report of plaintiff's expert, David G. Dionne.

      Because the "discretionary function" defense is an affirmative defense, defendant is required to raise it in its answer. No prejudice will result to plaintiff by this amendment as plaintiff has been aware of defendant's concern since the service of his expert report on defendant. Indeed, the ensuing discussions resulted in both parties agreeing to a modification of the scheduling order to permit amended pleadings by July 31, 2006.

A proposed order and the Amended Answer are attached.[1]

                                          Respectfully submitted,

                                          /s/
                                        KENNETH L. WAINSTEIN , D.C. Bar # 451058
                                        United States Attorney

                                          /s/
                                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                                        Assistant United States Attorney

                                          /s/
                                        CLAIRE WHITAKER, D.C. Bar # 354530
                                        Assistant United States Attorney

---

[1] The only amendment that has been made to the original answer is to make Paragraph 8 in that answer Paragraph 9 in the Amended Answer, and to make a new Paragraph 8 that reflects the "discretionary function" defense.