**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| **DAVID A. HAYES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-01421 (PLF)** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of defendant's motion to amend its answer to include the

"discretionary function" defense, and for good cause shown, it is this _____ day of

_____, 2006,

ORDERED, that said motion is granted; and it is

FURTHER ORDERED.  that defendant's Amended Answer is timely filed with the

Court.

_____          _____
              Date                                    UNITED STATES DISTRICT JUDGE

Copies to:

Nicholas S. McConnell, Esq.
JACKSON & CAMPBELL, PC
1120 - 20th St., NW (South Tower)
Washington, D.C. 20036-3437

CLAIRE WHITAKER
Assistant United States Attorney
501 3rd St., NW  Room E-4204
Washington, DC  20530