UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID A. HAYES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-01421 (PLF) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an additional extension of the discovery period, to and including January 8, 2007, in this Federal Tort Claims Act case involving a bicycle accident on the bike path in the Rock Creek Park near the Zoo, which is under the auspices of the Smithsonian Institution. Discovery closes on October 31, 2006. Plaintiff has consented to this motion. The reasons for this motion are as follow:

The parties have engaged in discovery, including the deposition of plaintiff and some expert discovery. However, various issues have been identified concerning, for example, the absence of the U.S. Department of Interior's National Park Service as a defendant agency and whether plaintiff is asserting claims not found in his administrative claim presented to the Smithsonian Institution. Defendant has amended its answer [see Minute Order of 8/7/06] and will take additional discovery on these issues in addition to others raised by plaintiff. Because plaintiff's counsel has had a very demanding trial schedule during the last two months, it has been very difficult to schedule the depositions of both expert and fact witnesses. The parties now have a tentative plan for depositions during November and/or early December and believe that discovery may be concluded in early January 2007. Accordingly, it is respectfully requested

that the discovery period should be extended to January 8, 2007.

WHEREFORE, it is respectfully requested that an extension of time, to and including January 8, 2007, for the close of all discovery in this case. Defendant will file its dispositive motion within thirty days of the close of discovery. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137