UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01421 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's consent motion for extension of time and for good cause shown, it is this _____ day of _____, 200_,

ORDERED, that said motion is granted. Discovery, including expert discovery, will conclude on January 8, 2007; and it is

FURTHER ORDERED, that dispositive motions after discovery will filed on February 7, 2007, with oppositions and replies in accordance with the rules of this Court.

_____    _____
            Date                                                         UNITED STATES DISTRICT JUDGE

Copies to:

Nicholas S. McConnell, Esq.
JACKSON & CAMPBELL, PC
1120 - 20th St., NW (South Tower)
Washington, D.C. 20036-3437

CLAIRE WHITAKER
Assistant United States Attorney
501 3rd St., NW  Room E-4204
Washington, DC  20530