UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01421 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), the parties move for an additional extension of the discovery period in this case, to and including April 6, 2007. This discovery will exclude further discovery into plaintiff's damages claim pending further order of the Court. The parties desire to stay this discovery until a ruling on the liability issue in the case   Discovery now closes on January 8, 2007. This motion is being made for the following reasons:

1) Fact discovery is complete, except for discovery into plaintiff's medical/damages claim. The parties agree that such discovery should be stayed pending a ruling on dispositive motions.

2) Expert discovery in connection with the condition of the bike path on the day of the accident is almost completed. Plaintiff's expert (warning signs) was deposed on December 6, 2006. Thereafter, defendant requested expedited delivery of the transcript of the deposition. However, the transcript was not delivered to undersigned counsel until January 3, 2007. On that date, the transcript was forwarded to defendant's expert on the same topic who is expected to submit his report within the next thirty days.

3) Plaintiff anticipates taking additional expert discovery. However, counsel for plaintiff

is unavailable for such deposition(s) during the next two months due to a heavy litigation schedule. Plaintiff therefore asks that discovery be extended for 90 days.

WHEREFORE, it is respectfully requested that an extension of time, to and including April 6, 2007, for the close of discovery in this case, except for discovery related to plaintiff's damages claim. Defendant will file his dispositive motion on the liability issue within thirty days after the close of discovery. A proposed order is attached.

Respectfully submitted,

_____/s/_____
NICHOLAS S. McCONNELL, #167742
1120 20th St., NW (South Tower)
Washington, D.C. 20036-3437
(202) 457-1600

_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137