UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **DAVID A. HAYES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-01421 (PLF) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
|_____) | |

### ORDER

Upon consideration of the parties' joint motion for extension of time and for good cause shown, it is this _____ day of _____, 200_,

ORDERED, that said motion is granted. Discovery, [except for discovery into plaintiff's damages claim which is stayed], will conclude on April 6, 2007; and it is

FURTHER ORDERED, that dispositive motions after discovery will filed on May 7, 2007, with oppositions and replies in accordance with the rules of this Court.

_____       _____
                Date                                            UNITED STATES DISTRICT JUDGE

Copies to:

NICHOLAS S. McCONNELL, Esq.
JACKSON & CAMPBELL, PC
1120 - 20th St., NW (South Tower)
Washington, D.C. 20036-3437

CLAIRE WHITAKER
Assistant United States Attorney
501 3rd St., NW  Room E-4204
Washington, DC  20530