UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-01421 (PLF) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

### MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves for an extension of time, to and including May 29, 2007, for the filing of dispositive motions. The deadline for dispositive motions is presently May 7, 2007. Undersigned counsel primarily assigned to this case has attempted unsuccessfully to consult with plaintiff's counsel concerning this motion. However, counsel notes that both parties will benefit from this motion and no other Court deadlines have been set.

The reasons for this extension of time are as follows: There are two governmental entities involved in this litigation. The first one is the Smithsonian Institution, the agency to which the administrative claim was directed. The second one is the Department of Interior, National Park Service. As the litigation has developed during discovery, it is clear that plaintiff believes warning signs were needed in certain places along the bike path. In order to address this issue, it was necessary to obtain a declaration from the National Park Service. However, that declaration could not be finalized for filing with the Court by the due date of defendant's dispostive motion. In addition, undersigned counsel primarily assigned to the case has previously scheduled leave and will be out of the country commencing on May 8, 2007, and

returning on May 15, 2007.

WHEREFORE, it is respectfully requested that an extension of time, to and including May 29, 2007, for the filing of dispositive motions in this case. A proposed order is attached.

                                        Respectfully submitted,

                                        /s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

                                        /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                                        /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137