# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-01421 (PLF) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defendant's motion to extend the time to file dispositive motions, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion is granted; and it is

FURTHER ORDERED. that the deadline for dispositive motions is extended to and including May 29, 2007.

_____      _____
            Date                                                    UNITED STATES DISTRICT JUDGE

Copies to:

Nicholas S. McConnell, Esq.
JACKSON & CAMPBELL, PC
1120 - 20th St., NW (South Tower)
Washington, D.C. 20036-3437

CLAIRE WHITAKER
Assistant United States Attorney
501 3rd St., NW  Room E-4204
Washington, DC  20530