IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-cv-01421 |
| | ) Judge Paul L. Friedman |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Plaintiff does not object to defendant's request for an extension of time to and including May 29, 2007, for the filing of any dispositive motions herein. Plaintiff's counsel would have so stated in an email received May 7, 2007 but had not been able to respond to the email on short notice.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By: _____
Nicholas S. McConnell (#167742)
1120 – 20th Street, NW (South Tower)
Washington, DC 20036-3437
(202) 457-1600
nmcconnell@jackscamp.com

Attorney for Plaintiff David A. Hayes

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Certificate Regarding Discovery was served via first-class mail, postage paid, on this 8th day of May, 2007, to:

    Claire Whitaker, Esq.
    Assistant United States Attorney
    U.S. Attorney's Office
    555 4th Street, NW – Civil Division
    Washington, DC  20530
    (202) 514-7137

    Attorney for Defendant

    Christine Nicholson, Esq.
    Associate General Counsel
    Smithsonian Institution
    Office of the General Counsel
    1000 Jefferson Drive, SW, Suite 302
    Washington, DC  20560-0012

    Of Counsel

*/s/ Nicholas S. McConnell*
Nicholas S. McConnell