UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01421 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves for an extension of time, to and including July 9, 2007, for the filing of dispositive motions. The deadline for dispositive motions is presently May 29, 2007. Undersigned counsel primarily assigned to this case has consulted with plaintiff's counsel who indicated that plaintiff consents to this motion.

Defendant requests this extension for two primary reasons:

1. Defendant agencies and counsel need to explore the importance of a supplemental report received from plaintiff and to review in full the documentation relied on in the report. For example, one of the documents relied on by plaintiff in the supplemental report is an excerpt from a document that plaintiff identifies as a 1990 National Park Service (NPS) publication. However, defendant has been unable to locate this document through the NPS. Because the NPS questions that this document is, indeed, a NPS publication, plaintiff has been asked to provide it in its entirety. After it has been reviewed, defendant will finalize its motion for summary judgment.

2. Undersigned counsel primarily assigned to the case will be away from the office from June 6 through June 20, 2007, on pre-scheduled annual leave. Because there may be need for additional declarations as a result of the review of the aforesaid document and because of counsel leave schedule, it is respectfully requested that an extension of time be granted for the filing of dispositive motions in this case, to and including July 9, 2007.

As noted above, plaintiff consents to this motion. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137