UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES,            )<br>                                        )<br>        Plaintiff,             )<br>                                        )<br>    v.                                )<br>                                        )<br>UNITED STATES OF AMERICA,  )<br>                                        )<br>        Defendant.           )<br>                                        ) | Civil Action No. 05-01421 (PLF) |

### ORDER

Upon consideration of defendant's consent motion to extend the time to file dispositive motions, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion is granted; and it is

FURTHER ORDERED. that the deadline for dispositive motions is extended to and including July 9, 2007.

_____        _____
            Date                                              UNITED STATES DISTRICT JUDGE

Copies to:

Nicholas S. McConnell, Esq.
JACKSON & CAMPBELL, PC
1120 - 20th St., NW (South Tower)
Washington, D.C. 20036-3437

CLAIRE WHITAKER
Assistant United States Attorney
501 3rd St., NW  Room E-4204
Washington, DC  20530