IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-cv-01421 |
| | ) Judge Paul L. Friedman |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S REPLY TO DEFENDANT'S CONSENT MOTION
FOR EXTENSION OF TIME**

Plaintiff consents to the relief requested in Defendant's Consent Motion for extension of time, filed 05/29/2007, but does not agree with the following statements in the submission:

The Defendant states that one of the "two primary [sic] reasons" for requesting the extension is that Defendant could not locate a document identified in Plaintiff's expert's supplemental report as an excerpt from a 1990 National Park Service (NPS) publication. Plaintiff's Consent Motion for Extension of Time ("Pltf's Consent Motion"), p. 1. Defendant represented that Plaintiff had been asked to provide the document in its entirety but Plaintiff did not receive that request until the very date the Consent Motion itself was filed. Any suggestion that Defendant's inability to comply with the previous deadline for dispositive motions could be attributed to a delay by Plaintiff in producing documents in this case is incorrect. Plaintiff has now produced this document to Defendant in its entirety, including the title page which shows that the document was "Prepared by . . . National Park Service United States Department of the Interior," as

- 2 -

well as the final cover sheet of the document, again showing the document as having been published by "National Park Service / United States Department of the Interior" and bearing further identification as GPO 775-781, presumably indicating that this is a Government Printing Office document.

        Respectfully submitted,

        JACKSON & CAMPBELL, P.C.

        By: /s/ Nicholas S. McConnell
            Nicholas S. McConnell (#167742)
            1120 – 20th Street, NW (South Tower)
            Washington, DC  20036-3437
            (202) 457-1600
            nmcconnell@jackscamp.com

        Attorney for Plaintiff David A. Hayes

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2007 a copy of the foregoing Plaintiff's Reply to Defendant's Consent Motion for Extension of Time was electronically filed with the Clerk of the Court, and that notification of such filing was sent electronically to:

> Claire Whitaker, Esq.
> Assistant United States Attorney
> U.S. Attorney's Office
> 555 4th Street, NW – Civil Division
> Washington, DC 20530
> (202) 514-7137
>
> Attorney for Defendant
>
> Christine Nicholson, Esq.
> Associate General Counsel
> Smithsonian Institution
> Office of the General Counsel
> 1000 Jefferson Drive, SW, Suite 302
> Washington, DC 20560-0012
>
> Of Counsel

                /s/ Nicholas S. McConnell
                Nicholas S. McConnell

347808v.1