UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID A. HAYES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-01421 (PLF) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves for an extension of time, to and including July 18, 2007, for the filing of defendant's motion to dismiss or for summary judgment in this Federal Tort Claims Act case, involving a bicycle accident on the Rock Creek trial near the National Zoo. The deadline for dispositive motions is presently July 9, 2007. Undersigned counsel primarily assigned to this case has consulted with plaintiff's counsel who indicated that plaintiff consents to this motion.

Defendant requests this extension due to the inability of undersigned counsel to consult with agency counsel [National Park Service] during the first week of July concerning plaintiff's supplemental report and an excerpt from a 1990 National Park Service (NPS) publication on safety issues, purportedly relevant to the issue in this case.

During the week of July 9, 2007, counsel will resolve the issues related to plaintiff's supplemental report to defendant. Thereafter, defendant's counsel will finalize the dispositive motion and circulate it to both the NPS and the Smithsonian Institution.

As noted above, plaintiff consents to this motion. A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137