# Exhibit 1

# Letter from Barbara P. Hayes to the National Park Service dated February 2, 2004.

3603 Old Dominion Boulevard
Alexandria, Virginia 22305-1325
February 2, 2004

Terry Carlstrom, Regional Director
National Park Service
National Capital Region
1100 Ohio Drive, S.W., #336
Washington, DC 20242

Dear Mr. Carlstrom:

I am writing to alert you to a dangerous situation in Rock Creek Park.

My son grew up in Alexandria, but now lives in Virginia Beach. He came home for a Christmas visit, bringing his bike, as he enjoys riding on the trails in this area.

On December 25, 2003, he went for a bike ride in the afternoon, riding away from home on the Capital Crescent trail, and returning on the Rock Creek Park trail. As he approached the Zoo tunnel, he wondered if it was the way to go, since it has a very narrow sidewalk. Then he saw the paved trail curving to the right, and assumed it was the way bikers should go. He followed the trail to the right, only to encounter a barricade across the trail. He slammed on the brakes, avoiding hitting the barricade, but was thrown from his bike, landing on his head and his right arm. Fortunately, he was wearing his helmet, and his head sustained only bruises and scrapes. But his arm was not as lucky, and hurt badly in the wrist area.

A passerby loaned him a cell phone, and he called me. I picked up my son and his bicycle, and we went to Alexandria Hospital, where an X-ray showed the arm was broken. They put it in a splint, and made an appointment for him to see an orthopedic specialist on December 29 (Monday) to get a cast.

The orthopedist said the arm needed surgery. The earliest they could operate in Alexandria was on Friday, January 2nd, due to the New Year's holiday. My son got the number of an orthopedic specialist in Virginia Beach, where he lives, and they could see him the next day, and possibly operate the same day, so he returned home. The wrist specialist in Virginia Beach was on vacation, and they finally operated on January 8, 2004.

He now has two metal strips in his arm and a bone that is chipped; I assume these are permanent conditions. He also has a metal bar alongside his arm, with two pieces of hardware that screw into his arm and bone in two places, above and below the wrist, to keep it immobile. A snapshot is enclosed.

continued . . .

1

To:   Terry Carlstrom  
From: Barbara Hayes

Page 2  
February 2, 2004

    Needless to say, this whole episode has been painful, inconvenient, and expensive. It was also totally unnecessary. There were not then, and are not now, any signs or traffic cones warning of the barricade. My son is safety conscious, and would have heeded such warnings.

    I consider the National Park Service responsible for this accident, and strongly recommend that you put up warning signs as the trail approaches the barricade, and orange traffic cones where the trail turns to the right, before another biker is injured.

Yours truly,

Barbara P. Hayes

cc: Gloria Brown, Risk Management Officer

Enclosure