# Exhibit 2

# Declaration of Adrienne Coleman (National Park Service)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID A. HAYES,            )
                           )
     Plaintiff,            )
                           )   Civil Action No. 05-01421 (PLF)
     v.                    )
                           )
UNITED STATES OF AMERICA,  )
                           )
     Defendant.            )

Declaration of Adrienne Coleman

I, Adrienne Coleman, make this declaration in lieu of an affidavit pursuant to 28 U.S.C. §1746. I am aware that this declaration may be filed in the United States District Court for the District of Columbia, and that it is the legal equivalent of a statement under oath.

1. I am the Superintendent for Rock Creek National Park, National Park Service, U.S. Department of the Interior, 3545 Williamsburg Lane N.W., Washington, D.C. 20008. I have been so employed since May 1997. I have been employed by the National Park Service since 1980.

2. The Rock Creek Park Trail was designed to abide by the purpose of the National Park Service: purpose is to conserve the scenery and the natural and historic objects and the wild life therein and to provide for the enjoyment of the same in such manner and by such means as will leave them unimpaired for the enjoyment of future generations. 16 U.S.C. §1.

3. Construction began on the Rock Creek Park Trail in the early half of the 1900's and was complete prior to 1980.

4. It is the policy of the National Park Service to design trails that adhere to this mandate, and to intrude only minimally upon the natural or historic setting and to avoid a proliferation of signs while providing for the safety of park visitors.

5. The Rock Creek Park Trail is a multi-use trail, meaning it was designed and is intended for the use of all park visitors, not just bicyclists. Motor vehicle, including automobiles, motorbikes, and motorcycles are not permitted on the Trail. Its use is limited to recreational activities.

6. Multi-use park trails are not intended to provide fast and convenient transportation. National Park Service Road Standards, page 2.

1

7. The condition of the Rock Creek Park Trail is routinely inspected and evaluated by members of my staff. A review of the maintenance records shows no repairs have been made to the portion of the Trail at which plaintiff claims to have been injured as a result of the alleged incident.

8. The National Park Service has limited available funds and placement of numerous signs, or repair of every cosmetic crack in the sidewalks and trails would cripple the operating budget of the Rock Creek Park and prevent allocation of funds for other projects needing attention in the Park including recreational activities, maintenance of roads and paths, as well as publishing brochures for visitor use, among others.

9. The National Park Service vests decision-making authority in park superintendents. National Park Service Director's Order #50C provides:

> "The means by which public safety concerns are to be met is left to the discretion of superintendents and other decision-makers at the park level. Examples include decisions about whether to install warning signs or artificial lighting; distribute weather warnings or advisories; ... close roads and trails, or install guardrails and fences..."

10. Maintenance of the Rock Creek Park Trail is scheduled and performed only upon determination that maintenance is warranted. In deciding whether or not to undertake maintenance of the Trail, we balance the safety of park visitors, the aesthetics of the surrounding area, the potential for environmental impact or damage, the harmony of the park environment, and available funds.

11. In deciding whether or not to place a warning sign, or what type of sign to place, I refer to the "National Park Service Sign Manual" for guidance and take into account engineering judgment, the aesthetics of the physical surroundings of the area in question, natural and historic features, the park visitors' enjoyment and appreciation, and funds available for Rock Creek Park Trail.

12. No specific standards of design or for signs are required for recreational trails. The National Park Service considers the American Association of State Highway and Transportation Officials (AASHTO) and the Manual on Uniform Traffic Control Devices (MUTCD) guidelines, the experience of other trail developers, and comments from the public during the design and construction or reconstruction of recreational trails.

13. Designation of sign locations for trails designed and constructed or reconstructed after 1988 are prepared consistent with the guidance in the "National Park Service Sign Manual" (1988) which provides, "the individual park manager...has the responsibility for determining whether or not a sign is necessary or appropriate at a

given location. The decision to utilize a particular sign at a particular location requires the professional judgment of the park manager- drawing upon available guides [and] resources...and considering a variety of other factors..."

14. In making decisions concerning the design and placement of signs on trails in Rock Creek Park, the long standing National Park Service policy to intrude only minimally upon the natural or historic setting and to avoid a proliferation of signs must be taken into account. National Park Service policy also recognizes that park visitors assume a substantial degree of risk and responsibility for their own safety when visiting areas that are managed and maintained as recreational environments.

15. Placement of numerous signs would impinge on the natural beauty of the area and certainly detract from the aesthetic resources along the path negatively impacting the visitor experience.

16. In February, 2004, Rock Creek Park received a letter dated February 2, 2004, from Barbara P. Hayes (plaintiff's mother) regarding a bike accident her son allegedly sustained in Rock Creek Park on December 25, 2003. See Attached Letter.

17. Ms. Hayes' complaint dealt with issues concerning the lack of warning signs on a gate across the Rock Creek Park Trail. My office determined the property at issue was administered by the National Zoo. On February 20, 2004, I responded to Ms. Hayes' letter and referred her to the Smithsonian Institution, the agency that oversees the Zoo. See Attached Letter.

I declare under penalty of perjury that the foregoing is true and correct based upon my knowledge, information, and belief, and based upon information provided by employees of the United States Department of the Interior and records maintained by that agency.

Dated this 17 day of July, 2007

Adrienne Coleman
Superintendent
Rock Creek Park
National Park Service
U.S. Department of the Interior
3545 Williamsburg Lane N.W.
Washington, D.C. 20008