# Exhibit 4

# Letter Denying Administrative Claim

**Smithsonian Institution**

Office of the General Counsel

Via Certified or Registered mail

April 26, 2005

Nicholas S. McConnell, Esquire
Jackson & Campbell, P.C.
1120 - 20th Street, NW, South Tower
Washington, DC 20036-3437

    Claim Number: TO05000002
               David Hayes

**RE: Federal Tort Claim against the Smithsonian Institution**

Dear Mr. McConnell :

    On November 5, 2004, you filed on behalf of your client, David Hayes, a Standard Form 95, *Claim for Damages, Injury or Death*, with the Smithsonian Institution in the amount of $250,000 for injuries sustained during a bicycle accident. The claim has been processed by the Smithsonian Institution in accordance with the provisions of the Federal Tort Claims Act, 28 U.S.C. § 1346(b) and §§ 2671-2680.

    Pursuant to the Act, a claim for money damages against the United States may be allowed for "injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable...in accordance with the law of the place where the act or omission occurred."

    Consistent with the above authority, the claim has been investigated and a report provided to me. Upon reviewing the claim and the investigative report, I cannot approve your claim. The Smithsonian Institution is not an insurer for all injuries occurring on its property. As stated above, the Federal Tort Claims Act only allows recovery in instances in which a federal employee has performed some negligent act, or negligently failed to do so. Such facts are not presented by your claim.

Smithsonian Institution Building, Suite 302
P.O. Box 23286
Washington, D.C. 20026-3286
202 357 2583 (Telephone)
202 357 4310 (Fax)

**EXHIBIT B**


RECEIVED MAY -9 2005 JACKSON & CAMPBELL

If you believe this decision to be in error, pursuant to United States Code and Title 28 of the Code of Federal Regulations, Chapter 1, Section 14.9, you may file a written request for reconsideration within six months of the date of this letter. You may also choose to file suit in a court of appropriate jurisdiction. In any event, on behalf of the Smithsonian Institution, I am sorry for any inconvenience this incident may have caused you.

Sincerely,

John E. Huerta
General Counsel