# Exhibit 7

# Letter to Barbara P. Hayes to Adrienne Coleman dated February 20, 2004



## United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
Rock Creek Park
3545 Williamsburg Lane, N.W.
Washington, D.C. 20008-1207



IN REPLY REFER TO:

W3417 (NCR-ROCR)

FEB 20 2004

Ms. Barbara P. Hayes
3603 Old Dominion Boulevard
Alexandria, Virginia 22305-1325

Dear Ms. Hayes:

Regional Director Terry Carlstrom has asked me to respond on his behalf regarding to your correspondence concerning a dangerous situation at Rock Creek Park. I am truly sorry for the injuries that your son incurred on Christmas Day 2003.

We requested that our safety manager, Dave Pompilio, investigate this incident based on the information you provided. I understand that Dave spoke to you directly to gain more insight into the incident. The investigation revealed that the area in question is not park of the Rock Creek Park administrative area. The National Zoo administers this area as it is within their property boundary. The National Zoo occasionally closes the gate that permits bicyclists and pedestrians to walk through their property, rather than go through the tunnel on Beach Drive.

National Zoo authorities stated that they did have the gate closed on December 25th, 2003. The Zoo is totally closed to all visitors every December 25th. The National Zoo also closes the gate intermittently in the winter due to icy conditions. We are working with National Zoo officials to determine potential ways to warn pedestrians and bicyclists when the gate is closed. We are corresponding with Sergeant Seguin of the National Zoo Police and he can be reached at 202-673-4731.

We will continue to work closely with the National Zoo and our staff to make Rock Creek Park safer.

Sincerely,

Adrienne A. Coleman
Superintendent, Rock Creek Park

