UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID A. HAYES,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-01421 (PLF) |

**ORDER**

Upon consideration of defendant's motion to dismiss or for summary judgment, the opposition and reply thereto, and after a review of the entire record in this case, it is this

_____ day of _____, 2007,

ORDERED, that said motion is granted for the grounds set forth in defendant's memorandum of points and authorities; and it is

FURTHER ORDERED that this case is dismissed with prejudice.

_____    _____
            Date                                                    UNITED STATES DISTRICT JUDGE

Copies to:

NICHOLAS S. McCONNELL, Esq.
JACKSON & CAMPBELL, PC
1120 - 20th St., NW (South Tower)
Washington, D.C. 20036-3437

CLAIRE WHITAKER
Assistant United States Attorney
501 3rd St., NW  Room E-4204
Washington, DC  20530