IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID A. HAYES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-01421 |
| | ) | Judge Paul L. Friedman |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), plaintiff moves for an extension of time, to and including August 13, 2007, for the filing of an opposition to defendant's motion to dismiss and/or for summary judgment. The date for plaintiff's opposition is July 30, 2007. Undersigned counsel has telephoned and left a message concerning this request with defendant's primary counsel, Assistant United States Attorney Claire M. Whitaker, but was not able to speak directly with Ms. Whitaker.

Plaintiff requests this extension to complete the review, analysis and draft of the opposition to defendant's motion as well as to obtain specific evidence to address defendant's claimed evidentiary basis for the motion.

Plaintiff has previously consented to requests by defendant for extensions of time in this matter and believes defendant will consent to this request. The additional time requested will not prejudice defendant.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.


By:_____/s/_____
    Nicholas S. McConnell (#167742)
    1120 – 20th Street, NW (South Tower)
    Washington, DC  20036-3437
    (202) 457-1600
    nmcconnell@jackscamp.com

Attorney for Plaintiff David A. Hayes

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was

electronically mailed to:

        Claire M. Whitaker, Esq.
        Assistant United States Attorney
        U.S. Attorney's Office
        555 4th Street, NW – Civil Division
        Washington, DC  20530
        (202) 514-7137

        Attorney for Defendant

        Christine Nicholson, Esq.
        Associate General Counsel
        Smithsonian Institution
        Office of the General Counsel
        1000 Jefferson Drive, SW, Suite 302
        Washington, DC  20560-0012

        Of Counsel

                         /s/
                  Nicholas S. McConnell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID A. HAYES                                            )
                                                         )
                              Plaintiff,                 )
                                                         )
              v.                                         )  Civil Action No. 05-cv-01421
                                                         )  Judge Paul L. Friedman
                                                         )
UNITED STATES OF AMERICA,                                )
                                                         )
                              Defendant.                 )

## ORDER

Upon consideration of plaintiff's motion to extend the time to file an opposition to defendant's motion to dismiss and/or for summary judgment, the entire record herein and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion is granted; and it is

FURTHER ORDERED, that the deadline for plaintiff to file an opposition to defendant's motion to dismiss and/or for summary judgment is extended to and including August 13, 2007.

_____
Date

_____
United States District Judge

Copies to:

Nicholas S. McConnell, Esq.
Jackson & Campbell, P.C.
1120 20th St., NW (South Tower)
Washington, D.C. 20036

- 5 -

Claire M. Whitaker, Esq.
Assistant United States Attorney
501 3rd St., NW Room E-4204
Washington, D.C. 20530