IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-cv-01421 |
| | ) Judge Paul L. Friedman |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## SUPPLEMENTAL MEMORANDUM IN SUPPORT
## OF MOTION FOR EXTENSION OF TIME

Plaintiff has now been advised that defendant consents to plaintiff's motion for additional time to and including August 13, 2007, to file an opposition to defendant's motion to dismiss and/or for summary judgment.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.


By: _____/s/_____
    Nicholas S. McConnell (#167742)
    1120 – 20th Street, NW (South Tower)
    Washington, DC  20036-3437
    (202) 457-1600
    nmcconnell@jackscamp.com

Attorney for Plaintiff David A. Hayes

409156v.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was electronically mailed to:

>Claire M. Whitaker, Esq.
>Assistant United States Attorney
>U.S. Attorney's Office
>555 4th Street, NW – Civil Division
>Washington, DC  20530
>(202) 514-7137
>
>Attorney for Defendant
>
>Christine Nicholson, Esq.
>Associate General Counsel
>Smithsonian Institution
>Office of the General Counsel
>1000 Jefferson Drive, SW, Suite 302
>Washington, DC  20560-0012
>
>Of Counsel (Defendant)

                                /s/
                     Nicholas S. McConnell