IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-cv-01421 |
| ) | Judge Paul L. Friedman |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), plaintiff moves for an extension of time, to and including August 31, 2007, for the filing of an opposition to defendant's motion to dismiss and/or for summary judgment. The date for plaintiff's opposition is presently August 13, 2007. Defendant's primary counsel, Assistant United States Attorney Claire M. Whitaker, consents to plaintiff's motion for additional time to and including August 31, 2007.

Plaintiff requests this extension to complete the review, analysis and draft of the opposition to defendant's motion as well as to obtain specific evidence to address defendant's claimed evidentiary basis for the motion.

    Respectfully submitted,

    JACKSON & CAMPBELL, P.C.


    By:_____/s/_____
       Nicholas S. McConnell (#167742)
       1120 – 20th Street, NW (South Tower)
       Washington, DC  20036-3437

417595v.1

        (202) 457-1600
        nmcconnell@jackscamp.com

Attorney for Plaintiff David A. Hayes

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was electronically mailed this 9th day of August to:

>Claire M. Whitaker, Esq.
>Assistant United States Attorney
>U.S. Attorney's Office
>555 4th Street, NW – Civil Division
>Washington, DC  20530
>(202) 514-7137
>
>Attorney for Defendant
>
>Christine Nicholson, Esq.
>Associate General Counsel
>Smithsonian Institution
>Office of the General Counsel
>1000 Jefferson Drive, SW, Suite 302
>Washington, DC  20560-0012
>
>Of Counsel

_____/s/_____<br>
Nicholas S. McConnell

- 4 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID A. HAYES )
)
        Plaintiff, )
)
v. ) Civil Action No. 05-cv-01421
) Judge Paul L. Friedman
)
UNITED STATES OF AMERICA, )
)
        Defendant. )

### **ORDER**

Upon consideration of plaintiff's motion to extend the time to file an opposition to defendant's motion to dismiss and/or for summary judgment, the entire record herein and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion is granted; and it is

FURTHER ORDERED, that the deadline for plaintiff to file an opposition to defendant's motion to dismiss and/or for summary judgment is extended to and including August 31, 2007.

_____                              _____
Date                                                                  United States District Judge

Copies to:

Nicholas S. McConnell, Esq.
Jackson & Campbell, P.C.
1120 20th St., NW (South Tower)
Washington, D.C. 20036

Claire M. Whitaker, Esq.
Assistant United States Attorney
501 3rd St., NW Room E-4204
Washington, D.C. 20530

417595v.1