IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-cv-01421 |
| | ) Judge Paul L. Friedman |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of defendant's motion to dismiss, or, in the alternative, for summary judgment, the memorandum of points and authorities in support thereof, the statement of undisputed material facts and attached declarations, the plaintiff's opposition thereto and the entire record herein, it is, by the Court, this _____ day of _____, 2007,

ORDERED, that defendant's motion to dismiss, or, in the alternative, for summary judgment be, and the same hereby is, denied in its entirety.

_____
Paul L. Friedman
United States District Judge

Copies to:

Nicholas S. McConnell, Esq.
Jackson & Campbell, P.C.
1120 20th St., NW (South Tower)
Washington, D.C. 20036
Counsel for Plaintiff

Claire M. Whitaker, Esq.
Assistant United States Attorney
501 3rd St., NW Room E-4204
Washington, D.C. 20530
Counsel for Defendant