IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-01421 (PLF) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF DAVID A. HAYES

I, DAVID A. HAYES, make this declaration in lieu of an affidavit pursuant to 28 U.S.C. §1746. I am aware that this declaration may be filed in the United States District Court for the District of Columbia, and that it is the legal equivalent of a statement under oath.

1. I am the plaintiff in this matter, have personal knowledge of the matters hereinafter set forth and am competent to testify thereto.

2. I am familiar with and have personal knowledge of the general topography, roads, paths, signs, gates, and other features of the landscape in the area of Rock Creek Park where the east entrance to the National Zoo is accessed from Beach Drive and then traveling south along Beach Drive and the immediately adjacent Rock Creek Park Trail to the point where Beach Drive enters a tunnel with two-way vehicular traffic and a narrow sidewalk for pedestrians, bicyclists and other users of the trail. A copy of two Google Maps of this vicinity ('the Area"), where the incident involved in this matter occurred, are attached as Exhibit A hereto.

3. The general topography, roads, paths, signs, gates, and other features of the landscape in the Area are substantially similar at this time as they were at the time of the incident in this matter which occurred on the afternoon of December 25, 2003.

4. Attached as Exhibits B-1 through B-41 are photographs of the Area which fairly and accurately depict the general topography, roads, paths, signs, gates, and other features of the landscape in the Area as I observed them both on the afternoon of December 25, 2003 and during a return visit to the Area on or about early August 2007 as follows:

(a) Exhibit B-1: This is a view across Beach Drive into the east entrance of the National Zoo. The Rock Creek Park Trail can be seen running parallel to Beach Drive immediately before the Zoo entrance. There is a stop sign on the right hand side of the trail. The entrance gate to the Zoo which is closed on occasion is parallel to the trail and does not serve to control traffic along the trail when it is closed. Inside the chain link fence topped by three strands of barbed wire which surrounds the Zoo property (at least in the Area) there is a guard house with control gates for a parking lot immediately to the right inside the entrance.

(b) Exhibit B-2: This is another view of the entrance way into the Zoo from Beach Drive with the trail running parallel to Beach Drive at approximately 15 feet or so and another approximately 3 feet to the Zoo fence.

(c) Exhibit B-3: This is a view directly into the Zoo entrance from Beach Drive.

(d) Exhibit B-4: This is a closer view of the chain link and barb wire fence surrounding the Zoo in the Area.

(e) Exhibit B-5: This is a view in a northerly direction of the trail near the east Zoo entrance where the trail is flanked by Beach Drive on the right and by the chain link barb wire fence and the parking lot on the left.

(f) Exhibit B-6: This is a view in a northerly direction of the trail near the east Zoo entrance with a stop sign for traffic exiting the Zoo onto Beach Drive and a stop sign in each direction on the trail for bicyclists about to cross the entranceway.

(g) Exhibit B-7: This is a view looking through the east Zoo entranceway toward the parking lot including various informational signs.

(h) Exhibit B-8: This is a view of the left side of the east Zoo entranceway as well as various informational signs and a traffic stop sign.

(i) Exhibit B-9: This is a view of the parking lot at the east Zoo entranceway with informational signs, the parking guard booth, traffic control gates and related traffic control paraphernalia.

(j) Exhibit B-10: This is a close-up photograph of the signs seen in Exhibit B-9.

(k) Exhibit B-11: This is a further close-up photograph of traffic control devices in the east Zoo entranceway and a litter control waste bin.

(l)  Exhibit B-12.  This is a view from the parking lot entranceway looking toward the Zoo.

(m)  Exhibit B-13:  This is a close-up photograph of informational and traffic control signs in Exhbit B-12.

(n)  Exhibit B-14:  This is a view from immediately inside the east Zoo entranceway looking toward the trail (on the far side of the chain link and barb wire fence) and then Beach Drive with various informational and traffic control signs.

(o)  Exhibit B-15:  This is a view in a southerly direction from the east Zoo entranceway.  The curve in the trail is in the direction where the gate that was shut across the trail at the time of this incident will eventually appear.

(p)  Exhibit B-16:  This is another view in a southerly direction showing the relationship between Beach Drive and the trail as well as the zoo fence and various traffic control signs and a billboard like structure for tacking up notices and informational items.

(q)  Exhibit B-17:  This is a close up of the informational billboard.

(r)  Exhibit B-18:  This is a view of the curve in the trail further in a southerly direction after the informational billboard.  There is one traffic control sign in this area indicating "no left turn" ahead.

(s)  Exhibit B-19:  This is a view still further along the trail showing its relationship with Beach Drive and the zoo fence.  There are no signs in this area.

(t)  Exhibit B-20:  This is a close-up view of the chain link fence in the vicinity of the area depicted in Exhibit B-19.

(u)  Exhibit B-21:  This is a view further along the trail in a southerly direction with the same tree (next to the blue-green automobile) as appears in Exhibit B-19.  There are no traffic control signs in this area.

(v)  Exhibit B-22:  This is a view further along the trail in a southerly direction where the tunnel comes into view.  There are no traffic control signs in this area.

(w)  Exhibit B-23:  This is a view further along the trail in a southerly direction with the tunnel in full view.  There are no signs of any kind and the Rock Creek Park Trail disappears around a corner.

(x)  Exhibit B-24:  This is a view further along the trail with a traffic control sign barely visible to the immediate right side of the tunnel entrance.

(y)    Exhibit B-25:  This is a view of the approach to the tunnel with the Rock Creek Park Trail predominantly veering around a corner to the right but also with a spur leading directly into the automobile tunnel with two-way traffic.  There is a single traffic control sign in this area on the right immediately adjacent to the tunnel entrance.  The fence with the gate that was closed across the trail on December 25, 2003, has become visible, including the left post of the gate with an informational sign on the gate.  It is in this area, approximately 100 feet from the gate (which has not yet come into full view) that Mr. Dionne, who has been designated as an expert witness for plaintiff in this matter, has testified that the standard of care required a warning sign (24" x 24" in gold with black lettering stating "Gate Closed") to be posted.  Relevant portions of Mr. Dionne's deposition transcript are attached at Exhibit C hereto.  The distance from the gate was established by Mr. Dionne's measurements set forth in Exhibit 10 to his deposition, a copy of which is attached as Exhibit D hereto.

(z)    Exhibit B-26:  This is a closer view of the area seen in Exhibit B-25 with a spur of the trail going into the tunnel but the gate on the Rock Creek Park Trail not yet fully in view.

(aa)   Exhibit B-27:  This is a closer view of the tunnel.

(bb)   Exhibit B-28:  This is a closer view of the spur of the trail leading into the tunnel.

(cc)   Exhibit B-29:  This is a close-up photograph of the safety warning sign for bike riders at the entrance to the tunnel.

(dd)   Exhibit B-30:  This is a view just beyond the spur of the trail showing a full view of the place where the gate was closed across the Rock Creek Park Trail on the afternoon of December 25, 2003.  The sign to the left of the gate is similar in size and color to the informational sign that was there on December 25, 2003.

(ee)   Exhibit B-31:  This is a close up view of the gateway where the gate was drawn across the Rock Creek Park Trail on the afternoon of December 25, 2003. The lower sign on the right side was not present on December 25, 2003.

(ff)   Exhibits B-32 – B-35:  These photographs show the Rock Creek Park Trail and Beach Drive headed north back toward the east Zoo entrance just beyond the area where the spur veers into the tunnel and a close up of the chain link and barb wire fence in this area.  There are no traffic control or informational or other signs in Exhibit B-32, the view nearest the area where this incident occurred.

(gg)   Exhibits B-36 – B-40:  These photographs continue northward along the trail toward the east Zoo entrance and include the informational billboard from the opposite side and various traffic control signs (both for vehicles on Beach Drive

4

and for bicycles, pedestrians, and other trail users on Rock Creek Park Trail) and informational signs.

(hh)   Exhibit B-41:  This is a view back at the starting point seen in Exhibit B-1.

5.   During the afternoon of December 25, 2003, there were no warning signs anywhere that the gate across the trail had been shut.  On a bike ride of over 20 miles on various connected multi-use trails that afternoon, I had not encountered any obstacles, closed gates, or other obstructions to the flow of pedestrian or bicycle traffic on the trails.

6.   Although there were many traffic control and informational signs along the trail as well as along Beach Drive, there were no traffic control signs or any other signs either for vehicular traffic on Beach Drive or for pedestrians, bicyclists, or other users of the trail in the vicinity where the trail curved away from the tunnel and the defendant had locked the gate across the trail.

7.   The gate was a black chain link fence which was less visible than in the photographs attached to this declaration as the background in December consists of the fallen brown leaves on the surrounding hillsides amidst the tree trunks and fallen trees in the area.  On December 25, 2003, there was no warning sign of any kind on the gate itself to make the gate more visible and to alert trail users that the gate had been pulled across the trail blocking all passage.

8.   As I continued riding around the curve in the trail in the area where the path diverges into the automobile tunnel, I suddenly noticed the trail was completely obstructed by the closed gate.  In an effort to avoid colliding with the gate, I applied the brakes on the bicycle for an emergency stop and was thrown from my bicycle.

9.   I had biked this portion of the Rock Creek Park Trail before December 25, 2003, and there had never been a gate pulled across the trail at this point or at any other place along the trail.

10.   The injuries I sustained included a complex fracture of my right (dominant hand) wrist necessitating internal surgical fixation and rehabilitation therapy.  I incurred over $20,000 in medical expenses and have sustained permanent loss of function and degenerative changes in the right wrist resulting in an AMA Guidelines rating of 15% permanent partial impairment of the use of my right upper extremity which corresponds to a 9% impairment of the whole person.

I declare under penalty of perjury that the foregoing is true and correct based upon my knowledge and information.

Dated this __3rd__ day of ~~August~~ September, 2007.

/s/ A.H.

_____
David A. Hayes

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-cv-01421<br>) Judge Paul L. Friedman<br>)<br>)<br>)<br>) |

NOTICE OF FILING

An additional copy of plaintiff David A. Hayes' Declaration with Exhibits B-1 through B-41 in color will be filed with the court and a further copy provided directly to The Honorable Paul L. Friedman in chambers and to Claire M. Whitaker, Esq., AUSA, counsel for defendant.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By: /s/ Nicholas S. McConnell
Nicholas S. McConnell (#167742)
1120 – 20th Street, NW (South Tower)
Washington, DC 20036-3437
(202) 457-1600

Attorneys for Plaintiff
David A. Hayes

440827v.1