Google Maps    Address **Washington, DC**



**HAYES DECLARATION**
**EX. A**

Google Maps     Address **Washington, DC**

