

HAYES DECLARATION
EX. B – 10