

HAYES DECLARATION
EX. B – 18