

HAYES DECLARATION
EX. B – 40