


**HAYES DECLARATION**
**EX. D**