# David G. Dionne

146 Sillery Bay Road
Pasadena, Maryland 21122
(410) 222-8820 (W)
(410) 439-9790 (H)
(443) 370-3403 (Cell)
fax (410) 222-8643

## Objective

To discover and develop opportunities that encourage the construction of linear parks and greenways: to develop policies and practices that enhance trail management practices, advocate trail use in the community, and promote the economic, health and transportation impacts of trails in the community for the benefit of our citizens.

## Professional Experience

**Anne Arundel County, Maryland**                                November 1987 to Present

**Department of Recreation and Parks**
Anne Arundel County Trails
1003 Cecil Ave., Millersville, MD 21108

**Superintendent of Trails and Greenways** - I manage a growing system of the linear parks in Anne Arundel County, Maryland. My duties include public policy formation, personnel management, developing park operations policies, financial management, and public relations. I have established a non-profit Friend of the Trails organization to parallel and compliment our trail management program. I have written as series of technical and operations manuals for our parks system. Many of the management practices, programs and policies that I have created are modeled by other agencies around the nation.

**East Coast Greenway Alliance**                                June 1995 to Present
27 North Road, Wakefield, RI, 20879

I have served the East Coast Greenway Alliance in several capacities as we have advanced the vision of a multi-modal public path that passes through the urban centers of the East Coast from Maine to Florida. I have served in the following positions: Chairman, National Board of Directors from January 1, 2001 to January 1, 2005, Founder and Chairman, Maryland State Committee, 1995 – 1999, Chairman National Trail Committee, 1997 – 2000, and Maryland Representative, National Trails Council 2005 to present. My duties include leadership, policy development and advocacy for this multi state effort while simultaneously building strong alliances for the ECGA.

**Chairman: Maryland Bicycle Pedestrian Advisory Committee** October 2003 to present

Governor Robert Ehrlich, Jr. appointed me to the Bicycle and Pedestrian Advisory Committee in 2003. Our mission is to advise the Governor and his administration on issues that promote safety, trail construction, legislation and community design as they impact the walking, cycling and mobility impaired communities. I developed an Electric Mobility Assistance Device policy to promote the appropriate use of personal electric mobility devices. That policy is a national model. In 2005 Governor Ehrlich appointed me to a two-year term as Chairman of MBPAC, where I continue to serve.

**DIONNE DECLARATION
EX. A**

## David G. Dionne                                      2

**White House Millennium Trails Program Green Ribbon Panel**          **May 1998 to January 2001**

**Member** - A project originated by the White House Millennium Council. I contributed to the development of program policy and advised the panel during the selection process. I also managed several special assignments; I hosted First Lady Hillary Rodham-Clinton's public announcement of the program at the Baltimore & Annapolis Trail Park in October of 1998; organized the Maryland event for "Step by Step Down the Appalachian Trail" with Jacques d'Amboise in September of 1999; and was the local organizer for the Millennium Trail Leadership Conference in Annapolis, Maryland.

## Education

**West Virginia University**                                      **1976 to 1980**
Morgantown, West Virginia
   Bachelor of Science, Recreation and Parks - Wildlands Administration.
   I was the student leader for my class Senior Project. Our objective was the creation of a linear park in a railroad corridor between Cheat Lake and Albright, West Virginia.

**Leadership Anne Arundel**                                      **1996 to 1997**
Annapolis, Maryland
   Leadership Development course sponsored by the Anne Arundel Trade Council and designed to expose the participants to the public and private individuals and organizations that manage our community; the various systems that function within the community; and expose us to the intricacies of public policy formation and personal responsibility in a vibrant and dynamic society. I was selected to participate in the Class of 1996-97.

**Outward Bound USA**                                      **1985 to 1988**
Table Rock Mountain, North Carolina; Hurricane Island, Maine
   I have been a student in four multi-element leadership enhancement and team building courses. Activities included land navigation, white water canoeing, rock climbing, ocean kayaking, and both team and individual challenges. The courses concentrate on leadership skills, communication, innovation and adaptability and group dynamics.

## Fee Structure

   Retainer: $1500.00. Out of pocket and mileage included.

   Hourly Rate: $200.00 per hour. Rate is applicable to travel, site inspection, report preparation, and court preparation.

   Expert Witness: $800.00 per half day; $1500 per full day.