

NATIONAL
PARK
SERVICE

Department
of the Interior

SIGN MANUAL

JANUARY 1988

DIONNE DECLARATION
EX. B

# NATIONAL PARK SERVICE

# SIGN MANUAL

# Revised - January 1988

**UNITED STATES DEPARTMENT OF THE INTERIOR**

# TABLE OF CONTENTS

Chapter 1    Purpose and Applicability

Chapter 2    Resource Documents

Chapter 3    Planning Considerations, Park Sign Plans and Inventories

Chapter 4    General Functions and Categories of Signs

Chapter 5    Rules for Formulating Sign Size and Text

Chapter 6    Specifications for Manufacture of Signs

Chapter 7    Procurement of Signs and Related Material


Appendix A    Letter Styles

Appendix B    Sign Plan Outline

Appendix C    Sample Sign Plan

Appendix D    Specifications for Colors

Appendix E    User Inserts

# CHAPTER 1: PURPOSE AND APPLICABILITY

**PURPOSE**

This Sign Manual replaces the October 1978 edition of the National Park Service Sign System Specifications (NPS-SSS). It is designed for use by Park managers as an aid to the implementation of the National Park Service Traffic Control Sign System Guideline (NPS-52) and in arriving at management decisions regarding other park signing needs. It is intended that Park managers will utilize this Manual as a guide in the designing and ordering of all vehicular and pedestrian traffic control signing and other pertinent devices.

This Manual constitutes the official National Park Service supplement to the Manual on Uniform Traffic Control Devices (MUTCD) published by the Federal Highway Administration, U.S. Department of Transportation. Together, the MUTCD and this Manual are utilized by the National Park Service to provide for park managers recommended standards, specifications and procedures for the NPS Sign System to assure a uniform and distinctive system of signing and graphics in meeting the Service's obligations under Public Law 89-564, the Highway Safety Act of 1966, and the Highway Safety Program Standards 23 USC 402, in a manner consistent with National Park Service missions.

**APPLICABILITY**

Long established and documented National Park Service policy [**Park Road Standards** (1968 and 1984)]holds that park roads have a unique purpose, which differs significantly from the purpose of roads on the Federal and state highway systems. The **Park Road Standards** contain the following admonishment to park visitors:

> Park roads are for leisurely driving only. If you are
> in a hurry, you might do well to take another route now,
> and come back when you have more time.

Signing on all park roads should be consistent with National Park Service policy that park roads are not intended to provide fast and convenient transportation, nor designed or intended to serve as commuter routes or connecting links to the Federal and state highway systems. Rather, they are intended to enhance the park experience while providing safe and efficient accommodation of park visitors.

In this regard, the MUTCD in conjunction with this NPS Sign Manual, should be utilized by Superintendents as guidance in making management decisions on the design, location, and application of road signs and markings on park roads; and it is the policy of the National Park Service to follow the MUTCD with respect to the format of all regulatory signs installed on NPS roads open to public vehicular traffic.

Nevertheless, the individual park manager, following the guidelines and procedures set down in NPS-52, has the responsibility for determining whether or not a sign is necessary or appropriate at a given location. The decision to utilize a particular sign at a particular location requires the professional judgment of the park manager-- drawing upon available guides, resources, and traffic safety engineering expertise-- and considering a variety of other factors, such as the appearance of the road as a whole and its relationship to the natural and/or historical environment through which it passes.

It is important in this regard, too, that such decisions bear in mind long standing NPS policy to minimally intrude upon the natural or historic setting in National Park System areas, and to avoid an unnecessary proliferation of signs, while striving to ensure for the safety of park visitors.

Through an agreement with the Federal Highway Administration, the National Park Service has developed several specific exceptions to specific sections of the MUTCD, as follows:

### Section 2A-27 Posts and Mountings

Add: Timber sign supports: A soil mounted timber sign support is acceptable as a breakaway support if it has a uniform cross section of not more than 24 square inches, or if within an 8-foot width path, there are:

Two posts, each no larger than 3'' x 6'' or 4'' x 5'' dimension stock, or round posts no larger than 5'' diameter, or 15¾'' circumference.

Three posts, each no larger than 3'' x 5'' or 4'' x 4'' dimension stock, or round posts no larger than 4½'' diameter or 14'' circumference.

### Section 2D-3 Color, Reflectorization, and Illumination

Add: Brown shall be the background color for all guide signs on National Park Service roads except for detour markers, detour signs, arrows, route markers, markers, or assemblies indicating a junction or intersection with an interstate highway.

### Section 2D-5 Lettering Style

Add: Modified Clarendon lettering shall be used on all National Park Service guide and informational signs.

Example of letter style is shown in Appendix A.

### Section 2D-6 Size of Lettering

Add: The size of lettering required for guide signs is directly a function of design speed. Die-cut letter fonts for the Modified Clarendon style are available in 3.75'', 6'', 9'', and 12'' capital heights. Corresponding lowercase sizes are two-thirds the capital height. Minimum standards for use of these letters are shown in Chapter 5 of this Manual.

### Section 2D-7 Amount of Legend

Detailed guidelines for determining sign size and text are found in Chapter 5 of this Manual.

## CHAPTER 2: RESOURCE DOCUMENTS

The following documents are available from the Superintendent of Documents; U.S. Government Printing Office; Washington, D.C. 20402.

> Manual on Uniform Traffic Control Devices (FHWA)
>
> Traffic Control Devices Handbook (FHWA)
>
> Work Zone Traffic Control, Standards and Guidelines (DOT)
>
> Standard Highway Signs Book (FHWA)
>
> Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects (FP-85) Sections 633 and 718 (FHWA)
>
> National Park Service Park Road Standards

The "NPS Traffic Control Sign System Guideline (NPS-52)" is available from the National Park Service; Engineering and Safety Services Division; Washington, D.C. 20013-7127.

The following documents are available from the U.S. Department of Transportation; Federal Highway Administration, (HTO-21); Washington, D.C. 20590.

> Standard Alphabets for Highway Signs (FHWA)
>
> Specifications for Standard Highway Sign Colors (FHWA)

The "Transportation and Traffic Engineering Handbook" is available from the Institute of Transportation Engineers; 525 School Street, S.W.; Washington, D.C. 20024.

The "Traffic Engineering for Better Signs and Markings" is available from the Military Traffic Management Command; Transportation Engineering Agency; ATTN: MTT-TE; P.O. Box 6276; Newport News, Virginia 23608.

The following documents are available from U.S. Department of Agriculture; Forest Service; Equipment Development Center; Missoula, Montana 59801.

> Anti Sign Theft and Vandalism Guide (USFS)
>
> Signs Maintenance Guide (USFS)
>
> Placement Guide for Traffic Control Devices (USFS)

The following documents are available from the U.S. Department of Transportation; Federal Aviation Administration; 800 Independence Avenue, S.W.; Washington, D.C. 20591.

Taxiway Guidance Sign System AC150/5340-18A (DOT)

Markings of Paved Areas on Airports AC150/5340-1E (FAA)

The "Uniform State Waterway Marking System" is available from the U.S. Department of Transportation; Coast Guard; 400 7th Street, S.W.; Washington, D.C. 20590.

Individual states may have their own state supplements to the MUTCD.

## CHAPTER 3: PLANNING CONSIDERATIONS, PARK SIGN PLANS AND INVENTORIES

### ENGINEERING STUDY REQUIREMENTS

The decision to use a particular traffic control device at a particular location should be made on the basis of an engineering study of the location. Thus, while this Manual and the MUTCD provide guidance and standards for design and application of traffic control devices, they are not a substitute for engineering judgment. It is the intent of these Manuals to make available to Park Managers currently accepted practices and standards for traffic control devices and their installation. Qualified engineers are nevertheless needed to exercise the engineering judgment inherent in the selection of traffic control devices for a particular site, just as they are needed to locate and design the roads and streets which the devices complement. Those areas which do not have qualified engineers on their staff should seek assistance from the Regional Office, WASO Engineering and Safety Services Division, Denver Service Center, Federal Highway Administration, local or state highway departments, the county, a nearby city, or a traffic engineering consultant.

### PLANNING CONSIDERATIONS

To assist the Park Sign Committee, some consideration and guidelines for preparing signs - texts, layout, and size - as well as methods for selecting appropriate sites are suggested. In determining the need for any sign or marker, the following questions should be answered:

1. What does the visitor need to know?
2. Is guidance or a message needed?
3. If so, where is a message needed?
4. What message is needed?
5. How shall the message be presented (sign, symbol, exhibit, audio, or other means)?
6. Is the sign for drivers of vehicles, pedestrians, or both?
7. At what speed is the visitor traveling?

Before proceeding with a sign, the answers to the above questions should be tested on several people not immediately concerned with the particular sign under consideration.

To be effective the sign must:

1. Fulfill a need.
2. Command the attention and respect of user.
3. Convey a clear simple message.
4. Give adequate time for proper response.

To fulfill these requirements, five basic considerations should be made:

1. *Uniformity.* Similar situations are treated in the same way. Uniformity of traffic control devices simplifies the driver's task of recognizing, understanding, and reacting. It helps the National Park Service through economy in manufacturing, maintenance, administration, and recognition by the users that they are in the National Park System. Simply using uniform traffic control devices does not in itself constitute uniformity. A standard uniform device used where it is not appropriate is as objectionable as a nonstandard device; in fact, this may be worse because misuse breeds disrespect of all devices.

*Annual Inspection, Review and Sign Plan Update*

The Park Sign Committee will conduct an annual inspection of signs and review the Park Sign Plan. This critical inspection and review provides an opportunity to keep park signs current, and to update the Sign Survey and Inventory. Inspections shall be made both in daylight and at night. Any revisions to the Sign Plan should also be prepared at this time and submitted to the Region as an appendix to the approved plan, or as revised substitute pages. If revisions are extensive the review and approval process may be required.

*Sample Forms*

The following forms,

    10-47   Sign Survey and Inventory  -  1 (Descriptive Data), and
    10-48   Sign Survey and Inventory  -  2 (Historical Data)

may be used to establish an initial inventory or to supplement an existing inventory system. The instruction which follow may be used to complete these forms. An alternate approach may be to use the 10-84 series sign requisition forms to establish a park sign inventory. These forms do not, however, provide sign location data or post details. If 10-84 series forms are selected for your park sign inventory, an option worth considering would be to photocopy the 10-48 Historical Data form or something similar on the back of each form. In this way the descriptive information and maintenance record for each sign would be on one page.

*Instructions*

The following is a list of codes for use in completing Forms 10-47 and 10-48. The codes are in the same sequence as contained on the respective forms, reading from left to right.

All columns should be completely filled out. For those columns for which no information is available, fill in the spaces with "zeros".

Completed forms may be maintained and organized in any system considered best by the individual park or area.

The conventional rule on the use of digits and numbers on ADP forms will apply, i.e., the "unit" number, the last entry of a number or code, will be placed in the extreme right-hand box of the spaces provided for that code.

Example: MUTCD sign M4-9L would be coded 00M49L. The extra zeros are added to fill in columns for which no other data entry is available.

**FORM 10-47**

**Sign Number**

Each sign shall be assigned a five-digit number. The first three digits shall be the route number assigned during the Road Inventory and Needs Study (RIP) and as shown on the area or route maps of the RIP reports. The remaining digits shall be unique to the individual sign.

Examples: 01143 - sign number 43 on Route 11.

The numbers assigned shall be used consistently in all reports. Sign numbers should be stamped unobtrusively on the back of each sign for field inventory, and possible indentification in theft recovery.

**Area**

*Park*

This entry will be a five digit number consisting of a zero followed by the park organization code as presently prescribed, e.g. 05170 for Guilford Courthouse National Military Park, or 09500 for Olympic National Park.

*Operation (OP) Unit*

The division or operation unit in which the sign is located.

**Type**

*Code*

| | |
|------|-------------------------------|
| RG   | Regulatory                    |
| WA   | Warning                       |
| IF   | Information                   |
| DM   | Destination (Direction & Mileage) |
| IN   | Interpretive                  |
| EN   | Entrance                      |
| PM   | Plaques & Markers             |
| NP   | NPS Emblem                    |
| ST   | Statuary                      |
| RM   | Route Marker                  |
| XX   | Other                         |

*Manual Numbers*

Manual numbers refer to the MUTCD numbers assigned to symbol, warning and regulatory signs in the latest edition of the MUTCD or *Standard Highway Signs Book.*

**Fund**

Not to be used

**Location**

*Road*

Route:   The route number assigned during the Road Inventory Program.

Mile:   The mileage shall be determined by established mile posts, if available, or by certified odometer reading to the nearest $1/10$. Roads shall be surveyed west to east and south to north. Beginning points and mileage shall be consistent with Road Inventory data.

**Direction (DIREC)**

The direction or nearest direction the sign faces: N-North; E-East, S-South, W-West.

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

**SIGN SURVEY AND INVENTORY - 1 (Descriptive Data)**

FORM 10-47
(JAN 1984)

| SIGN NUMBER | AREA | | TYPE | | FUND | LOCATION | | | DESCRIPTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PARK | UNIT OF CODE | MANUAL NUMBER | | | ROAD | | DIRECT | SIZE | | COLOR | | MATERIALS | | | | |
| | | | | | | ROUTE | MILE | | SIGN | LTR | BACK | LTR | POST | FACE | BACK | | |

**FORM 10-48**

**Fiscal Year (FY)**
Space is available to record maintenance data for three consecutive years.

**Sign Number**
Code as described under ''Sign Number'' section, SIGN SURVEY AND INVENTORY,
1-(Descriptive Data).

**Date Installed**
Code shall be a four-digit number. The first two digits shall be the month, and last
two digits shall be the last two digits of year.

Month:

| | |
|---|---|
| 01 | January |
| 02 | February |
| 03 | March |
| 04 | April |
| 05 | May |
| 06 | June |
| 07 | July |
| 08 | August |
| 09 | September |
| 10 | October |
| 11 | November |
| 12 | December |

Year:

| | |
|---|---|
| 86 | 1986 |
| 87 | 1987 |
| 88 | 1988 |
| 89 | 1989 |
| etc. | |

(Example: January 1986 would be 0186.)

**Installation Cost**
Include costs of manufacturing, shipping and installing the sign.

| | |
|---|---|
| 01 | $0-25 |
| 02 | 26-50 |
| 03 | 51-75 |
| 04 | 76-100 |
| 05 | 101-200 |
| 06 | 201-300 |
| 07 | 301-400 |
| 08 | 401-500 |
| 09 | 501-600 |
| 10 | 601-700 |
| 11 | 701-900 |
| 12 | 1000+ |
| 13 | No cost to NPS |

**Condition Codes**

*Post-Condition*

| | |
|---|---|
| 01 | Satisfactory |
| 02 | Not Straight |
| 03 | Needs Painting |
| 04 | Deteriorated |
| 05 | Needs Straightening & Painting |
| 06 | Warped (wood) |
| XX | Other |

*Face-Condition*

| | |
|---|---|
| 01 | Satisfactory |
| 02 | Defaced |
| 03 | Corroded |
| 04 | Mounting Loose |
| 05 | Faded |
| 06 | Not Legible |
| 07 | Warped (wood) |
| 08 | Deteriorated |
| 09 | Paint Peeling |
| 10 | Reflective / Nonreflective / Peeling |
| XX | |

*Letters (LTRS)-Condition*

| | |
|---|---|
| 01 | Satisfactory |
| 02 | Defaced |
| 03 | Faded |
| 04 | Not Legible |
| 05 | Paint Peeling |
| 06 | Reflective / Nonreflective / Peeling |
| XX | Other |

*Reflectivity (REFL)-Condition*

| | |
|---|---|
| 01 | Excellent |
| 02 | Good |
| 03 | Fair |
| 04 | Poor |
| 05 | Nonreflective |

*Visibility (VISIB)-Condition*

| | |
|---|---|
| 01 | Can be seen easily |
| 02 | Hidden by official sign |
| 03 | Hidden by advertising sign |
| 04 | Hidden by brush |
| 05 | Hidden by tree limbs |
| 06 | Hidden by parked vehicles |
| 07 | Hidden because of curve |
| 08 | Hidden because of hill |
| 09 | Hidden because of building |
| XX | Other |

**Maintenance Cost (Maint. Cost)**

| | |
|---|---|
| 01 | No Cost |
| 02 | $00-25 |
| 03 | 26-50 |
| 04 | 51-100 |
| 05 | 100 + |

**Remarks Code**

| | |
|---|---|
| 01 | Satisfactory |
| 02 | Vandalized |
| 03 | Requires one-for-one replacement |
| 04 | Obsolete |
| 05 | Requires text revision |
| 06 | Location inappropriate |
| 07 | Struck by vehicle |
| 08 | Weather damage |
| 09 | Does not meet sign size standards |
| 10 | Does not meet letter size standards |
| 11 | Does not meet location standards |
| XX | Other |

**Date Replaced**

Code as described under ''Date Installed.'' Code date an existing sign is replaced with a new sign, or date the sign is dropped from inventory.

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

SIGN SURVEY AND INVENTORY - 2 (Historical Data)

FORM 10-48
(JAN 1984)

| SIGN NUMBER | DATE INSTAL-LED | INSTALLED COST | FY ___ CONDITION CODES | | | | | MAINT. COST | REMARKS CODE | FY ___ CONDITION CODES | | | | | MAINT. COST | REMARKS CODE | FY ___ CONDITION CODES | | | | | MAINT. COST | REMARKS CODE | DATE RE-PLACED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | POST | FACE | LTRS | REFL | VISIB | | | POST | FACE | LTRS | REFL | VISIB | | | POST | FACE | LTRS | REFL | VISIB | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |

**STOCKS / INVENTORY**

The National Park Service ''Traffic Control Sign System Guideline (NPS-52)'' is very specific in detailing the responsibilities of the Regional Director and Park Superintendents. The duty to maintain signs in a safe and reasonable condition involves inspection, anticipation of defects and conformity with generally accepted standards and practices. The carrying out of these responsibilities includes the maintenance of stock materials for repairing signs, and an inventory of replacement signs particularly those required regulatory and warning signs.

Through periodic inspections and recording of these inspections on the park sign inventory, the Park manager can develop a list of those materials most often used and those signs most likely to be subject to theft and vandalism and acquire and maintain a stock accordingly.

# CHAPTER 4: GENERAL FUNCTIONS AND CATEGORIES OF SIGNS

## STANDARD TRAFFIC CONTROL SIGNS

All National Park Service roads - except four or more lane roads or parkways, are considered to be within the conventional road or street category referred to in the MUTCD. Standard size regulatory and warning signs as designated in the Standard Highway Signs Book should normally be used on these park roads. Parkways and four or more lane roads shall use standard sizes specified in this manual or larger, to conform with adjacent jurisdictional signs.

Signs other than those classified and specified in the MUTCD may be required to aid enforcement of Federal and local laws or regulations. These signs should be in conformance with the general specifications for lettering, shape, color, and placement as outlined in the MUTCD or a locally adopted State manual. Regulatory signs must be either enforceable under the State Vehicle Code or an order prepared under the Code of Federal Regulations, Title 36, Chapter 1, Part 4, Vehicles and Traffic Safety.

## DIRECTIONAL / INFORMATIONAL GUIDE SIGNS

Lettering size for these signs is based upon roadway categories as determined by the posted speed limit of the road. These speed limits shall be determined by engineering study and traffic data. The factors to be considered are: the prevailing vehicle speeds; the roadway physical features; accident experience; and traffic characteristics and control. The area sign committee in consultation with a professional traffic engineer where appropriate, should review the design speed of all roads and the enforceability of the posted speed limits to ensure that visitor safety criteria are met.

When selecting the letter size required for guide signs, refer to the following guidelines and chart. Sizes shown are *minimum* and should not be reduced. Whenever engineering judgment warrants, the size of the letters should be increased to the next larger size. These signs include advance, exit, directional, and gore area signs.

    a. Category 1: Divided roadways and parkways having a posted speed limit of 50-55 m.p.h.

    b. Category 1A: Roads having a posted speed limit of 50-55 m.p.h.

    c. Category 2: Roads having a posted speed limit of 35-45 m.p.h.

    d. Category 3: Roads having a posted speed limit of 0-30 m.p.h.

**LAYOUT CHART - ROAD SIGNS**

| | | UC Letter A | LC Letter B | Margin Space C | Symbol Plate D | Size of Border E | Corner Radius F | Arrow Length (Minimum) G | Arrow Width H |
|---|---|---|---|---|---|---|---|---|---|
| Road Signs | Optional Category 1 50-55 | 12" | 8" | 8" min. | 24" | 1" | 6" | 18.125" | 12.125" |
| | Categories 1, 1A 50-55 | 9" | 6" | 6" min. | 18" | 1" | 6" | 13.3125" | 9.00" |
| | Category 2 35-45 | 6" | 4" | 4" min. | 18" | .75" | 4" | 9" | 6.125" |
| | Category 3 0-30 | 3.75" | 2.50" | 2.50 min. | 12" | .75" | 2.5" | 5.625" | 3.75 |

Special informational signs such as stream crossings, County and State lines, mountain peaks, elevations, etc. should use 3.75'' uppercase letters and 2.5'' lowercase for all category roadways.

Where the sign is placed and what the sign says are both important for safety. The visitor must have time to make a decision between the sign and the decision point. The visitor's decision should be confirmed by additional signs which enable him to proceed without confusion.

### ADVANCE NOTICE SIGNS

National park areas are destinations for many travelers. Cooperation with State, County, or other agencies having jurisdiction over approach roads or main highways, including Interstates, must be obtained to adequately direct visitors to their destination. Where warranted by the interest and travel objectives of the traveler, as well as by the importance of the area, an appropriate guide sign might bear a legend such as:

### Valley Forge

## NATIONAL HISTORIC PARK

### NEXT 2 EXITS

When advance notice signs outside of a park area are requested, supplied or placed by the park, the justification of the proposed design must be in conformance with the MUTCD.

Memoranda of Agreement between State and local highway department and Park Superintendents or Regional Directors regarding cooperation in the construction, maintenance, access, and signing of roads are encouraged. Detailed signing supplements must be appended which outline the State's authority and responsibility for installation and maintenance of signs within its right-of-way. Copies of all such memoranda and agreements must appear in the park sign plan.

### ENTRANCE SIGNS

The National Park Service tradition of special and unique entrance signs should be continued. Although there is much to be said in developing consistent parkwide signing, non-uniform entrance signs are an exception. The park sign committee may elect however, to follow the standard sign design as outlined in the Service manual.

Entrance signs are perhaps the most important of all informational signs when the visitor is searching for his first glimpse of the park. Advantage should be taken of this because it is often possible to find a combination of placement and construction that captures and reflects the true significance or spirit of the park.

It may be desirable to use a distinctive supporting structure or base that establishes and/or enhances the feeling that the visitor has crossed a threshold into an area providing a different experience. These bases, however distinctive, must be as hazard free as possible to the motoring public. Ideally, entrance signs are constructed to permit the replacement of the text portion of the sign without disturbance to the base structure.

The information on an entrance sign does not require Department and National Park Service designation since this information is now incorporated in the NPS emblem design. If the designation is used, it will be given in the following manner.

**United States Department of the Interior**
**National Park Service**

Capitalization shall be as shown above and the letters for "National Park Service" shall not be larger in size than those letters for "United States ... Interior". The letter size should be large enough to be readable from a moving vehicle (unless entrance is walk in only), but never should be higher than the height of the capital letters of the name of the area.

Entrance signs shall be restricted to containing the Park name, the arrowhead, the optional Park logo, and any cooperating agency logo. Entrance signs may also include the words "Entering" or "Welcome to".



**TRAVELERS INFORMATION SIGN**

The purpose of these signs is to alert motorists approaching an Park of special travelers information being broadcast on AM radios. Signs would instruct motorists to turn vehicle radio to one of two AM frequencies, 530 KHz or 1610 KHz. Sign legend shall read "Travelers Information Tune Radio to 530 KHz (or 1610 KHz)". Such signs shall have reflectorized white letters and border on a brown background.

Erection of signs must be coordinated with State Highway Departments. Exact location will be provided by the Chief Telecommunication Engineer after radio coverage is determined.

Selected large Parks provide roadside interpretive and other information to motorists using this same radio frequency. Until a uniform radio information symbol is developed, Parks shall use a sign with the text, "Visitors Information Tune Radio to 530 KHz (or 1610 KHz)" as needed.

**NPS ROUTE MARKERS**

A NPS Route Marker is available as an optional road-marking device. This marker shall be used in those Parks where it is desirable to mark park routes to facilitate visitor travel, or for other traffic considerations. If the NPS Route Marker is used it shall be the one pictured in Chapter 5 of the Sign Manual. The maximum number of digits that can be used is three.

**U.S. AND STATE ROUTE MARKERS**

U.S. and State Route Markers shall not be used in Parks except where the road is primarily a through, rather than park route, e.g. U.S. 101, Lake Cresent Section, in Olympic National Park. To assist visitors, a directional sign may include a U.S. or State Route number as text (see section 2D-11 of the MUTCD).

**BICYCLE TRAIL SIGNING**

All bicycle trail signing should conform to the extent determined possible with Part IX of the MUTCD.

**SAFETY SIGNS**

Whenever there is a hazard that might reasonably be expected to result in injury to Service personnel or the visiting public, signs warning of the hazard must be installed. The need for and the placement of this type of sign shall be carefully considered to ensure that persons who might be exposed to the hazard will be adequately warned in accordance with the American National Standards Institute color code (ANSI Z-535), as follows:

     a.  Fire and Danger signs - red on white
     b.  Hazard signs - black on orange
     c.  Caution signs - black on yellow
     d.  Safety and First Aid Equipment - green on white
     e.  Radiation Hazard signs - black on yellow

**NAVIGATIONAL AIDS**

All signs displayed on waters under the jurisdiction of the National Park Service shall conform to the "Uniform State Waterway Marking System" (USWMS). Titles 33 and 46, Code of Federal Regulations are applicable on navigable waters of the United States.

Title 33 Section 403 of the Code of Federal Regulations requires that a permit be obtained from the U.S. Army Corps of Engineers (COE) prior to the installation of structures in the navigable waters of the United States. A buoy anchored to the seabed or river bed is considered a fixed structure or object thus requiring a permit.

Signs include but are not limited to:

    a. *Danger:* Orange bordered diamond symbol on white background. Words within border may include ''Rock'', ''Dam'', ''Snag''.

    b. *Keep Out:* Orange bordered diamond symbol with cross on white background. Words placed outside the symbol may include ''Dam'', ''Waterfall'', ''Swim Area''.

    c. *Restricted Area:* Orange bordered circle on white background for regulating water use activity. Words placed within border may include ''5 MPH'', ''No Swim'', ''Fishing Only'', etc.

    d. *Information:* Orange bordered square or rectangle on white background. Words placed within symbol may include place names, distances, arrows indicating directions, availability of supplies and facilities, etc.

## AIRPORTS

All signing of runways, taxiways, etc. shall conform to the requirements of the Federal Aviation Administration (FAA). The following circulars have been published by the FAA for guidance in signing and marking.

    Advisory Circular    ''AC 150/5340-18A'',
                              Dated: 6/2/80,
                              Subject: TAXIWAY GUIDANCE SIGN SYSTEM.

    Advisory Circular    ''AC 150/5340-1E'',
                              Dated: 11/14/80,
                              Subject: MARKINGS OF PAVED AREAS ON AIRPORTS.

## CIVIL DEFENSE

All Civil Defense signs under the jurisdiction of the National Park Service shall conform to the MUTCD.

## PEDESTRIAN SIGNS

Pedestrian signs are generally those located along trails, walks, in or near buildings, campgrounds of other similarly developed areas. These signs are used to inform the visitor of such items as park regulations, provide direction services, and narrative and pictorial descriptions of park resources. Pedestrian guide signs used to direct the visitor to accommodations or special use facilities are to be placed in such a manner that the visitor will not become confused or lost between facilities. Pedestrian signs should always be kept to the minimum size feasible and used in locations where they will not detract from the visual scene. Symbols should be used to the greatest extent possible and should be grouped to identify facilities and/or activities within developments.

## INTERPRETIVE SIGNS/WAYSIDE EXHIBITS

A general definition of an interpretive sign or wayside exhibit is a device or facility located at a significant place in the park to provide interpretation of the site or scene. These devices form an integral part of the park's coordinated interpretive program. Interpretive signs take many forms. Some are simple textual messages intended to be read from autos on the roadside. Others include plaques, markers, exhibits, panels, and demonstration displays in diverse designs appropriate to specific interpretive needs. This latter group goes beyond the scope of this Manual and is classified as an exception.

Upon installation in the area, interpretive signs and wayside exhibits become part of the Sign Survey and Inventory. Except for routine maintenance, however, the rehabilitation and replacement of interpretive signs and roadside exhibits not manufactured in accordance with this Manual remain the responsibility of the Division of Museum Planning and Design, Harpers Ferry Center.

**TRAIL MARKERS / BACKCOUNTRY SIGNS**

*Trail Markers or Symbols:* Trails designated by the National Trails System Act (P.L. 90-543) shall be marked with the uniform-symbols adopted for that trail.

Other park trails should use a uniform parkwide marking system for each trail. The approved recreation symbols can be used for this purpose by adding numbers or other designations to the text plaque. Alternately, another system consistent in design and quality with these specifications may be developed.

*Backcountry Trail Signs:* These signs should be small, and used sparingly on foot and horse trails in backcountry or wilderness areas. They generally should be used only at trail junctions, to mark campsites, etc. The use of routed aluminum signs has proven to be economical and more durable than any other sign in this application. Little or no maintenance is required.

**NPS ARROWHEAD EMBLEM**

The NPS arrowhead emblem is the official identifying symbol of the National Park Service. Its design was approved by the Department of the Interior on July 20, 1951. The emblem shall always appear in its proper form with no embellishment or variation, to ensure consistency and promote recognition. Its use conveys to visitors their presence in an area administered by the National Park Service.

The arrowhead emblem is available in either non-reflectorized routed wood, or reflective sheeting applied to aluminum or plywood substrate. When requisitioning an emblem, specifications should clearly state the type and substrate required. Reflective emblems should be used only when necessary or desirable for emphasis after dark, and/or when placed on reflective type signs.

Colors of the NPS arrowhead emblem are standardized and shall be as follows:

| | | |
|---|---|---|
| Background | semigloss | 20233 (cocoa brown) |
| Trees and buffalo outline | flat | 34058 (dark blue-green) |
| Mountain and lake | semigloss | 23690 (cream) |
| All lettering | gloss | 17875 (white) |

Color numbers are those used in Federal Standard No. 595a.

3'' x 5'' color chips of the standard emblem colors may be procured from:

GSA Specifications Unit
Room 6039
7th & D Streets, S.W.
Washington, D.C. 20407

The routed wood official emblem is available in eight sizes:

| | | |
|---|---|---|
| 10'' x 8'' x 2'' | 15½'' x 12¼'' x 2'' | 40'' x 31 ¾'' x 3'' |
| 12'' x 9½'' x 2'' | 18'' x 14¼'' x 2'' | 54'' x 43'' x 3'' |
| | 27'' x 21½'' x 2'' | 72'' x 57¼'' x 3'' |

Reflectorized official emblems are available in the same overall dimensions, but will be mounted on 0.080 aluminum or ¾'' plywood substrate. The size of arrowhead emblem selected for a given use shall be in proportion to its setting.

The full color arrowhead emblem in one of the recommended sizes shall be incor-porated on all entrance signs, either on the sign itself or the base and support struc-ture. The emblem shall be located with appropriate consideration to layout and design of the overall sign. Materials selected for the emblem shall complement the entrance sign.

The emblem may be used in limited instances on other signs, e.g. at visitor centers, ranger stations and park boundaries on major trails. The emblem also may be used individually at carefully selected sites within parks or offices, e.g. visitor centers, park headquarters, ranger stations and other visitor contact facilities. If placed on an entrance station, the emblem shall be well separated from traffic signs. The arrowhead emblem is not intended to be used routinely on road or trail signs, or buildings.

When an emblem is mounted on an entrance sign or against a building, spacers can be used to separate the emblem from its support. This produces a heavy shadow, emphasizing the arrowhead. Spacer thickness should be in proportion to the arrowhead emblem size used.

Stencils of the official arrowhead emblem in various reduced sizes may be used in other instances where official NPS identification is appropriate, e.g., publications, selected trailheads, etc. The intent is to use the emblem sparingly and with consistency.

Use of the National Park Service arrowhead emblem for any purpose other than official National Park Service operations is strictly prohibited, except with the written permission of the Director.

**NOTE**

**This page reserved for arrowhead emblems decals**

## LOGOS

Many parks have devised a distinctive symbol or logo for quick identification of park facilities, interpretive trails, etc. The use of a park logo is permitted when it is integrated into a design-coordinated series of signs and/or exhibits.

## CONCESSIONS

Signs within concession areas shall be of the same color and design as those for the whole Park. Superintendents should assist concessioners in designing and placing their signs in order to achieve a uniform appearance throughout the Park.

Traffic control signs, exterior direction, and general information signs, which are necessary for visitor guidance within the concessioners' area, shall be installed by NPS. If the signs are for the concessioners' information only, these signs are to be installed and maintained at the expense of the concessioner. The wording of all concessioner signs shall be approved by the Superintendent. All exterior concessioner signs are to be included in the Park Sign Plan, whether installed at NPS expense or by the concessioner. Signs inside a concessioners' building should maintain the same quality and design standards as those erected outside.

All exterior signs used in the concessioners' areas, whether installed and maintained by NPS or the concessioner, shall conform to this sign manual. The NPS will order through normal procurement procedures those signs required by the concessioner. The concessioner shall then reimburse NPS for these signs.

Outdoor signs that advertise products by brand name, or by use of emblems or symbols in the colors or designs used by manufacturers are prohibited. Concessioners' gasoline pumps may be painted in the recognizable standard colors normally used by the oil company who supplies the gasoline, and may include the oil company's name or emblem, the size of which will not extend beyond the normal pump dimensions.

## NPS PROTECTION AND REGULATION SIGNS

The purpose of signs in this series (formerly 10-Forms) is to provide adequate public notices when needed, at minimum cost.

These signs are to be used only in locations where forcible language is needed to ensure that hunters, poachers, or trespassers are served notice of park boundaries or jurisdiction. For example, these signs can be used during hunting or fire seasons; and because of their low cost, can be replaced whenever they become unserviceable and removed when they are not needed.

Only the signs shown in this section may be ordered and displayed. Basic colors shall be green on white for general regulatory signs, and red on white for specific prohibited activities, fire, or emergency conditions. Special signs or variations from the text shown for NPS protection and regulation signs are not permitted.

These signs may be requisitioned directly from National Capital Region, 515 New York Avenue N.E., (Brentwood), Washington, D.C. 20002, or Central Supply, Rocky Mountain National Park, Estes Park, Colorado 80517.

# DANGER

Fumigation In Progress !

Poisonous and Flammable Gas

(Ethylene dichloride - Carbon tetrachloride)

# KEEP OUT !

(Sign 10-9)



# AREA CLOSED

## ALL NATIONAL PARK SERVICE AREA BEYOND THIS POINT CLOSED TO PUBLIC USE AND TRAVEL BECAUSE OF EMERGENCY CONDITIONS

UNITED STATES DEPARTMENT OF THE INTERIOR                    NATIONAL PARK SERVICE

(Sign 10-10)

# NATIONAL PARK BOUNDARY

Prevent Wild Fire - Keep The Park Clean

## IT IS UNLAWFUL TO

Hunt, trap, or possess loaded and uncased firearms or traps.

Cut, remove, or injure any tree, shrub, or foliage, or any living thing.

Camp without a permit except in designated locations.

Kindle a fire without a permit except in designated sites.

Permit dogs, cats, and other pets to run free.

A FINE OF $500, OR IMPRISONMENT FOR 6 MONTHS, OR BOTH COULD BE THE PENALTY FOR VIOLATION OF THESE REGULATIONS.

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

(Sign 10-11)

# NOTICE

# NO HUNTING OR TRAPPING

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

(Sign 10-15)

# FIRE TOOLS

If they are needed for
fighting fire, break
seal. Return all tools
to this box.

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

(Sign 10-16)

# NOTICE

ON LANDS ADMINISTERED BY THE NATIONAL PARK SERVICE, IT IS UNLAWFUL to excavate, remove, disturb, deface, or destroy any historic or prehistoric building, structure, ruin, site, or in-place exhibit, artifact or object, or to collect, appropriate, excavate, damage, disturb or destroy artifacts, pictographs, petroglyphs, objects of antiquity, fossils or scientific specimens.

VIOLATORS ARE SUBJECT TO ARREST. CONVICTION CAN CARRY CRIMINAL PENALTIES OF UP TO ONE (1) YEAR AND/OR $10,000.

Archeological Resources Protection Act of 1979
   (16 U.S.C. 470ee)

Antiquities Act of 1906
   (16 U.S.C. 433)
   (36 C.F.R. 2.1)
   (43 C.F.R. Part 3)

## UNITED STATES DEPARTMENT OF THE INTERIOR
## NATIONAL PARK SERVICE

(Sign 10-17)

UNITED STATES DEPARTMENT OF THE INTERIOR

# BOUNDARY LINE

NATIONAL PARK SERVICE

SS-26



SS-27

UNITED STATES DEPARTMENT OF THE INTERIOR

# CLOSED TO FISHING

NATIONAL PARK SERVICE

SS-28

Prescribed Standard Protection Signs Green on White



THIS PARK BELONGS TO
ALL AMERICANS. PLEASE
HELP PROTECT IT FOR
FUTURE ENJOYMENT.

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

SS-31

THE FLOWERS, ANIMALS, WOODS, AND
THE LAND BELONG TO EVERYONE; PLEASE
BE CAREFUL NOT TO DAMAGE THEM.

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

SS-32

A GOOD CAMPER

CAMPS IN A PREPARED SITE
KEEPS A CLEAN CAMP
BUILDS FIRES ONLY IN FIREPLACES
EXTINGUISHES FIRES BEFORE LEAVING CAMP
CARRIES UNBURNABLE REFUSE OUT
NEVER BUILDS FIRES NEAR TREES
NEVER DRIVES NAILS IN TREES
NEVER ALLOWS DOGS OR CATS TO RUN UNLEASHED
NEVER WASHES CLOTHES OR DISHES IN STREAMS

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

SS-33

PLEASE
LEAVE THE FLOWERS
FOR OTHERS TO ENJOY

SS-34

Prescribed Standard
Protection Signs
Green on White

4-19

# FEDERAL RECREATION SYMBOLS

## Accommodations



**Restrooms
RS-022**

Restrooms for both men and women.



**Lodging
RS-018**
Public overnight accommoda-tions (hotel, lodge, motel, etc.).



**\* Parking
RS-034**

*No Parking*



**Food Service
RS-019**

Restaurant, cafeteria, snack shop, lunchroom, etc.



**Sleeping Shelter
RS-037**

Trail sleeping shelter.



**Men's Restroom
RS-021**



**\* Campground
RS-038**
*No Camping*
Public campground (pri-mary symbol), all types of camping.
*Closed to camping.*



**Women's Restroom
RS-023**



**\* Trailer Sites
RS-040**
*No Trailers*
Campground restricted to hard sided vehicles (RV's, trailers, etc.) exclusively; sites with trailer hookups.
*Facility or area closed to trailers.*

4-22

# FEDERAL RECREATION SYMBOLS

## Winter Recreation



**Winter Recreation Area**
**RS-077**

Primary symbol for winter
sports recreation area.



**Ski Touring**
**RS-046**



* **Ice Skating**
**RS-050**
*No Skating*
Safe ice skating area.
*Ice unsafe, or area closed*
*to skating.*



* **Downhill Skiing**
**RS-047**
*No Downhill Skiing*
Downhill ski trail
*Area closed to downhill*
*skiing.*



* **Ski Bobbing**
**RS-051**
*No Ski bobbing*
Ski bobbing trail
*An area or trail closed to*
*ski bobbing.*



**Ski Jumping**
**RS-048**

Ski jumping facility.



* **Snowmobiling**
**RS-052**
*No Snowmobiles*
Symbol adopted by International
Snowmobile Conference to
designate where snowmobiles
are permitted or trails for
their use.
*Area or trail where snowmobiles*
*are prohibited.*



* **Sledding**
**RS-049**
*No Sledding*
Sledding and snow play area
*Sledding and snow playing*
*prohibited.*



* **Snowshoeing**
**RS-078**
*No Snowshoeing*
Area where snow-
shoeing is permitted.
*Area where snowshoeing*
*is prohibited.*

# FEDERAL RECREATION SYMBOLS

## Services



**Ranger Station
RS-015**

Ranger station or adminis-
trative office.



**• Drinking Water
RS-013**

Developed domestic
water supply.



**Telephone
RS-025**

Public telephone.



**Information
RS-014**

Text "Information" required.
Visitor information.



**Post Office
RS-026**



**Grocery Store
RS-020**

Groceries, food, or camp
store.



**Mechanic
RS-027**

Automobile or boat repairs.



**First Aid
RS-024**

(Cross is red).
First aid station, or clinic.



**Mobility Impaired
RS-028**
Facility accessible to the
mobility impaired.
(white on blue only)



**Airport**
**RS-029**

Public airport or landing strip.



**Viewing Area**
**RS-036**
Observation point from which scenic and historic areas can be seen or photographed.



**Lockers**
**RS-030**

Locked storage.



**Picnic Shelter**
**RS-039**



**Bus Stop**
**RS-031**

Bus or tour vehicle stop.



**Trailer Sanitary Station**
**RS-041**
Facility designed for dumping wastes from trailer holding tanks.



**Gas Station**
**RS-032**

Gas station or gas dock.



**Trail Shelter**
**RS-043**
Trail shelter providing some protection from the weather.



**Vehicle Ferry**
**RS-033**



\* **Picnic Area**
**RS-044**

*No Picnicking*



**Showers**
**RS-035**

Shower facility (can be used with No. RS-021, 022, 023).



**Kennel**
**RS-045**

Public kennel for pets.

4-25



**Laundry**
**RS-085**

Area where washing and
drying facilities are available.



**Litter Receptacle**
**RS-086**

Receptacle or area
to deposit litter.

# FEDERAL RECREATION SYMBOLS

## General



**Bear Viewing Area
RS-012**

Area where bear are habitual
and might be seen.



\* **Firearms
RS-001**
*No Firearms*
Area where firearms
are permitted.
*Area where firearms are
prohibited. (Does not de-
scribe types of firearms.)*



**Tunnel
RS-005**

Tunnel (not a traffic sign)
for use on trails, etc.



\* **Smoking
RS-002**
*No Smoking*
Area where smoking is per-
mitted.
*Area closed to smoking.*



**Lookout Tower
RS-006**

An observation, lookout, or
fire tower.



\* **Automobiles
RS-003**
*No Vehicles*
Roadway or other facility
for automobiles.
*Roadway closed to automobiles*



**Lighthouse
RS-007**



\* **Trucks
RS-004**
*No Trucks*
Roadway where trucks are
allowed, truck route
*Roadway or other facility
closed to trucks.*



**Falling Rocks
RS-008**
Areas of falling rocks (not
a traffic sign) for use on
trails, etc.

4-27



**Dam**
RS-009



**Point of Interest**
RS-080
Used to denote a scenic,
historical, cultural, etc.,
point of interest.



**Deer Viewing Area**
RS-011
Area where deer, elk or
other ungulates are
habitual, and might
be seen.



\* **Pedestrian Crossing**
RS-016
*No Crossing*
Road crossing for use on
trails (not a traffic sign).



\* **Pets on Leash**
RS-017
*No Pets*
Pets are permitted but must
be kept under physical
restrictive control.



\* **Campfires**
RS-042
*No Fires*
Campfires permitted.
*Campfires prohibited.*



\* \* **Environmental Study Area**
RS-076
Environmental Study Area,
or special environment
program area.

\* \* Permission to use RS-076 (Environmental Study Area)
must be granted by, Director, National Park Service,
Washington, D.C. 20013-7127

# FEDERAL RECREATION SYMBOLS

## Land Recreation



**Hiking Trail**
**RS-068**
*No Hiking*



* **Horse Trail**
**RS-064**
*No Horses*
Horse riding trail.
*Trail closed to horses or horses prohibited.*



**Playground**
**RS-069**



* **Trail Bike Trail**
**RS-065**
*No Trail Bikes*
Trail open to trail bikes, scooters, or motorcycles.
*Trail closed to trail bikes, scooters, or motorcycles.*



**Amphitheater**
**RS-070**

Amphitheater, campfire circle, or other assembly point where programs are presented (not a visitor center).



* **Bicycle Trail**
**RS-066**
*No Bicycles*
Trail or road for bicycles.
*Trail or road closed to bicycles.*



**Tramway**
**RS-071**

Tramway, ski lift or similar device.



* **Recreation Vehicle Trail**
**RS-067**
*No Off-road Vehicles*
Trail or road for jeeps, 4-wheel drive, or other off-road recreation vehicles.
*Trail or road closed to jeep, 4-wheel drive, or other off-road recreation vehicles.*



* **Hunting**
**RS-072**
*No Hunting - No Shooting*
Area open to hunting (not to describe type of hunting permitted).
*Area closed to hunting.*



**Stable**
**RS-073**

Public horse or mule stable.



* **Rock Collecting**
**RS-083**
*No Rock Collecting*
Area where rock
collecting is
permitted.
*Area where rock
collecting is
prohibited.*



**Interpretive Trail**
**RS-074**
Interpretive trail with
numbered markers or
used with a guide booklet.
(Oversized plates can be
used for sequential numbers
or to show directions).



* **Spelunking**
**RS-084**
*No Spelunking*
Area where spelunking
or caving is permitted.
*Area where spelunking
or caving is prohibited.*



**Interpretive Auto Road**
**RS-075**
Interpretive auto tour
route with numbered
markers or interpretive
signs or used with guide
booklet or other devices.
(Oversized plates can be
used for sequential num-
bers or to show directions).



* **Technical rock-climbing**
**RS-081**
*No Rock-Climbing*
Area where technical
rock-climbing is per-
mitted.
*Area where technical
rock-climbing is
prohibited.*



* **Climbing**
**RS-082**
*No Climbing*
Area where climbing is
permitted.
*Area where climbing
is prohibited.*

## DOWNHILL SKIING SYMBOL (RS-047)

Trail marking
system for three classes
of ability.





**Easiest
(Green Circle)**





**More Difficult
(Blue Square)**





**Most Difficult
(Black Diamond)**

(18" x 18" maximum symbol size and 18" x 6" plaque size - Category 2)
(Arrow length - 3½")

4-31

## CROSS COUNTRY SKIING SYMBOL (RS-046)

Trail marking system
for three classes
of ability.

 

**Easiest
(Green Circle)**

 

**More Difficult
(Blue Square)**

 

**Most Difficult
(Black Diamond)**

(18″ x 18″ maximum symbol size and 18″ x 6″ plaque size - Category 2)
(Arrow length - 3½″)

# FEDERAL RECREATION SYMBOLS

## Water Recreation



**Marina**
**RS-053**
Primary symbol for water-oriented recreation, boat dock, harbor, boat slips, or boat marina



**Fish Hatchery**
**RS-010**



* **Row Boating**
**RS-057**
*No Row Boating*
Area for hand-propelled boats (row boats, canoes, kayaks).
*Water closed to hand-propelled boats.*



* **Launching Ramp**
**RS-054**
*No Launching*
Boat launching ramp.
*Boat launching prohibited.*



* **Water Skiing**
**RS-058**
*No Water Skiing*
Water skiing permitted.
*Water skiing prohibited.*



* **Motor Boating**
**RS-055**
*No Motor Boating*
Area for motor boats or motor vessels.
*Motor boats prohibited.*



* **Surfing**
**RS-059**
*No Surfing*
Water or beach where surfing is permitted.
*Water or beach closed to surfing.*



* **Sailboating**
**RS-056**
*No Sailboating*
Area where sailboats are permitted.
*Area where sailboats are prohibited.*



* **Scuba Diving**
**RS-060**
*No Scuba Diving*
Scuba diving permitted.
*Scuba diving prohibited.*



* Swimming
**RS-061**
*No Swimming*
Swimming permitted.
*Swimming prohibited.*



* Wading
**RS-088**
*No Wading*
Area where wading is permitted.
*Area where wading is prohibited.*



* Diving
**RS-062**
*No Diving*
Diving permitted.
*Diving prohibited.*



**Prohibiting Red Slash**

* This symbol can be used with a prohibiting red slash to prohibit this use or activity (per secondary text).



* Fishing
**RS-063**
*No Fishing*
Water open to fishing (not to describe type of fishing allowed).
*Water closed to fishing.*



* Canoeing
**RS-079**
*No Canoeing*
Area where canoeing is permitted.
*Area where canoeing is prohibited.*



**Boat Tours**
**RS-087**
Interpretive boat-tour route, with numbered markers or interpretive signs, or for use with guide booklet or other devices. (Oversized plates may be used for sequential numbering or to show direction.)



VEHICULAR SYMBOL PLATE



Vehicular symbol plate layout dimensioning

| Category | A | B | C | D | E | F | G | H |
|----------|-----|--------|-----|------|--------|--------|--------|-------|
| 1 | 24'' | 22½'' | 12'' | ¾'' | 4¾'' | 4'' | 1½'' | 3/8'' |
| 1A, 2 | 18'' | 16½'' | 9'' | ¾'' | 4¼'' | 3½'' | 1½'' | 3/8'' |
| 3 | 12'' | 11'' | 6'' | ½'' | 2¾'' | 2¼'' | 1'' | 3/8'' |

Note:  E and F values are radii.  H values are diameters.



VEHICULAR
OVERSIZED SYMBOL PLATE
WITH SECONDARY SYMBOL



Vehicular oversized symbol plate with secondary symbol layout dimensioning

| Category | A | B | C | D | E | F | G | H | I | J | K | L | M |
|----------|-----|-----|-----|------|------|------|------|------|--------|------|------|------|------|
| 1 | 36'' | 24'' | 12'' | ¾'' | 4¾'' | 4'' | 1½'' | 3/8'' | 22½'' | 11'' | 1'' | 2½'' | 2¼'' |
| 1A, 2 | 28½'' | 18'' | 9'' | ¾'' | 4¼'' | 3½'' | 1½'' | 3/8'' | 16½'' | 7'' | 1½'' | 2¾'' | ½''. |
| 3'' | 18½'' | 12'' | 6'' | ½'' | 2¾'' | 2¼'' | 1'' | 3/8'' | 11'' | 5'' | ½'' | 1½'' | ½'' |

Note: E, F and M values are radii. H values are diameters.



PEDESTRIAN SYMBOL PLATE



Pedestrian symbol plate layout dimensioning

| Category | A | B | C | D | E | F | G | H |
|----------|-----|-----|-----|------|-----|------|-----|------|
| 4 | 8'' | 7'' | 4'' | ½'' | 1'' | ½'' | 1'' | ⅜'' |
| 5, 5A | 6'' | 5'' | 3'' | ½'' | 1'' | ½'' | 1'' | ⅜'' |

Note:  E and F values are radii.  H values are diameters.

HORIZONTAL/
VERTICAL
ARROW
DIMENSIONS



## SYMBOL PLATE ARROW

| USAGE CATEGORY | A | B | C | D | E | F | G | H* | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12'' | 6'' | ½'' | 1½'' | 9'' | 2¾'' | 2¼'' | ROTATION POINT | 3⅝'' | 6⅛'' | 4½'' |
| 1A, 2 | 12'' | 6'' | ½'' | 1½'' | 9'' | 2¾'' | 2¼'' | | 3⅝'' | 6⅛'' | 4½'' |
| 3 | 8'' | 4'' | ½'' | 1⅛'' | 5⅝'' | 1'' | ½'' | | 2'' | 3¾'' | 2⅝'' |
| 4 | 4'' | 2'' | ¼'' | ⅞'' | 2¼'' | ⅜'' | ⅛'' | | 1½'' | 1½'' | 27/32'' |
| 5 | 4'' | 2'' | ¼'' | ⅞'' | 2¼'' | ⅜'' | ⅛'' | | 1½'' | 1½'' | 27/32'' |

SEE ARROW SPECIFICATIONS FOR ARROW SIZE

\* H = TRUE CENTER OF PLAQUE ARROW IS CENTERED
    ON THIS POINT FOR VERTICAL OR DIAGONAL PLACEMENT

DIAGONAL
ARROW
DIMENSIONS





## TEXT PLAQUE

| USE CATEGORY | | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ONE LINE TEXT | 8'' | 24'' | ½'' | 1¾'' | 3.75'' UC / LC 2.50'' | 2½'' | 2'' | 1½'' |
| | TWO LINE TEXT | 8'' | 24'' | ½'' | 1'' | 2.25'' UC / LC 1.50'' | 1½'' | 2'' | 1½'' |
| 1, 1A | ONE LINE TEXT | 6'' | 18'' | ½'' | 1½'' | 2.25'' UC / LC 1.50'' | 2¼'' | 1½'' | 1.0'' |
| | TWO LINE TEXT | 6'' | 18'' | ½'' | ⅞'' | 1'' UC / LC 1.50'' | 1¼'' | 1½'' | 1.0'' |
| 2 | ONE LINE TEXT | 6'' | 18'' | ½'' | 1½'' | 2.25'' UC / LC 1.50'' | 2¼'' | 1½'' | 1.0'' |
| | TWO LINE TEXT | 6'' | 18'' | ½'' | ⅞'' | 1.5'' UC / LC 1'' | 1¼'' | 1½'' | 1.0'' |
| 3 | ONE LINE TEXT | 4'' | 12'' | ³⁄₁₆'' | 1'' | 1.5'' UC / LC 1'' | 1½'' | 1'' | ¹³⁄₁₆'' |
| | TWO LINE TEXT | 4'' | 12'' | ³⁄₁₆'' | ⁹⁄₁₆'' | 1'' UC / LC .67'' | ⅞'' | 1'' | ¹³⁄₁₆'' |
| 4 | ONE LINE TEXT | 3'' | 8'' | ⅛'' | ⁹⁄₁₆'' | 1.5'' UC / LC 1'' | ¹⁵⁄₁₆'' | ¾'' | ⅝'' |
| | TWO LINE TEXT | 3'' | 8'' | ⅛'' | .55'' | .67'' UC ONLY | .56'' | ¾'' | ⅝'' |
| 5, 5A | ONE LINE TEXT | 3'' | 6'' | ⅛'' | ¹³⁄₁₆'' | 1'' UC / LC .67'' | ¹³⁄₁₆'' | ⁹⁄₁₆'' | ⁷⁄₁₆'' |
| | TWO LINE TEXT | 3'' | 6'' | ⅛'' | .55'' | .67'' UC ONLY | .56'' | ⁹⁄₁₆'' | ⁷⁄₁₆'' |

## CHAPTER 5: RULES FOR FORMULATING SIGN SIZE AND TEXT

**GENERAL**

The detailed guidelines on the following pages are the rules that govern the design of text, layout, and overall size for National Park Service signs. The critical determining factor of letter size is the maximum vehicle speed allowed and/or reading time. Minimum letter sizes can be determined for all sign types based on the charts and rules on the following pages.

Where sign size is not extremely critical, it is suggested that the final design be left up to the discretion of the manufacturer. The Park need only determine the message, general layout and size of letters required. In the case of signs ordered from UNICOR, the park shall fill out the appropriate order form and UNICOR will compute the necessary dimensions. If sign size is critical, the detailed steps outlined in this chapter should be followed.

**SPECIFIC RULES**

The following rules apply to Destination, Direction, and Information signs in Categories 1-5A and OTHER unless otherwise noted.

**Position of Arrows**

Arrows can be used to point in eight different directions: straight up or down, straight left or right (90°), oblique right up or down (45°), or oblique left up or down (45°).

Arrows are to be positioned to the left of the message when pointing straight up, straight down, straight left, or oblique left up or down. They are to be positioned to the right of the message when pointing straight right or oblique right up or down.

On roads where site conditions dictate a narrow sign, and an arrow positioned to the left or right of the message would result in an overly wide sign, the arrow may be centered below the message. This is not applicable to directional signs with more than one arrow.

On trail signs with numerous destinations, for greater clarity a single arrow may be placed above a group of destinations with common directions. Arrows which are so placed shall take a flush left position for any arrow direction.

**Spacing Guide (NPS Modified Clarendon, Categories 1-5A ONLY)**

All margins are measured from outside edges of sign panel.

**Minimum Horizontal Spaces:** Between right or left edge of sign and message, arrow or symbol - one lowercase letter height (see layout chart dimension C).

Between words - factor 16 (Manual Factor Table).

Horizontal spacing between symbol and word, symbol and arrow, and between symbols - factor 16.

Each row of symbols to be centered on the sign.

Between word and arrow - factor 16.

Between number and an abbreviated term, e.g. 22 mi - factor 14 (Manual Factor Table).

**Minimum Vertical Spaces:** Between top edge of sign and top of an uppercase letter in first line - one lowercase letter height (see layout chart dimension C).

Between lines of legend - one uppercase letter height (see layout chart dimension A).

Between lines in name phrase - one lowercase letter height.

Between bottom of legend and bottom edge of sign - one lowercase letter height (see layout chart dimension C).

Vertical spacing between legend and symbol - one lowercase letter height (see layout chart dimension B).

Vertical spacing between top or bottom edge of sign and symbol - one lowercase letter height (see layout chart dimension C).

NOTE: For minimum horizontal and vertical spacing on Category OTHER signs, refer to layout Chart.

**Rules for Capitalization** (NPS Modified Clarendon, Categories 1-5A only).

Destinations are always spelled in upper and lowercase letters.

Directions are spelled in uppercase letter unless direction is a part of the destination. If a direction expression is a part of a destination, it will be spelled in uppercase and lowercase letters.

NOTE: All letters on Category OTHER signs are uppercase only.

**Punctuation** (NPS Modified Clarendon, Categories 1-5A only)

Space between period, comma, etc., and following word - factor 16.

Space between period and following capital letter in an abbreviation, e.g., U.S. - factor 14.

NOTE: Spacing of punctuation on Category OTHER signs to be optical.

**Symbols**

Symbol plate, arrow plate, and text plaque sizes are shown in Chapter 4.

**Fractions**

Fractions shall be used only on advanced notice signs on categories 1-3 roads. Advance notice signs with fractions shall be limited to ''¼'' or ''½'' exclusively, e.g. ''Turkey Run LEFT ¼ MILE''. All other destination or advance notice signs with distances shall use mileage in decimals or feet, e.g. ''1.3 mi'' or ''600 ft''.

Layout and spacing of fractions shall be as follows:

Horizontal space between text and left edge of numerator - factor 16.

Horizontal space between right edge of denominator and text - factor 14.

Horizontal space between numerator (''1'') and denominator (''2'' or ''4'') - factor 16.

Horizontal space between numerator and left edge of diagonal slash - factor 2 for ''¼'' only. Numerator and left edge of diagonal slash line up or ''½''.

Thickness of diagonal slash between numerator and denominator of fraction - ⅛ uppercase letter height, A (of adjoining test). Diagonal slash shall be inclined at 60° angle from line of text.

Total height of fraction - one and one-half uppercase letter height, 1½ A (of adjoining text). Fraction is to be centered vertically on text to right and left of the fraction.

Vertical space between first line of text (destination) and second line (direction including fraction) - one uppercase letter height, A (letter size of destination), measured from text, not top of numerator.

Minimum vertical space between direction including fraction and bottom edge of sign - one lower case letter height, B (letter size of destination), measured from text, not bottom of denominator.



## ROAD SIGNS (CATEGORIES 1, 1A, 2 and 3)

### Formulating the Message

Road signs are designed for automobile traffic. Under normal driving conditions there is little time between being close enough to read the sign and passing the sign. Consequently, messages must be short. They should be confined to the essential; for example, destination and direction.

### Message Rules: (Destination, Direction, and Information Signs)

1. Maximum of eight (8) words per sign.
2. Maximum of four (4) words per message, except where proper names are used (Examples: "Minute Man National Historical Park," and informational signs as "Wilderness Permits Required Pine Ridge."
3. For signs with more than one message the following applies:
   a. Maximum of three (3) worded messages per sign
   b. Maximum of four (4) words per message
   c. Total words not to exceed eight (8) words
4. If more than eight (8) words are contained in three (3) messages, the third message will be placed on a separate sign.
5. For signs combining worded and symbol messages the following applies:
   a. Maximum of three (3) symbol plates per sign, each symbol being a separate message.
   b. Maximum of one worded message per sign (Note: Although this worded message would normally be on one (1) line, it may be on two (2), or rarely three (3), lines if sign layout and unusual siting conditions so require. (See example below.)
   c. Total of four (4) messages maximum.
6. To keep messages short, certain commonly recognized abbreviations may be used, e.g., "Mt." for "Mount," "Pt." for "Point," "St." for "Street." (Do not abbreviate historic proper names, e.g., "Washington" to "Wash.," "Arlington Cemetery" to "Arl. Cem." Use discretion and tact to avoid antagonizing local groups.)

### Determination of Letter Size (Destination, Direction and Information Signs)

The letter size for signs to be used in a given location is determined by the maximum vehicle speed that is allowed at this point on the road system. When selecting the letter size required for road signs, refer to the following guidelines for each specific category.

*Category 1:* Divided roadways-Speed 50-55 m.p.h.
Major divided roadways and parkways having a moderate to high volume of traffic, such as the Baltimore-Washington Parkway and Suitland Parkway. Minimum size alphabet on guide signs (advance, exit direction and gore signs), uppercase height 9''; lowercase height 6''; arrow length 13⅞₁₆'' and arrow width 9''. Symbol size 18'' x 18''.

Whenever engineering judgment warrants, the size of letter shall be increased to the next larger, uppercase height 12''; lowercase height 8''; arrow length 18⅛'' and arrow width 12⅛''. Symbol size 24'' x 24''.

*Category 1A:* Roads - Speed 50-55 m.p.h.
Destination, Direction, and Information signs uppercase height 9''; lowercase height 6''; arrow length 13⅞₁₆'' and arrow width 9''. Symbol size 18'' x 18''.

*Category 2:* Roads-Speed 35-45 m.p.h.
Destination, Direction, and Information signs, uppercase height 6''; lowercase height 4''; arrow length 9'' and arrow width 6⅛''. Symbol size 18'' x 18''.

*Category 3:* Roads-Up to 30 m.p.h.
Destination, Direction, and Information signs, uppercase height 3.75''; lowercase height 2.5''; arrow length 5⅝'' and arrow width 3.75''. Symbol size 12'' x 12''.

### Special Informational Signs

These signs label stream crossings, county and state lines, mountain peaks, elevations, etc. Letter size shall be 3.75'' uppercase height, and 2.5'' lowercase height, for categories 1-3.

NOTE: All guide signs Categories 1, 1A, 2 and 3 shall be manufactured using die-cut NPS Modified Clarendon letters.

### Determination of Size of Message

The Tables of Character Widths, Spacing Charts and Manual Factor Table provide the means for measuring widths of every letter, numeral and punctuation mark in inches; determining the appropriate spacing factors between letters and words; and converting the spacing factors to inches. The values pertaining to a given message are taken from the tables together: the Character Width and Spacing Factor Values, when totalled, provide the length of a legend in inches.

### Determination of Size of Sign

After the size of the message is determined, the minimum vertical and horizontal margins, and, in case of multiline messages, line spacing are added. Arrow and symbol spacings are also added, as necessary. Refer to the layout chart below, and examples at the end of this chapter.

**LAYOUT CHART - ROAD SIGNS**

| | | UC Letter A | LC Letter B | Margin Space C | Symbol Plate D | Size of Border E | Corner Radius F | Arrow Length (Minimum) G | Arrow Width H |
|---|---|---|---|---|---|---|---|---|---|
| Road Signs | Optional Category 1 50-55 | 12'' | 8'' | 8'' min. | 24'' | 1'' | 6'' | 18.125'' | 12.125'' |
| | Categories 1, 1A 50-55 | 9'' | 6'' | 6'' min. | 18'' | 1'' | 6'' | 13.3125'' | 9.00'' |
| | Category 2 35-45 | 6'' | 4'' | 4'' min. | 18'' | .75'' | 4'' | 9'' | 6.125'' |
| | Category 3 0-30 | 3.75'' | 2.50'' | 2.50'' min. | 12'' | .75'' | 2.5'' | 5.625'' | 3.75'' |

**Example**

The following step-by-step instructions will illustrate the procedure. Sign to have text ''Road'', and be installed on a Category 2 road. Letter size thus will be 6'' uppercase and 4'' lowercase.

First Step: Determine the width of the required characters by using the Table of Character Widths on pages 5-14 & 5-15. In our example, the width of the ''R'' is 6.07 inches.

Second Step: Determine appropriate spacing by (1) selecting the spacing factors from the Spacing Charts on pages 5-16 through 5-27 and (2) determining the Space Factor Value from the Manual Factor Table. In the example, the spacing factor between letters ''R'' and ''o'' is 7, and its value is 1.612 inches.

Third Step: Determine legend length by adding the totals of letter widths and Space Factor Values. In our example the total of letter widths, 20.31'', plus Space Factor Values, 4.841'', equal legend length of 25.151 inches.

Example: Legend ''Road''

| Letter | R | o | a | d | | |
|---|---|---|---|---|---|---|
| Letter Width (inches) | 6.07'' + | 4.75'' + | 4.72'' + | 4.77'' | = | 20.31'' |
| Space Factor | 7 | 8 | 6 | | | |
| Space Factor Value | 1.612'' + | 1.761'' + | 1.468'' | | = | 4.841'' |
| | Legend length (total) | | | | | 25.151'' |

Fourth Step: Determine minimum sign size by adding the appropriate margins to legend length and height. One lowercase letter height, in our example 4'', is the required minimum margin space at each end, and at top and bottom of sign. Minimum sign width is thus 33.151'' (4'' + 25.151'' + 4''), and minimum sign height is 14'' (4'' + 6'' + 4'').

**Fifth Step:**     Signs are to be rounded off to the nearest 6'' horizontal and 2'' vertical increment. Therefore in this example at 33.151'' total width would be centered on a 36'' sign. The 6'' increments for horizontal measurements and 2'' increments for vertical measurements should be maintained where possible.

### Example Layout: (Category 2)



Factor

Even though the above is a simple example, the more complex ones follow the same pattern. It is recommended that a few layouts be drawn up for practice, because like every tool, this guide has to be worked with in order to be mastered.

**PEDESTRIAN SIGNS (Categories 4, 5, 5A and OTHER)**

These signs are used where pedestrian traffic is controlled through the use of sidewalks, trails, paths, etc. Because adequate time to read pedestrian signs is normally available, messages may be considerably more detailed than on road signs. Pedestrian signs may include directions, distances, instructions, listing, name plates, plaques, markers, object identification and descriptive texts.

**Message Rules**

Pedestrian Signs should be simple and concise. Text should be clear and wherever possible written in a positive, rather than negative sense.

**Determination of Letter Size**

Letter size for pedestrian signs is determined by location, volume of visitors using the area, and distance at which message is to be viewed.

*Category 4:* Uppercase height 2.25''; lowercase height 1.5''; arrow length 3.5'' and arrow width 2⅜''. Symbol size 8'' x 8''. As a general rule this category letter height can be seen at 75 to 100 feet.

*Category 5:* Uppercase height 1.5'', lowercase height 1''; arrow length 2.25'' and arrow width 1.5''. Symbol size 6'' x 6''. As a general rule this category letter height can be seen at 50 to 75 feet.

*Category 5A:* Uppercase height 1'', lowercase height 0.67''; arrow length 1.5'' and arrow width 1¹/₃₂''. Symbol size 4'' x 4''. As a general rule this category letter height can be seen at 0 to 50 feet.

NOTE: All pedestrian signs Categories 4, 5 and 5A shall be manufactured with NPS Modified Clarendon alphabet only.

*Category OTHER:* Letters are uppercase only. Sizes available are:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1'' | Arrow length 1.5''; | Arrow width 1¹/₃₂''; | Symbol size 4'' x 4''. |
| ¾'' | Arrow length 1⅛''; | Arrow width 0.75''; | Symbol size 3'' x 3''. |
| ½'' | Arrow length 0.75''; | Arrow width 0.50''; | Symbol size 2'' x 2''. |

NOTE: All pedestrian signs Category OTHER shall be manufactured with Engineering Standard alphabet only.

All pedestrian signs Categories 4 and 5 can be manufactured using NPS Modified Clarendon die-cut or routed letters. Category 5A signs can be manufactured only with routed NPS Modified Clarendon letters. All pedestrian signs Category OTHER are available only with routed Engineering Standard letters. (See Pedestrian Sign Requisition, Form 10-84B.)

The minimum size NPS Modified Clarendon letters routed in wood are as follows:

1.5'' uppercase, 1'' lowercase (Category 5) - when routed in cedar, pine, fir, oak, hemlock, walnut, etc.

1'' uppercase, .67'' lowercase (Category 5A) - when routed in high density overlay plywood (see Chapter 6 for specification).

**Determination of Size of Message**

The procedure for pedestrian signs using NPS Modified Clarendon letters shall be as specified for Road Signs.

Spacing for all Engineering Standard routed letters shall be optical. Tables of character width and spacing factors have not been developed to date. Consequently, to determine size of message, test must be laid out and measured manually.

**Determination of Size of Sign**

Minimum vertical and horizontal margins, and in case of multiline messages, line spacings, are added to size of message. Arrow and symbol spacings are also added as necessary. Refer to layout charts on the following page, and examples at the end of this chapter.

Layout Chart - Pedestrian Signs (NPS Modified Clarendon letters)

| Pedestrian and Trail Signs | UC Letter A | LC Letter B | Margin Space C | Symbol Plate D | Size of Border E | Corner Radius F | Arrow Length (Minimum) G | Arrow Width H |
|---|---|---|---|---|---|---|---|---|
| Category 4 | 2.25 " | 1.5 " | 1.5 " min. | 8 " | .50 " | 1.5 " | 3.5 " | 2.375 " |
| Category 5 | 1.5 " | 1.0 " | 1 " min. | 6 " | .50 " | 1.5 " | 2.25 " | 1.50 " |
| Category 5A | 1 " | 0.67 " | 1 " min. | 6 " | .50 " | 1.5 " | 2.25 " | 1.50 " |

Layout Chart - Pedestrian Signs
Engineering Standard Letters

| Category OTHER Pedestrian / Trail Signs | UC Letter Size a | Margin Space (minimum) b | Between lines of text; arrow above destination c | Between trail name and first arrow (vert.); destination and next arrow (vert.); destination and distance (horiz.) d | Between words (horiz.) e | Corner Radius f | Arrow Length (Minimum) g | Arrow Width h | Symbol Plate i |
|---|---|---|---|---|---|---|---|---|---|
| | 1.0 " | 1.5 " | 1.0 " | 1.5 " | 1.0 " | .25 " | 1.5 " | 1-1/32 " | 4 " x 4 " |
| | 0.75 " | 1.25 " | 0.75 " | 1.25 " | 0.75 " | .25 " | 1-1/8 " | 0.75 " | 3 " x 3 " |
| | 0.50 " | 0.75 " | 0.50 " | 0.75 " | 0.50 " | .25 " | 0.75 " | 0.50 " | 2 " x 2 " |

**Alternate Sizing**

This example of alternate sign layouts combining symbols, a directional arrow and a single text message shows coping with varying site conditions, that may require minimum sign size. Signs are drawn to same scale. Dimensions shown appy to these signs on a category 2 road (35-45 mph: 6'' uppercase and 4'' lowercase letters, 18'' symbols, and 6⅛'' wide arrow. Arrow length shown is greater than standard 9'' for visual balance).



A)  10' x 3'10'' (38.33 sq. ft.)



B)  7' x 4'8'' (32.67 sq. ft.)



C)  7' x 3'10'' (26.83 sq. ft.)



D)  4'6'' x 5' 6'' (24.75 sq. ft.)

## FINAL LAYOUT

Regional Offices are responsible for reviewing and approving the final design and layout of signs. The Regional Sign Coordinator will provide technical assistance to parks in the preparation of preliminary sign layouts. Chapter 6 contains information on ordering signs. The Regional Office is responsible for ensuring that designs are in conformance with these Specifications. In general, the decisions of sign placement, content, letter size, and so forth, will be made during preliminary planning by the area. Regional Offices will review and recommend adjustments in placement, text, symbols, size, and so forth, to increase their effectiveness.

## OTHER METHODS OF DETERMINING SIGN SIZE

### Computer

Exact width of individual lines of legends may be determined using a computer. The computer can be programmed with the different letter sizes and spacings. The operator needs only to know the letter height required and the legend desired. Different arrangements of Legend layout can be studied in this manner very easily. Software developed for this purpose has been made available to Regional Sign Coordinators.

### Dictionary

The National Capital Region has developed a dictionary of all words that have been used in the Region. All words in the dictionary are shown with their size as determined using 1'' uppercase/.67'' lowercase letters. The user need only multiply this dimension by the required letter size to determine the exact length of the desired word. Spacing between words and margins are determined in the normal process. As new words are used they are added to the listings.

### Quick Method for Estimating Informational Sign Messages

When an exact message length is to be determined, sign coordinators must refer to character width tables, spacing charts and the manual factor table in Appendix B of this sign manual. Many times, however, e.g. when developing alternate sign layouts, estimating sign costs, etc., a close approximation of message length will suffice.

The following quick method is based on a study of relative frequency of letters in common text, relative frequency of letters as first letters of text and an analysis of NPS Modified Clarendon spacing factors. This method generally is accurate to within ± 5% of the exact value for words with first letter only capitalized. Do not use this method when sizing messages consisting of all caps.

| | | |
|---|---|---|
| ★ | multiply every letter (upper & lower case) | × 5.8'' |
| ★ | add for every lower case g and w | + 1'' |
| ★ | add for every upper or lower case M or m | + 2'' |
| ★ | add for every upper case W | + 4'' |
| ★ | subtract for every lower case i, j, l or t: upper case J; and/or numeral 1 | ' 1'' |
| ★ | subtract for every upper case l | ' 3'' |
| ★ | add for every space between words, when sizing a multiple word message only | + 5.5'' |
| ★ | deduct when message consists of lower case letters only (each word) | ' 1.5'' |

The sum total provides the value in inches of a category 2 (6'' upper case/4'' lower case letter size) message.

To convert message length to other categories, the value must be multiplied by the appropriate factor listed below:

| | | | |
|---|---|---|---|
| ★ | category 1 or 1A | (12″ UC / 8″ LC) | × 2 |
| ★ | category 1 or 1A | (9″ UC / 6″ LC) | × 1.5 |
| ★ | category 3 | (3¾″ UC / 2½″ LC) | × 0.625 |
| ★ | category 4 | (2¼″ UC / 1½″ LC) | × 0.375 |
| ★ | category 5 | (1½″ UC / 1″ LC) | × 0.25 |
| ★ | category 5A | (1″ UC / ⅔″ LC) | × 0.167 |

## MANUAL FACTOR TABLE
### NPS Modified Clarendon — Uppercase/Lowercase Letter Heights
### ROAD SIGNS
### PEDESTRIAN SIGNS

| | Category 5A *1" U/C / .67" L/C | Category 5 1.50" U/C / 1" L/C | Category 4 2.25" U/C / 1.50" L/C | Category 3 (0-30) 3.75" U/C / 2.50" L/C | Category 2 (35-45) 6" U/C / 4" L/C | Categories 1,1A (50-55) 9" U/C / 6" L/C | Optional Categories 1,1A* (50-55) 12" U/C / 8" L/C |
|---|---|---|---|---|---|---|---|
| 16 | .914 | 1.370 | 2.056 | 3.426 | 5.482 | 8.223 | 10.964 |
| 15 | .730 | 1.095 | 1.640 | 2.737 | 4.380 | 6.570 | 8.760 |
| 14 | .459 | .689 | 1.034 | 1.723 | 2.757 | 4.135 | 5.514 |
| 13 | .416 | .625 | .937 | 1.562 | 2.500 | 3.750 | 5.000 |
| 12 | .384 | .576 | .865 | 1.441 | 2.307 | 3.460 | 4.614 |
| 11 | .365 | .548 | .822 | 1.370 | 2.193 | 3.289 | 4.386 |
| 10 | .350 | .525 | .787 | 1.312 | 2.100 | 3.150 | 4.200 |
| 9 | .318 | .477 | .716 | 1.194 | 1.911 | 2.866 | 3.822 |
| 8 | .293 | .440 | .660 | 1.100 | 1.761 | 2.641 | 3.522 |
| 7 | .268 | .403 | .604 | 1.007 | 1.612 | 2.418 | 3.224 |
| 6 | .244 | .367 | .550 | .917 | 1.468 | 2.202 | 2.936 |
| 5 | .220 | .330 | .496 | .826 | 1.323 | 1.984 | 2.646 |
| 4 | .187 | .281 | .421 | .703 | 1.125 | 1.687 | 2.250 |
| 3 | .138 | .208 | .312 | .520 | .833 | 1.249 | 1.666 |
| 2 | .106 | .159 | .238 | .398 | .637 | .955 | 1.274 |
| 1 | .048 | .073 | .109 | .183 | .293 | .439 | .586 |
| 0 | .000 | .000 | .000 | .000 | .000 | .000 | .000 |

** Not available in die-cut letter fonts
** To be used whenever engineering judgment warrants.

## CHARACTER WIDTH TABLE (NPS MODIFIED CLARENDON)
### UPPER CASE & NUMERALS

|  | *1"  U/C | 1.50"  U/C | 2.25"  U/C | 3.75"  U/C | 6"  U/C | 9"  U/C | 12"  U/C |
|---|---|---|---|---|---|---|---|
| A | 1.11 | 1.66 | 2.49 | 4.16 | 6.65 | 9.97 | 13.30 |
| B | .95 | 1.42 | 2.13 | 3.55 | 5.68 | 8.52 | 11.36 |
| C | .90 | 1.34 | 2.01 | 3.35 | 5.37 | 8.05 | 10.74 |
| D | 1.02 | 1.52 | 2.28 | 3.80 | 6.09 | 9.13 | 12.18 |
| E | .95 | 1.42 | 2.14 | 3.56 | 5.70 | 8.55 | 11.40 |
| F | .89 | 1.34 | 2.00 | 3.34 | 5.35 | 8.02 | 10.70 |
| G | 1.05 | 1.57 | 2.35 | 3.92 | 6.27 | 9.40 | 12.54 |
| H | 1.08 | 1.62 | 2.42 | 4.04 | 6.47 | 9.70 | 12.94 |
| I | .47 | .71 | 1.06 | 1.77 | 2.83 | 4.24 | 5.66 |
| J | .76 | 1.14 | 1.70 | 2.84 | 4.55 | 6.82 | 9.10 |
| K | 1.07 | 1.61 | 2.41 | 4.03 | 6.45 | 9.67 | 12.90 |
| L | .89 | 1.33 | 2.12 | 3.32 | 5.32 | 8.50 | 10.64 |
| M | 1.30 | 1.95 | 2.92 | 4.87 | 7.80 | 11.70 | 15.60 |
| N | 1.08 | 1.62 | 2.42 | 4.04 | 6.47 | 9.70 | 12.94 |
| O | 1.02 | 1.53 | 2.30 | 3.83 | 6.13 | 9.19 | 12.26 |
| P | .89 | 1.33 | 2.00 | 3.33 | 5.33 | 7.99 | 10.66 |
| Q | 1.11 | 1.67 | 2.50 | 4.16 | 6.67 | 10.00 | 13.34 |
| R | 1.01 | 1.52 | 2.27 | 3.79 | 6.07 | 9.10 | 12.14 |
| S | .86 | 1.28 | 1.92 | 3.21 | 5.13 | 7.69 | 10.26 |
| T | .92 | 1.37 | 2.06 | 3.44 | 5.50 | 8.25 | 11.00 |
| U | 1.02 | 1.52 | 2.29 | 3.81 | 6.10 | 9.15 | 12.20 |
| V | 1.05 | 1.57 | 2.36 | 3.93 | 6.29 | 9.43 | 12.58 |
| W | 1.59 | 2.38 | 3.56 | 5.94 | 9.51 | 14.26 | 19.02 |
| X | 1.11 | 1.66 | 2.48 | 4.14 | 6.63 | 9.94 | 13.26 |
| Y | 1.07 | 1.60 | 2.41 | 4.01 | 6.42 | 9.63 | 12.84 |
| Z | .86 | 1.28 | 1.92 | 3.21 | 5.13 | 7.69 | 10.26 |
| 1 | .57 | .86 | 1.28 | 2.14 | 3.43 | 5.14 | 6.86 |
| 2 | .83 | 1.24 | 1.86 | 3.10 | 4.96 | 7.44 | 9.92 |
| 3 | .82 | 1.23 | 1.85 | 3.08 | 4.93 | 7.39 | 9.86 |
| 4 | .83 | 1.24 | 1.86 | 3.09 | 4.95 | 7.42 | 9.90 |
| 5 | .82 | 1.23 | 1.85 | 3.07 | 4.92 | 7.38 | 9.84 |
| 6 | .79 | 1.19 | 1.78 | 2.97 | 4.76 | 7.14 | 9.52 |
| 7 | .76 | 1.14 | 1.70 | 2.84 | 4.55 | 6.82 | 9.10 |
| 8 | .82 | 1.25 | 1.85 | 3.08 | 4.93 | 7.39 | 9.86 |
| 9 | .79 | 1.19 | 1.78 | 2.97 | 4.76 | 7.14 | 9.52 |
| O | .86 | 1.29 | 1.93 | 3.22 | 5.16 | 7.74 | 10.32 |
| ampersand & | 1.08 | 1.61 | 2.42 | 4.03 | 6.45 | 9.67 | 12.90 |
| dollar sign $ | .61 | .91 | 1.36 | 2.27 | 3.64 | 5.46 | 7.28 |
| cent sign ¢ | .66 | 1.00 | 1.50 | 2.50 | 4.00 | 6.00 | 8.00 |
| percent sign % | .98 | 1.47 | 2.20 | 3.67 | 5.88 | 8.82 | 11.76 |

* Not available in die-cut letters.

**CHARACTER WIDTH TABLE (NPS MODIFIED CLARENDON)**
**LOWER CASE & PUNCTUATION**

| | | *.67″ L/C (for 1″ U/C) | 1″ L/C (for 1.50″ U/C) | 1.50″ L/C (for 2.25″ U/C) | 2.50″ L/C (for 3.75″ U/C) | 4″ L/C (for 6″ U/C) | 6″ L/C (for 9″ U/C) | 8″ L/C (for 12″ U/C) |
|---|---|---|---|---|---|---|---|---|
| a | | .79 | 1.18 | 1.77 | 2.95 | 4.72 | 7.08 | 9.44 |
| b | | .77 | 1.15 | 1.73 | 2.88 | 4.62 | 6.93 | 9.24 |
| c | | .67 | 1.00 | 1.50 | 2.50 | 4.00 | 6.00 | 8.00 |
| d | | .79 | 1.19 | 1.79 | 2.98 | 4.77 | 7.15 | 9.54 |
| e | | .68 | 1.02 | 1.53 | 2.55 | 4.08 | 6.12 | 8.16 |
| f | | .57 | .85 | 1.28 | 2.13 | 3.41 | 5.11 | 6.82 |
| g | | .88 | 1.32 | 1.99 | 3.31 | 5.30 | 7.95 | 10.60 |
| h | | .82 | 1.23 | 1.85 | 3.08 | 4.93 | 7.39 | 9.86 |
| i | | .41 | .61 | .92 | 1.53 | 2.45 | 3.67 | 4.90 |
| j | | .47 | .71 | 1.07 | 1.78 | 2.85 | 4.27 | 5.70 |
| k | | .85 | 1.28 | 1.91 | 3.19 | 5.11 | 7.66 | 10.22 |
| l | | .41 | .61 | .92 | 1.53 | 2.45 | 3.67 | 4.90 |
| m | | 1.26 | 1.89 | 2.83 | 4.71 | 7.55 | 11.32 | 15.10 |
| n | | .82 | 1.22 | 1.84 | 3.06 | 4.90 | 7.35 | 9.80 |
| o | | .79 | 1.19 | 1.78 | 2.96 | 4.75 | 7.12 | 9.50 |
| p | | .79 | 1.19 | 1.78 | 2.96 | 4.75 | 7.12 | 9.50 |
| q | | .79 | 1.19 | 1.78 | 2.96 | 4.75 | 7.12 | 9.50 |
| r | | .60 | .90 | 1.36 | 2.26 | 3.62 | 5.43 | 7.24 |
| s | | .61 | .91 | 1.36 | 2.27 | 3.64 | 5.46 | 7.28 |
| t | | .50 | .76 | 1.13 | 1.88 | 3.02 | 4.53 | 6.04 |
| u | | .79 | 1.19 | 1.78 | 2.96 | 4.75 | 7.12 | 9.50 |
| v | | .79 | 1.19 | 1.78 | 2.96 | 4.75 | 7.12 | 9.50 |
| w | | 1.14 | 1.71 | 2.57 | 4.28 | 6.85 | 10.27 | 13.70 |
| x | | .83 | 1.24 | 1.86 | 3.09 | 4.95 | 7.42 | 9.90 |
| y | | .86 | 1.28 | 1.92 | 3.20 | 5.13 | 7.69 | 10.26 |
| z | | .63 | .95 | 1.42 | 2.37 | 3.80 | 5.70 | 7.60 |
| comma / semi-colon | , ; | .25 | .37 | .56 | .93 | 1.50 | 2.25 | 3.00 |
| period / colon | . : | .22 | .33 | .50 | .83 | 1.34 | 2.01 | 2.68 |
| dash | - | .45 | .67 | 1.00 | 1.66 | 2.67 | 4.00 | 5.34 |
| question mark | ? | .67 | 1.01 | 1.51 | 2.51 | 4.03 | 6.04 | 8.06 |
| exclamation point | ! | .24 | .36 | .53 | .89 | 1.43 | 2.14 | 2.86 |
| parenthesis | () | .30 | .45 | .67 | 1.11 | 1.79 | 2.68 | 3.58 |
| quotes | " " | .54 | .81 | 1.22 | 2.03 | 3.25 | 4.87 | 6.50 |
| apostrophe | ' | .27 | .41 | .61 | 1.02 | 1.63 | 2.44 | 3.25 |

*Not available in die-cut letters.

**SPACING CHART**
**UPPER CASE TO UPPER CASE**

Second Letter

| First Letter | A | BK DL EM FN HP IR | C G O Q | J | S | T | U | V W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 7 | 7 | 5 | 6 | 7 | 4 | 5 | 1 | 8 | 1 | 9 |
| B | 7 | 11 | 11 | 9 | 14 | 9 | 11 | 6 | 7 | 4 | 13 |
| C | 6 | 11 | 13 | 12 | 14 | 13 | 12 | 10 | 9 | 9 | 13 |
| D | 5 | 11 | 11 | 8 | 13 | 9 | 8 | 5 | 6 | 3 | 10 |
| E | 7 | 13 | 13 | 9 | 14 | 12 | 11 | 7 | 10 | 7 | 14 |
| F | 1 | 9 | 9 | 6 | 12 | 9 | 8 | 6 | 8 | 5 | 12 |
| G | 4 | 9 | 8 | 6 | 10 | 8 | 6 | 4 | 6 | 3 | 9 |
| H,I,M | 7 | 11 | 11 | 7 | 13 | 10 | 9 | 6 | 7 | 6 | 13 |
| J | 2 | 9 | 8 | 5 | 10 | 9 | 9 | 7 | 7 | 6 | 13 |
| K | 6 | 7 | 6 | 4 | 7 | 6 | 7 | 4 | 7 | 3 | 8 |
| L | 7 | 10 | 8 | 7 | 12 | 5 | 4 | 3 | 7 | 2 | 9 |
| N | 3 | 9 | 7 | 4 | 10 | 8 | 8 | 6 | 6 | 4 | 10 |
| O | 5 | 11 | 11 | 8 | 13 | 9 | 8 | 5 | 6 | 3 | 10 |
| P | 1 | 7 | 8 | 2 | 9 | 8 | 5 | 4 | 4 | 4 | 7 |
| Q | 6 | 8 | 9 | 8 | 12 | 6 | 8 | 2 | 5 | 2 | 10 |
| R | 6 | 8 | 9 | 8 | 12 | 6 | 8 | 2 | 5 | 2 | 10 |
| S | 6 | 10 | 13 | 8 | 13 | 8 | 8 | 5 | 7 | 4 | 12 |
| T | 4 | 7 | 9 | 5 | 11 | 10 | 9 | 7 | 7 | 6 | 10 |
| U | 2 | 9 | 8 | 5 | 10 | 9 | 9 | 7 | 7 | 6 | 13 |
| V,W | 1 | 6 | 5 | 1 | 8 | 7 | 7 | 7 | 6 | 5 | 8 |
| X | 6 | 7 | 6 | 4 | 7 | 6 | 7 | 4 | 7 | 3 | 8 |
| Y | 1 | 6 | 4 | 1 | 8 | 6 | 6 | 5 | 3 | 5 | 7 |
| Z | 9 | 13 | 10 | 10 | 14 | 10 | 13 | 8 | 8 | 7 | 13 |

## SPACING CHART
## UPPER CASE TO LOWER CASE

**Second Letter**

| First Letter | a | b h k l | c d e o q | f | g | i | j | m n r | p | s | t | u | v w | x | y | z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 5 | 6 | 4 | 7 | 4 | 5 | 3 | 5 | 4 | 6 | 4 | 3 | 1 | 4 | 2 | 6 |
| B | 9 | 11 | 8 | 9 | 8 | 8 | 3 | 8 | 8 | 11 | 8 | 8 | 6 | 6 | 6 | 11 |
| C | 9 | 11 | 9 | 9 | 8 | 9 | 3 | 7 | 12 | 8 | 8 | 9 | 6 | 7 | 9 | 11 |
| D | 9 | 11 | 9 | 10 | 8 | 9 | 3 | 8 | 9 | 11 | 8 | 6 | 6 | 7 | 9 | 11 |
| E | 12 | 13 | 10 | 12 | 9 | 11 | 5 | 11 | 10 | 13 | 10 | 10 | 8 | 9 | 8 | 13 |
| F | 4 | 9 | 4 | 7 | 3 | 7 | 3 | 6 | 4 | 6 | 5 | 4 | 4 | 4 | 4 | 7 |
| G | 8 | 9 | 4 | 10 | 7 | 7 | 2 | 8 | 8 | 9 | 8 | 6 | 6 | 6 | 5 | 8 |
| H,I,M | 7 | 11 | 7 | 8 | 7 | 7 | 3 | 9 | 6 | 11 | 6 | 6 | 4 | 6 | 5 | 9 |
| J | 5 | 9 | 4 | 5 | 3 | 6 | 1 | 4 | 5 | 7 | 4 | 4 | 3 | 3 | 3 | 6 |
| K | 5 | 7 | 3 | 6 | 6 | 6 | 3 | 6 | 4 | 3 | 8 | 3 | 3 | 5 | 3 | 8 |
| L | 9 | 10 | 8 | 10 | 7 | 9 | 6 | 9 | 7 | 12 | 6 | 7 | 4 | 7 | 5 | 10 |
| N | 4 | 9 | 6 | 6 | 10 | 5 | 1 | 4 | 4 | 7 | 6 | 5 | 3 | 5 | 4 | 7 |
| O | 9 | 11 | 9 | 10 | 8 | 9 | 3 | 8 | 9 | 11 | 8 | 6 | 6 | 7 | 9 | 11 |
| P | 3 | 7 | 3 | 4 | 3 | 6 | 1 | 4 | 4 | 5 | 4 | 4 | 4 | 3 | 4 | 4 |
| Q | 7 | 8 | 7 | 7 | 6 | 7 | 3 | 5 | 5 | 9 | 5 | 4 | 3 | 5 | 3 | 9 |
| R | 7 | 8 | 7 | 7 | 6 | 7 | 3 | 5 | 5 | 9 | 5 | 4 | 3 | 5 | 3 | 9 |
| S | 9 | 10 | 8 | 9 | 8 | 9 | 3 | 8 | 8 | 11 | 8 | 7 | 6 | 6 | 5 | 10 |
| T | 4 | 7 | 4 | 7 | 4 | 7 | 3 | 6 | 6 | 6 | 5 | 5 | 5 | 5 | 4 | 7 |
| U | 5 | 9 | 4 | 5 | 3 | 6 | 1 | 4 | 5 | 7 | 4 | 4 | 3 | 3 | 3 | 6 |
| V,W | 1 | 6 | 1 | 3 | 1 | 2 | 0 | 3 | 2 | 3 | 3 | 2 | 2 | 2 | 3 | 3 |
| X | 5 | 7 | 3 | 6 | 6 | 6 | 3 | 6 | 4 | 3 | 8 | 3 | 3 | 5 | 3 | 8 |
| Y | 1 | 6 | 1 | 3 | 0 | 2 | 0 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | 1 | 2 |
| Z | 12 | 13 | 10 | 12 | 9 | 11 | 5 | 10 | 8 | 13 | 8 | 9 | 6 | 9 | 7 | 13 |

**SPACING CHART**
**UPPER CASE TO PUNCTUATION**

Second Character

| First Letter | .:;'" | " ' | " ' | ! | ? | — | ( | ) | & |
|---|---|---|---|---|---|---|---|---|---|
| A | 6 | 3 | 3 | 8 | 3 | 6 | 10 | 7 | 4 |
| B | 7 | 4 | 4 | 13 | 8 | 10 | 14 | 11 | 9 |
| C | 8 | 9 | 9 | 14 | 10 | 10 | 14 | 10 | 10 |
| D | 8 | 8 | 8 | 14 | 10 | 13 | 13 | 11 | 13 |
| E | 10 | 7 | 7 | 14 | 10 | 13 | 14 | 13 | 12 |
| F | 6 | 7 | 7 | 13 | 8 | 6 | 13 | 9 | 8 |
| G | 7 | 4 | 4 | 9 | 5 | 10 | 13 | 9 | 9 |
| H,I,M | 6 | 7 | 7 | 13 | 8 | 8 | 14 | 11 | 9 |
| J | 5 | 7 | 7 | 11 | 7 | 7 | 12 | 9 | 7 |
| K | 6 | 6 | 6 | 8 | 4 | 6 | 8 | 7 | 5 |
| L | 9 | 6 | 6 | 11 | 6 | 10 | 14 | 10 | 11 |
| N | 5 | 6 | 6 | 10 | 6 | 5 | 12 | 9 | 8 |
| O | 8 | 8 | 8 | 14 | 10 | 13 | 13 | 11 | 13 |
| P | 4 | 6 | 6 | 11 | 8 | 7 | 11 | 7 | 5 |
| Q | 6 | 4 | 4 | 11 | 6 | 7 | 11 | 8 | 8 |
| R | 6 | 4 | 4 | 11 | 6 | 7 | 11 | 8 | 8 |
| S | 7 | 4 | 4 | 12 | 7 | 10 | 14 | 10 | 11 |
| T | 7 | 7 | 7 | 13 | 8 | 6 | 11 | 7 | 7 |
| U | 5 | 7 | 7 | 11 | 7 | 7 | 12 | 9 | 7 |
| V,W | 3 | 6 | 6 | 10 | 6 | 4 | 10 | 6 | 3 |
| X | 6 | 6 | 6 | 8 | 4 | 6 | 8 | 7 | 5 |
| Y | 3 | 6 | 6 | 8 | 6 | 3 | 9 | 6 | 2 |
| Z | 10 | 8 | 8 | 13 | 8 | 11 | 13 | 13 | 11 |

**SPACING CHART**
**UPPER CASE TO FIGURES**

Second Figure

| | 1 | 2 | 3 | 4 | 5 | 6 | %<br>7 | 8 | 9 | 0 | ¢ | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 6 | 7 | 6 | 3 | 7 | 5 | 4 | 6 | 5 | 5 | 2 | 5 |
| B | 10 | 10 | 9 | 7 | 10 | 9 | 6 | 10 | 9 | 9 | 8 | 10 |
| C | 10 | 13 | 12 | 9 | 12 | 13 | 10 | 13 | 12 | 13 | 10 | 13 |
| D | 8 | 10 | 8 | 8 | 11 | 9 | 9 | 9 | 9 | 9 | 10 | 13 |
| E | 13 | 13 | 13 | 11 | 13 | 13 | 10 | 13 | 13 | 13 | 11 | 13 |
| F | 6 | 7 | 7 | 3 | 8 | 7 | 7 | 9 | 9 | 7 | 7 | 8 |
| G | 7 | 8 | 9 | 7 | 8 | 9 | 8 | 10 | 9 | 9 | 8 | 10 |
| H,I,M | 9 | 12 | 9 | 6 | 11 | 11 | 8 | 11 | 10 | 11 | 7 | 11 |
| J | 7 | 7 | 7 | 6 | 8 | 7 | 7 | 11 | 9 | 8 | 8 | 9 |
| K | 5 | 7 | 6 | 3 | 8 | 6 | 7 | 7 | 6 | 6 | 4 | 6 |
| L | 8 | 9 | 8 | 7 | 9 | 9 | 6 | 10 | 9 | 9 | 6 | 10 |
| N | 6 | 11 | 8 | 4 | 8 | 9 | 7 | 9 | 8 | 9 | 7 | 9 |
| O | 8 | 10 | 8 | 8 | 11 | 9 | 9 | 9 | 9 | 9 | 10 | 13 |
| P | 6 | 7 | 7 | 3 | 6 | 6 | 6 | 6 | 8 | 6 | 6 | 7 |
| Q | 7 | 8 | 8 | 6 | 9 | 8 | 5 | 8 | 9 | 8 | 7 | 7 |
| R | 7 | 8 | 8 | 6 | 9 | 8 | 5 | 8 | 9 | 8 | 7 | 7 |
| S | 9 | 10 | 8 | 6 | 11 | 10 | 7 | 10 | 10 | 10 | 8 | 10 |
| T | 7 | 7 | 8 | 4 | 8 | 9 | 8 | 9 | 11 | 9 | 7 | 8 |
| U | 7 | 7 | 7 | 6 | 8 | 7 | 7 | 11 | 9 | 8 | 8 | 9 |
| V,W | 5 | 6 | 4 | 2 | 5 | 5 | 5 | 6 | 5 | 5 | 3 | 5 |
| X | 5 | 7 | 6 | 3 | 8 | 6 | 7 | 7 | 6 | 6 | 4 | 6 |
| Y | 6 | 6 | 4 | 3 | 7 | 3 | 6 | 4 | 4 | 3 | 4 | 6 |
| Z | 11 | 12 | 13 | 10 | 12 | 10 | 10 | 13 | 10 | 10 | 12 | 12 |

First Letter

**SPACING CHART**
**LOWER CASE TO UPPER CASE**

| | | Second Letter | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | BK DL EM FN HP IR | C G O Q | J | S | T | U | V W | X | Y | Z |
| **First Letter** | a | 5 | 7 | 7 | 6 | 10 | 3 | 5 | 1 | 4 | 1 | 8 |
| | b,e,o,p | 4 | 11 | 10 | 8 | 11 | 4 | 7 | 1 | 3 | 1 | 10 |
| | c | 8 | 7 | 12 | 9 | 11 | 5 | 7 | 3 | 5 | 3 | 10 |
| | d, l | 7 | 9 | 10 | 6 | 11 | 7 | 8 | 4 | 7 | 3 | 11 |
| | f | 2 | 6 | 7 | 3 | 8 | 6 | 6 | 5 | 5 | 4 | 10 |
| | g | 2 | 4 | 8 | 6 | 9 | 5 | 4 | 1 | 3 | 1 | 7 |
| | h,m,n | 6 | 6 | 8 | 6 | 10 | 4 | 6 | 2 | 6 | 1 | 10 |
| | i | 3 | 7 | 9 | 6 | 10 | 6 | 4 | 3 | 7 | 3 | 9 |
| | j | 7 | 13 | 11 | 10 | 13 | 8 | 9 | 6 | 8 | 4 | 12 |
| | k | 4 | 6 | 7 | 6 | 10 | 5 | 3 | 2 | 5 | 1 | 9 |
| | q | 4 | 6 | 9 | 7 | 11 | 6 | 6 | 2 | 4 | 1 | 8 |
| | r | 1 | 4 | 10 | 5 | 11 | 6 | 5 | 2 | 4 | 2 | 9 |
| | s | 7 | 10 | 10 | 8 | 13 | 5 | 9 | 4 | 7 | 1 | 12 |
| | t | 6 | 8 | 10 | 6 | 11 | 6 | 7 | 3 | 6 | 2 | 10 |
| | u | 5 | 7 | 10 | 7 | 11 | 3 | 7 | 3 | 6 | 2 | 10 |
| | v,w | 1 | 4 | 6 | 4 | 10 | 5 | 3 | 2 | 3 | 1 | 9 |
| | x | 4 | 6 | 7 | 6 | 10 | 5 | 3 | 2 | 5 | 1 | 9 |
| | y | 1 | 4 | 6 | 4 | 10 | 5 | 3 | 2 | 3 | 1 | 9 |
| | z | 6 | 11 | 11 | 8 | 13 | 7 | 6 | 3 | 8 | 2 | 13 |

## SPACING CHART

### LOWER CASE TO LOWER CASE

Second Letter

| First Letter | a | b h k l | c d e o q | f | g | i | j | m n r | p | s | t | u | v w | x | y | z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a | 6 | 6 | 6 | 5 | 5 | 4 | 1 | 4 | 3 | 7 | 3 | 4 | 3 | 5 | 2 | 7 |
| b,e,o,p | | 7 | | 7 | | 7 | | 7 | 6 | 11 | 6 | 7 | 5 | 5 | 6 | 9 |
| c | | 7 | | 7 | | 7 | | 7 | 6 | 11 | 6 | 7 | 5 | 5 | 6 | 9 |
| d, l | | 9 | | 7 | 8 | 7 | 2 | 8 | 6 | 10 | 6 | 7 | 4 | 6 | 4 | 9 |
| f | | 6 | | 4 | | 4 | 1 | 3 | 2 | 4 | 2 | 3 | 3 | 3 | 2 | 6 |
| g | | 4 | | 6 | | | 5 | 4 | | 7 | | 4 | 4 | 4 | | 7 |
| h,m,n | | 6 | | 8 | | 4 | | 7 | 6 | 10 | 5 | | 6 | 4 | 4 | 9 |
| i | | 7 | | 8 | 6 | 6 | 3 | 6 | 6 | 8 | 6 | | 4 | 4 | 5 | 9 |
| j | 10 | 13 | 10 | 11 | 9 | 10 | 5 | 10 | | 13 | 9 | 9 | 7 | 6 | | 12 |
| k | 6 | 6 | 5 | 8 | 6 | 8 | | 8 | | 9 | 6 | 6 | | 5 | 7 | 8 |
| q | | 6 | | 7 | | 7 | | 8 | | 9 | 5 | 6 | 6 | 5 | 7 | 8 |
| r | | 4 | 5 | 7 | 6 | 7 | | 7 | 5 | 8 | 7 | 6 | 6 | 5 | 6 | 9 |
| s | 10 | 10 | | 10 | 9 | 9 | | 9 | 8 | 11 | 9 | 10 | 7 | 8 | 5 | 10 |
| t | | 8 | | 9 | 8 | 7 | | 9 | 8 | 10 | 7 | 8 | 5 | 6 | 4 | 12 |
| u | | 7 | | 8 | | 7 | | 6 | 6 | 9 | 6 | 5 | 4 | 4 | 2 | 7 |
| v,w | | 4 | | 6 | 7 | 6 | | 6 | 6 | 7 | 6 | 4 | 5 | 5 | 4 | 7 |
| x | | 6 | | 8 | 6 | 8 | 4 | 7 | 5 | 8 | 6 | 7 | 5 | 6 | 5 | 8 |
| y | | 4 | 5 | 6 | 7 | 6 | | 6 | 6 | 7 | 6 | 4 | 5 | 5 | 4 | 7 |
| z | 10 | 11 | 9 | 10 | 10 | 10 | 4 | 10 | 8 | 12 | 9 | 9 | 7 | 8 | 6 | 11 |

**SPACING CHART**
**LOWER CASE TO PUNCTUATION**

|  | Second Character | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| First Letter | `:;/.;` | `" '` | `" '` | `!` | `?` | `—` | `(` | `)` | `&` |
| a | 6 | 3 | 3 | 8 | 3 | 7 | 12 | 6 | 8 |
| b,e,o,p | 7 | 3 | 4 | 10 | 5 | 10 | 12 | 7 | 11 |
| c | 8 | 4 | 4 | 10 | 6 | 11 | 13 | 7 | 10 |
| d, l | 6 | 3 | 3 | 10 | 7 | 8 | 12 | 9 | 8 |
| f | 3 | 6 | 6 | 8 | 7 | 4 | 8 | 6 | 6 |
| g | 7 | 4 | 4 | 10 | 6 | 7 | 11 | 6 | 8 |
| h,m,n | 6 | 3 | 3 | 10 | 4 | 8 | 13 | 7 | 9 |
| i | 5 | 4 | 4 | 9 | 5 | 8 | 11 | 7 | 8 |
| j | 9 | 7 | 7 | 12 | 9 | 11 | 14 | 8 | 10 |
| k | 7 | 4 | 4 | 8 | 6 | 8 | 10 | 6 | 8 |
| q | 8 | 6 | 6 | 11 | 10 | 9 | 13 | 6 | 8 |
| r | 8 | 4 | 4 | 9 | 7 | 9 | 10 | 7 | 8 |
| s | 9 | 4 | 4 | 12 | 8 | 10 | 13 | 10 | 10 |
| t | 8 | 6 | 6 | 9 | 6 | 9 | 12 | 8 | 12 |
| u | 6 | 3 | 3 | 10 | 4 | 9 | 12 | 7 | 8 |
| v,w | 7 | 5 | 5 | 9 | 6 | 7 | 11 | 4 | 7 |
| x | 7 | 4 | 4 | 8 | 6 | 8 | 10 | 6 | 8 |
| y | 7 | 5 | 5 | 9 | 6 | 7 | 11 | 4 | 7 |
| z | 8 | 7 | 7 | 11 | 8 | 12 | 13 | 11 | 10 |

5-22

**SPACING CHART**
**LOWER CASE TO FIGURES**

Second Figure

| First Letter | 1 | 2 | 3 | 4 | 5 | 6 | %<br>7 | 8 | 9 | 0 | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a | 5 | 7 | 7 | 5 | 7 | 6 | 4 | 7 | 5 | 6 | 7 |
| b,e,o,p | 7 | 9 | 9 | 6 | 9 | 10 | 5 | 8 | 9 | 10 | 10 |
| c | 9 | 12 | 10 | 8 | 11 | 11 | 7 | 10 | 11 | 11 | 10 |
| d, l | 7 | 10 | 8 | 6 | 10 | 9 | 8 | 9 | 10 | 9 | 9 |
| f | 6 | 8 | 8 | 4 | 7 | 7 | 8 | 7 | 7 | 7 | 7 |
| g | 4 | 9 | 7 | 5 | 7 | 7 | 6 | 8 | 8 | 7 | 8 |
| h,m,n | 6 | 9 | 6 | 6 | 8 | 7 | 4 | 8 | 8 | 8 | 9 |
| i | 6 | 8 | 8 | 4 | 8 | 8 | 5 | 8 | 9 | 8 | 9 |
| j | 9 | 12 | 10 | 9 | 11 | 13 | 8 | 13 | 12 | 13 | 12 |
| k | 6 | 9 | 8 | 6 | 8 | 7 | 7 | 6 | 8 | 7 | 9 |
| q | 7 | 10 | 10 | 7 | 10 | 9 | 8 | 8 | 9 | 9 | 10 |
| r | 8 | 9 | 9 | 6 | 9 | 10 | 7 | 9 | 8 | 10 | 10 |
| s | 8 | 8 | 10 | 7 | 10 | 10 | 7 | 10 | 9 | 10 | 11 |
| t | 10 | 10 | 10 | 8 | 10 | 11 | 8 | 10 | 11 | 11 | 10 |
| u | 6 | 9 | 9 | 5 | 9 | 9 | 4 | 9 | 8 | 9 | 10 |
| v,w | 6 | 9 | 8 | 5 | 7 | 6 | 7 | 6 | 8 | 6 | 10 |
| x | 6 | 9 | 8 | 6 | 8 | 7 | 7 | 6 | 8 | 7 | 9 |
| y | 6 | 9 | 8 | 5 | 7 | 6 | 7 | 6 | 8 | 6 | 10 |
| z | 10 | 12 | 11 | 10 | 12 | 11 | 8 | 11 | 11 | 11 | 12 |

## SPACING CHART
## PUNCTUATION TO LOWER CASE

Second Letter

| First Character | a | b h k l | c d e o q | f | g | i | j | m n r | p | s | t | u | v w | x | y | z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . , ; |  | 6 |  | 8 |  | 8 |  | 8 |  | 10 |  | 8 | 7 | 7 | 7 | 8 |
| " ' |  | 7 |  | 6 |  | 9 |  | 7 |  | 6 |  | 6 |  | 3 |  | 7 |
| " ' |  | 7 |  | 6 |  | 9 |  | 7 |  | 6 |  | 3 |  | 3 |  | 7 |
| ! | 10 | 13 |  | 13 |  | 11 |  | 10 |  | 13 |  | 11 |  | 8 | 8 | 11 |
| ? | 5 | 9 |  | 7 |  | 8 |  | 7 |  | 7 |  | 5 |  | 5 | 5 | 8 |
| — |  | 8 |  | 10 |  | 10 |  | 8 |  | 11 |  | 0 |  | 8 | 6 | 12 |
| ( |  | 11 | 7 | 8 |  | 7 |  | 9 |  | 11 |  | 6 |  | 6 | 5 | 11 |
| ) | 13 | 14 |  | 12 |  | 12 |  | 13 |  | 13 |  | 11 |  | 10 | 7 | 13 |
| & | 10 | 11 | 10 | 9 |  | 11 |  | 10 | 10 | 11 |  | 8 | 7 | 8 | 6 | 13 |

## SPACING CHART
## PUNCTUATION TO UPPER CASE

Second Letter

| First Character | A | BK DL EM FN HP IR | C G O Q | J | S | T | U | V W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|
| . , ; | 6 | 6 | 8 | 6 | 8 | 7 | 5 | 3 | 6 | 3 | 10 |
| " ' | 5 | 7 | 8 | 0 | 6 | 7 | 7 | 6 | 6 | 6 | 8 |
| " ' | 5 | 7 | 8 | 0 | 6 | 7 | 7 | 6 | 6 | 6 | 8 |
| ! | 8 | 13 | 14 | 6 | 13 | 13 | 11 | 10 | 8 | 8 | 13 |
| ? | 5 | 9 | 7 | 4 | 9 | 6 | 7 | 4 | 5 | 4 | 8 |
| — | 6 | 8 | 13 | 7 | 10 | 6 | 7 | 4 | 6 | 3 | 11 |
| ( | 7 | 11 | 11 | 7 | 13 | 10 | 9 | 6 | 7 | 6 | 13 |
| ) | 10 | 14 | 13 | 7 | 13 | 11 | 12 | 10 | 8 | 9 | 13 |
| & | 6 | 11 | 10 | 7 | 9 | 5 | 6 | 3 | 4 | 3 | 10 |

**SPACING CHART**
**PUNCTUATION TO PUNCTUATION**

Second Character

| First Character | .:; | " , | " , | ! | ? | — | ( | ) | & |
|---|---|---|---|---|---|---|---|---|---|
| .,;: | 10 | 6 | 6 | 13 | 10 | 13 | 6 | 10 | |
| ,"" | 6 | 10 | 10 | 11 | | 6 | 7 | | |
| "", | | 10 | 10 | 11 | | 6 | 7 | | |
| ! | | 11 | | 13 | | 10 | 13 | | |
| ? | | 6 | | 10 | | 7 | 9 | | |
| — | | 6 | | 10 | | 12 | 8 | | |
| ( | | 7 | | 13 | | 8 | 11 | | |
| ) | | 11 | | 14 | | 13 | 14 | | |
| & | | 6 | | 13 | | 13 | 11 | | |

**SPACING CHART**
**PUNCTUATION TO FIGURES**

Second Figure

| First Character | 1 | 2 | 3 | 4 | 5 | 6 | % 7 | 8 | 9 | 0 | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| .:; | 7 | 8 | 8 | 5 | 6 | 7 | 5 | 7 | 8 | 7 | 12 |
| ,"" | 8 | 8 | 7 | 3 | 6 | 8 | 6 | 4 | 4 | 8 | 8 |
| "", | 8 | 8 | 7 | 3 | 6 | 8 | 6 | 4 | 4 | 8 | 8 |
| ! | 10 | 13 | 13 | 10 | 13 | 14 | 12 | 13 | 13 | 14 | 14 |
| ? | 8 | 10 | 10 | 6 | 8 | 9 | 6 | 10 | 10 | 9 | 11 |
| — | 8 | 11 | 8 | 10 | 5 | 13 | 9 | 10 | 10 | 13 | 11 |
| ( | 6 | 12 | 9 | 6 | 11 | 11 | 8 | 11 | 10 | 11 | 11 |
| ) | 10 | 13 | 13 | 12 | 14 | 13 | 13 | 14 | 11 | 13 | 13 |
| & | 10 | 11 | 11 | 8 | 10 | 11 | 10 | 11 | 11 | | |

5-25

**SPACING CHART**
**FIGURES TO LOWER CASE**

Second Letter

| First Figure | a | b h k l | c d e o q | f | g | i | j | m n r p | s | t | u | v w | x | y | z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | 7 | 4 | 7 | 6 | 5 | 1 | 4 | 7 | 4 | 3 | 2 | 5 | 3 | 8 |
| 2 | 10 | 10 | 8 | 10 | 9 | 9 | 6 | 8 | 10 | 12 | 9 | 7 | 6 | 7 | 11 |
| 3 | 9 | 11 | 8 | 9 | 8 | 8 | 6 | 8 | 11 | 11 | 8 | 6 | 6 | 6 | 11 |
| 4 | 9 | 9 | 8 | 9 | 8 | 8 | 6 | 9 | 10 | 10 | 7 | 6 | 6 | 6 | 10 |
| 5 | 9 | 10 | 8 | 9 | 7 | 9 | 6 | 9 | 11 | 10 | 7 | 6 | 6 | 6 | 10 |
| 6 | 10 | 10 | 9 | 10 | 8 | 9 | 6 | 8 | 11 | 8 | 8 | 6 | 7 | 6 | 10 |
| 7 | 4 | 6 | 3 | 5 | 3 | 3 | 1 | 3 | 3 | 3 | 3 | 2 | 1 | 1 | 4 |
| 8 | 9 | 11 | 9 | 9 | 8 | 8 | 6 | 8 | 11 | 11 | 8 | 6 | 6 | 6 | 11 |
| 0,9 | 9 | 11 | 9 | 10 | 8 | 9 | 6 | 8 | 11 | 8 | 6 | 6 | 7 | 4 | 11 |
| ¢ | 9 | 7 | 8 | 10 | 8 | 8 | 6 | 8 | 10 | 9 | 9 | 7 | 6 | 7 | 10 |

**SPACING CHART**
**FIGURES TO UPPER CASE**

Second Letter

| First Figure | A | BK DL EM FN HP IR | C G O Q | J | S | T | U | V W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | 7 | 4 | 5 | 8 | 3 | 3 | 2 | 6 | 1 | 7 |
| 2 | 7 | 10 | 9 | 7 | 13 | 7 | 9 | 4 | 6 | 2 | 10 |
| 3 | 7 | 11 | 11 | 9 | 14 | 9 | 11 | 6 | 7 | 4 | 13 |
| 4 | 7 | 9 | 8 | 7 | 10 | 4 | 6 | 2 | 3 | 3 | 10 |
| 5 | 4 | 10 | 9 | 7 | 11 | 8 | 8 | 4 | 6 | 3 | 11 |
| 6 | 5 | 10 | 9 | 8 | 13 | 7 | 8 | 5 | 6 | 4 | 10 |
| 7 | 1 | 6 | 5 | 1 | 8 | 4 | 4 | 3 | 4 | 4 | 7 |
| 8 | 7 | 11 | 11 | 9 | 14 | 9 | 11 | 6 | 7 | 4 | 13 |
| 0,9 | 5 | 11 | 9 | 8 | 13 | 9 | 8 | 5 | 6 | 3 | 10 |
| ¢ | 4 | 10 | 10 | 9 | 12 | 7 | 8 | 4 | 4 | 3 | 9 |

5-26

**SPACING CHART
FIGURES TO PUNCTUATION**

Second Character

| First Figure | . : ; | " ' | " ' | ! | ? | — | ( | ) | & |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | 3 | 5 | 8 | 5 | 8 | 9 | 7 | 9 |
| 2 | 8 | 6 | 6 | 11 | 8 | 10 | 14 | 10 | 11 |
| 3 | 7 | 4 | 8 | 13 | 8 | 10 | 14 | 11 | 9 |
| 4 | 8 | 4 | 6 | 10 | 6 | 12 | 14 | 9 | 11 |
| 5 | 9 | 4 | 7 | 11 | 7 | 12 | 14 | 10 | 11 |
| 6 | 10 | 4 | 4 | 12 | 7 | 13 | 11 | 10 | 11 |
| %7 | 6 | 7 | 7 | 8 | 7 | 6 | 11 | 6 | 4 |
| 8 | 7 | 4 | 7 | 13 | 8 | 10 | 14 | 11 | 9 |
| 0,9 | 9 | 8 | 8 | 14 | 10 | 13 | 13 | 11 | 13 |
| ¢ | 8 | 4 | 4 | 10 | 6 | 11 | 13 | 10 | 10 |

**SPACING CHART
FIGURES TO FIGURES**

Second Figure

| First Figure | 1 | 2 | 3 | 4 | 5 | 6 | %7 | 8 | 9 | 0 | ¢ | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | 6 | 6 | 3 | 8 | 4 | 4 | 6 | 5 | 4 | 6 | 6 |
| 2 | 10 | 11 | 10 | 7 | 10 | 9 | 9 | 10 | 9 | 9 | 10 | 11 |
| 3 | 10 | 10 | 9 | 7 | 10 | 9 | 6 | 10 | 9 | 9 | 8 | 10 |
| 4 | 7 | 11 | 8 | 7 | 9 | 8 | 5 | 9 | 8 | 8 | 8 | 9 |
| 5 | 8 | 10 | 9 | 7 | 8 | 9 | 7 | 10 | 10 | 9 | 8 | 12 |
| 6 | 10 | 8 | 11 | 6 | 11 | 9 | 7 | 9 | 9 | 9 | 9 | 11 |
| 7 | 6 | 6 | 5 | 2 | 5 | 5 | 6 | 5 | 5 | 5 | 4 | 5 |
| 8 | 10 | 10 | 9 | 7 | 10 | 9 | 6 | 10 | 9 | 9 | 8 | 10 |
| 0,9 | 9 | 11 | 8 | 7 | 10 | 9 | 8 | 9 | 9 | 9 | 10 | 13 |
| $ | 10 | 11 | 11 | 7 | 11 | 10 | 11 | 10 | 11 | 10 | 10 | 11 |
| ¢ | 9 | 12 | 10 | 8 | 10 | 10 | 8 | 11 | 10 | 10 | 9 | 12 |

## ARROW SPECIFICATIONS

| LETTER SIZE (UPPER CASE) | A | B | C | D | E | G | H |
|---|---|---|---|---|---|---|---|
| 1/2" | 3/16" | 7/32" | 3/8" | 1/32" | 1/32" | 3/4" | 1/2" |
| 3/4" | 9/32" | 5/16" | 9/16" | 3/64" | 1/16" | 1-1/8" | 3/4" |
| 1" | 3/8" | 7/16" | 3/4" | 1/16" | 5/64" | 1-1/2" | 1-1/32" |
| 1-1/2" | 9/16" | 5/8" | 1-1/8" | 1/8" | 1/8" | 2-1/4" | 1-1/2" |
| 2-1/4" | 7/8" | 1" | 1-3/4" | 3/16" | 3/16" | 3-1/2" | 2-3/8" |
| 3-3/4" | 1-7/16" | 1-5/8" | 2-7/8" | 3/16" | 1/4" | 5-5/8" | 3-3/4" |
| 6" | 2-1/4" | 2-5/8" | 4-1/2" | 3/8" | 7/16" | 9" | 6-1/8" |
| 9" | 3-5/16" | 3-13/16" | 6-11/16" | 1/2" | 11/16" | 13-5/16" | 9" |
| 12" | 4-1/2" | 5-3/16" | 9-1/8" | 11/16" | 7/8" | 18-1/8" | 12-1/8" |

## STANDARD HIGHWAY SIGN ARROW DESIGN





ROAD SIGN - CATEGORY 1-3



ROAD SIGN — CATEGORY 2-3



ROAD SIGN – CATEGORY 1–3



ENTRANCE SIGN - CATEGORY 1-3



ROAD SIGN – CATEGORY 1–3

PEDESTRIAN / TRIAL SIGN – CATEGORY OTHER
(ROUTED SIGNS)



GUNSIGHT PASS TRAIL

GUNSIGHT TRAIL JCT.     2.0 MI
FLORENCE FALLS          8.0 MI
GUNSIGHT LAKE          10.0 MI
GUNSIGHT PASS          15.0 MI
LAKE ELLEN WILSON      17.0 MI
SPERRY CHALET          22.0 MI

PIEGAN PASS             7.5 MI

**Pickett's Charge**

On July 3, 1863 fifteen thousand
Confederates, emerging from the
woods on the left, attacked the
Union line behind the stone wall
on the right. The charge, climax
of the battle, was repulsed with a
loss of nearly ten thousand men.

NATIONAL PARK SERVICE ROUTE MARKER



Standard size 15'' diameter 3¾'' caps & numerals

¾'' wide border white on brown color

OFFICIAL NATIONAL PARK SERVICE EMBLEM



U. S. DEPARTMENT OF THE INTERIOR



## U. S. FEE AREA SYMBOL

Available in 18″ & 9″ sizes



NOTE:  For 9″ symbol, all dimensions are half of 18″ size

COLOR KEY

1.  Background and Eagle — Gold Scotchlite /
    Reflectorized Paint / PMS 130
2.  Background Circle — White
3.  Borders, Figures, and Type — Midnight Blue / PMS 282

SIGN MATERIAL — .032″ Aluminum

SOURCE:  Federal Register, Vol. 39, No. 180, Monday, Sep. 16, 1974.

PACIFIC CREST TRAIL

Available in 18'', 9'' & 3½'' sizes



# APPALACHIAN TRAIL

Available in 18'', 9'' & 3½'' sizes



## NORTH COUNTRY TRAIL

Available in 18'', 9'' & 3½'' sizes



# CHAPTER 6     SPECIFICATIONS FOR MANUFACTURE OF SIGNS

## CONTENTS

6-10        DESCRIPTION OF STANDARDS AND OPTIONS

6-20        REFLECTORIZED SIGNS

6-30        ROUTED WOOD SIGNS

6-40        NATIONAL PARK SERVICE (NPS) ARROWHEAD EMBLEMS

6-50        PACKAGING, ORDERING, SHIPPING

6-60        APPLICABLE DOCUMENTS, PUBLICATIONS,
            AND STANDARDS

6-70        QUALITY CONTROL

6-80        SIGN MOUNTING HARDWARE AND MISCELLANEOUS
            APPURTENANCES

NOTE:

THE MENTION OF COMPANY AND/OR PRODUCT NAMES IN THIS MANUAL IS
INTENDED SOLELY FOR GUIDANCE, AND IS NOT TO BE CONSTRUED AS
MANDATORY, OR AN ENDORSEMENT IN ANY MANNER BY THE NATIONAL PARK
SERVICE.

INDIVIDUAL CONTRACTING OFFICERS ARE RESPONSIBLE FOR INSURING THAT
FEDERAL PROCUREMENT REGULATIONS ARE FOLLOWED FOR EACH INDIVIDUAL
PROCUREMENT.

## 6-10    DESCRIPTION OF STANDARDS AND OPTIONS

### CONTENTS

6-11        EXPLANATION OF STANDARD BASIC SIGNS AND OPTIONS

6-11.10     TRAFFIC CONTROL SIGNS

6-11.11     Basic Sign

6-11.12     Options

6-11.20     GUIDE, INFORMATIONAL, AND ENTRANCE SIGNS
            (VEHICULAR SIGNS)

6-11.21     Basic Sign

6-11.22     Options

6-11.30     PEDESTRIAN DIRECTION SIGNS

6-11.31     Basic Design

6-11.32     Options

6-11.40     NPS ARROWHEAD EMBLEMS

6-11.41     Basic Design

6-11.42     Options

## 6-10    DESCRIPTION OF STANDARDS AND OPTIONS

**6-11        EXPLANATION OF STANDARD BASIC SIGNS AND OPTIONS.**
Basic sign compositions are described below to enable the sign manufacturer to
develop unit prices for contract work.

**6-11.10    TRAFFIC CONTROL SIGNS**

**6-11.11    Basic Sign**
    a.  *Color:* As specified in MUTCD.
    b.  *Copy:* As specified in MUTCD.
    c.  *Size:* As specified in MUTCD and Standard Highway Signs Book
       unless otherwise specified.
    d.  *Substrate:* High density overlay (HDO) plywood.
    e.  *Reflectivity:* Reflective sheeting with silkscreen copy and border.
    f.  *Edges:* Painted dark brown.
    g.  *Sign Back:* Unpainted.
    h.  Transparent film on top edge of sign.

**6-11.12    Options**
    a.  *Substrate:* Aluminum, FRP panel (polyplate).
    b.  *Copy:* Die-cut alphabets, numerals, arrows, and symbols.
    c.  *Sign Back:* Painted brown.

**6-11.20    GUIDE, INFORMATIONAL, AND ENTRANCE SIGNS (VEHICULAR
SIGNS)**

**6-11.21    Basic Sign**
    a.  *Color:* White legend and border on brown background.
    b.  *Copy:* NPS Modified Clarendon alphabet.
    c.  *Size:* As determined using NPS Modified Clarendon lettering and
       spacing, for the designated sign category.
    d.  *Substrate:* High density overlay (HDO) plywood.
    e.  *Reflectivity:* Reflective sheeting background with die-cut reflective
       legend and borders.
    f.  *Edges:* Painted dark brown.
    g.  *Sign Back:* Unpainted.
    h.  Transparent film on top edge of sign.

**6-11.22    Options**
    a.  Aluminum or FRP panel substrate.
    b.  Sign back painted dark brown.
    c.  Dimensional lumber with routed copy, painted or stained
       background and nonreflective painted copy (entrance sign only).
    d.  Routed HDO plywood, painted. Copy on one side only, unless
       otherwise specified (entrance sign only).
    e.  White legend and border on green background, standard highway
       alphabet as specified in MUTCD.
    f.  Any standard approved alphabet.

**6-11.30    PEDESTRIAN DIRECTION SIGNS**

**6-11.31    Basic Design**
    a.  *Color:* White legend and border on brown background.
    b.  *Copy:* NPS Modified Clarendon alphabet.
    c.  *Size:* As determined using NPS Modified Clarendon lettering and
       spacing, for the designated sign category.
    d.  *Substrate:* High-density overlay (HDO) plywood.
    e.  *Reflectivity:* Reflective sheeting background with die-cut or
       silkscreened reflective legend and borders.

f.  *Edges:* Painted dark brown.

g.  *Sign Back:* Unpainted.

h.  Transparent film on top edge of sign.

**6-11.32**  **Options**

a.  *Substrate:* Dimensional lumber, anodized aluminum, aluminum plate.

b.  *Routed Copy:* NPS Modified Clarendon, Engineering Standard or an approved standard alphabet. (Painted, natural or burned finish).

**6-11.40**  **NPS ARROWHEAD EMBLEMS**

**6-11.41**  **Basic Design**

a.  *Substrate:* Dimensional lumber.

b.  *Copy/Art Work:* Routed letters and graphics, photographically reproduced from NPS drawing no. PG-1005-A.

c.  *Size:* As determined by NPS Sign Manual.

d.  *Painted Colors:  matching Federal Standard 595a*

| Background | Cocoa brown | #20233 |
| Trees and buffalo outline | Dark blue/green | #34058 |
| Mountain and lake | Cream | #23690 |
| Lettering | White | #17875 |

**6-11.42**  **Options**

a.  HDO plywood substrate with routed and painted copy and artwork.

b.  High-density rigid polyurethane foam substrate with molded and painted copy and artwork.

c.  Silkscreened decal on reflective or non-reflective sheeting.

## 6-20    REFLECTORIZED SIGNS

### CONTENTS

| | |
|---|---|
| 6-21 | REFLECTORIZED SIGNS |
| 6-21.10 | DESCRIPTION |
| 6-22 | MATERIALS |
| 6-22.10 | SUBSTRATE |
| 6-22.11 | Aluminum |
| 6-22.12 | Plywood |
| 6-22.20 | REFLECTIVE MATERIALS |
| 6-22.21 | Reflective Background, Legend, Border, and Symbols |
| 6-22.21a | Retroreflective Sheeting — Type II |
| 6-22.21b | Retroreflective Sheeting — Type III |
| 6-22.21c | Legend, Border, and Symbols |
| 6-22.22 | Top Edge Treatment Film |
| 6-22.30 | TREATMENT OF PLYWOOD SIGN EDGES |
| 6-22.31 | Wood Primer |
| 6-22.32 | Enamel |
| | |
| 6-23 | CONSTRUCTION |
| 6-23.10 | WORKMANSHIP |
| 6-23.20 | WOODWORKING |
| 6-23.21 | Board Joining and Cleating |
| 6-23.22 | Machining |
| 6-23.23 | Dimension Tolerances |
| 6-23.24 | Edge Sanding and Finishing |
| 6-23.25 | Panel Surfaces |
| 6-23.26 | Plywood Storage and Handling |
| 6-23.30 | PREPARING PLYWOOD PANELS FOR RETROREFLECTIVE SHEETING |
| 6-23.31 | Sanding and Cleaning |
| 6-23.32 | Paint Room Facilities |
| 6-23.33 | Priming and Enamel Application |