| 6-23.34 | Panel Face Cleaning |
|---|---|
| 6-23.40 | METALWORKING |
| 6-23.41 | Surface Preparation |
| 6-23.50 | RETROREFLECTIVE SHEETING |
| 6-23.51 | Colors |
| 6-23.52 | Application Methods |
| 6-23.60 | RETROREFLECTIVE LEGEND |
| 6-23.61 | Legend Type |
| 6-23.62 | Use of Positionable Legend |
| 6-23.63 | Legend Series |
| 6-23.64 | Legend Spacing and Layout |
| 6-23.64a | *Spacing and Layout for Standard Traffic Signs* |
| 6-23.64b | *Spacing and Layout for Modified Clarendon Lettering* |
| 6-23.65 | Tolerance for Horizontal Alignment |
| 6-23.66 | Tolerance for Vertical Placement |
| 6-23.70 | NONREFLECTIVE LEGEND |
| 6-23.71 | Legend Series |
| 6-23.72 | Tolerance for Horizontal and Vertical Alignment |
| 6-23.73 | Tolerance for Vertical Alignment |
| 6-23.74 | Silkscreening |
| 6-23.80 | TOP EDGE TREATMENT |
| 6-24 | SURFACES |
| 6-24.10 | SILKSCREENING |
| 6-25 | DECALS AND MARKINGS |
| 6-25.10 | ANTIVANDALISM DECALS |
| 6-25.20 | MAKER'S MARK |
| 6-25.30 | INSTALLATION DATE MARK |
| 6-26 | METHOD OF MEASUREMENT |
| 6-27 | BASIS OF PAYMENT |

## 6-20    REFLECTORIZED SIGNS

**6-21    REFLECTORIZED SIGNS**

**6-21.10    DESCRIPTION.** This specification applies to the furnishing of reflective signs constructed on plywood or aluminum substrate or plastic panels to the dimensions in these specifications and as ordered on the sign requisitions. Work shall include the furnishing of all materials, labor, tools, equipment, and supplies to construct; packaging for shipping; obtain carrier; and shipping the signs via Government Bill of Lading or Parcel Post.

**6-22    MATERIALS**

**6-22.10    SUBSTRATE**

**6-22.11    Aluminum.** The aluminum substrate shall be 6061-T6 and otherwise in conformance with ASTM STD B-209. The thickness shall be 0.080 inches for all signs.

**6-22.12    Plywood.** This shall be High Density Overlay (HDO), two sides, ¾ inch 7-ply, Douglas fir, exterior plywood, Product Standard PS 1-74, Group 1, with a B grade veneer on both faces. *Mill-oiled concrete form, plywood shall be prohibited.* Surfacing overlay material weight shall be high density 60-60, non-oiled, resin impregnated fiber permanently fused to the base panel under heat and pressure. Panel weight shall be approximately 2.2 pounds per square foot. Overlay color shall be black. Each panel shall be edge-branded HDO B-B G1 EXT PS 1-74. The Contractor shall supply the Contracting Officer (CO) with APA certification that the plywood meets all the above requirements.

**6-22.20    REFLECTIVE MATERIALS**

**6-22.21    Reflective Background, Legend, Border and Symbols.** Retroreflective materials shall comply with ''Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects'', FP-85 and Federal Specification L-S-300C.

The Contractor shall furnish a certification that the materials comply with the requirements of FP-85 and L-S-300.

The Contractor shall indelibly mark each carton of retroreflective materials showing the date received. No more than 12 months shall have elapsed from the date of purchase from the manufacturer to the date of application on the substrate.

*6-22.21a    Retroreflective Sheeting - Type II.* The materials as listed in these specifications shall comply with FP-85, Section 718 and L-S-300C as indicated below:

Colors shall be as specified in specifications for Standard Highway Sign Colors (FHWA, HTO-21).

*6-22.21b    Retroreflective Sheeting - Type III.* The materials as listed in these specifications shall comply with FP-85, Section 718 and L-S-300C as shown below:

Colors shall be as specified in specifications for Standard Highway Sign Colors (FHWA, HTO-21).

*6-22.21c    Legend, Border, and Symbols.* The materials as specified on the requisition shall comply with section 6-22.21.

Type L-1 - screen process, applied, or

Type L-3 - direct applied characters (depending on the type of sign ordered).

**6-22.22    Top Edge Treatment Film.** Film shall be 3'' wide, clear and transparent with a sun-resistant pressure sensitive, non-yellowing adhesive, ''Scotchcal''

transparent film #639 or CO-approved equivalent.

**6-22.30    TREATMENT OF PLYWOOD SIGN EDGES**

**6-22.31    Wood Primer.** The wood primer shall be as recommended by paint (enamel) manufacturer.

**6-22.32    Enamel.** Benjamin Moore PENTAFLEX enamel or CO-approved equivalent.

**6-23    CONSTRUCTION**

**6-23.10    WORKMANSHIP.** Construction shall be high quality with no visible defects in the finished product. Fabrication shall be in accordance with these specifications, drawings, and detailed diagrams.

**6-23.20    WOODWORKING**

**6-23.21    Board Joining and Cleating.** Signboard panels shall be fabricated without cleats or joints.

**6-23.22    Machining.** Drilling shall be done with high-speed drills. To avoid chipping of the back overlay, a solid backing block shall be used during drilling. High-speed saws shall be used. Saw cuts shall be clean and true. Power saws used for cutting shall have little or no set and have as much lead as possible. Panels shall be fed through saws slowly to avoid damage to the brittle overlay. Table saws shall be set so that the blade extends through the panel not less than ½ inch.

**6-23.23    Dimension Tolerances.** Dimensions for signboard panels shall be as shown on the detail drawings, with a tolerance of ± ¼ inch.

**6-23.24    Edge Sanding and Finishing.** All panel edges shall be sanded clean and free of splinters and burrs and shall be smooth to the touch.

**6-23.25    Panel Surfaces.** These shall be free of warp, checking, slits, open joints, loose knots, and any other defects which interrupt smooth continuity of the panel surface (edges included).

**6-23.26    Plywood Storage and Handling.** The Contractor shall store the plywood for signs in an enclosed and well-ventilated building. Stored plywood shall not be placed directly on dirt or concrete surfaces. Panels shall be stacked flat. Care shall be used in handling plywood to prevent damage to corners, edges, and faces.

**6-23.30    PREPARING PLYWOOD PANELS FOR RETROREFLECTIVE SHEETING**

**6-23.31    Sanding and Cleaning.** Sign face overlay surface of each sign panel shall be sanded with 50 to 60 grit sandpaper on an orbital sander.

Overlay surfaces shall be clean. Edges shall be sanded prior to priming and painting. All panel edges shall be sanded clean. Coregap holes on the edge shall be filled with Mameco International Vulcan 116 polyurethane sealant, Thiolkol Pecora Synthacalk GC-9 polysulfide sealant, or a CO-approved glazing compound to produce a flat, smooth surface.

**6-23.32    Paint Room Facilities.** Primer and enamel shall be applied and dried at an air temperature of not less than 65 °F in a well-ventilated, dust-free, enclosed paint room. The paint room shall be separated by full partitions from shop wood-working areas.

**6-23.33    Priming and Enamel Application.** Sign surfaces shall be clean and free of loose material prior to painting. The sign panel faces shall not be primed or painted. All sign panel edges shall be primed and enameled. One coat of the specified primer (Section 6-22.31) shall be applied to the panel edges prior to application of retroreflective sheeting. One coat of the enamel (Section 6-22.32) shall be applied after application of retroreflective sheeting. Cure time between enamel coats shall be as specified in writing by the manufacturer. Prime plus paint thickness shall provide a minimum of 2 mils ± ½ mil thickness of dry paint film.

**6-23.34    Panel Face Cleaning.** Successful adhesion of retroreflective sheeting is dependent upon a totally clean and well-scarified panel face to receive the adhesive. Before application of the sheeting, the face shall be free of all foreign matter such as paint or dust.

**6-23.40    METALWORKING.** The aluminum shall be free of burrs and pits on both sides, including edges and holes, and shall be made ready for application of the sheeting.

**6-23.41    Surface Preparation.** The aluminum shall be thoroughly cleaned and degreased with solvent and alkaline emulsion cleaner by immersion, spray, or vapor degreasing and dried prior to application of the sheeting coat. The aluminum shall be new and corrosion-free with holes drilled or punched, corners rounded to the radii shown in the drawings, and all edges smoothed prior to application of the sheeting.

**6-23.50    RETROREFLECTIVE SHEETING**

**6-23.51    Colors.** These colors shall be as prescribed in the MUTCD or attached requisitions.

**6-23.52    Application Methods.** The method of application of sheeting, letters, numerals, and symbols shall be precisely as prescribed in writing by the manufacturer of the sheeting. The applicator diaphragm shall have at least two pyrometers centrally attached. The applicator shall also have a cycle control unit approved by the sheeting manufacturer.

Temperature control calibration and accuracy monitoring of the approved cycle control unit shall be required each day that the heat and vacuum applicator is operated. "Teletemp Temperature Recorders" (temperature measuring devices) shall be used. Applicator operating temperature shall be calibrated with the specified temperature measuring device each day of operations, and:

    1. Whenever different substrate materials are being used.
    2. Whenever a diaphragm, light-bulb, cycle-control unit, or thermocouple is replaced.
    3. Whenever different types or different colors of reflective sheeting are used.

The sheeting shall be precut to size or trimmed to the edges. The entire face of the panel shall be covered with one unspliced sheet.

Flexible sheeting shall be positioned to provide ⅛ inch to ⁵⁄₃₂ inch overlap onto all panel edges after trimming. Use of two reflective faces (dual face) on one plywood panel is prohibited.

**6-23.60    RETROREFLECTIVE LEGEND**

**6-23.61    Legend Type.** The legend shall be applied by using die-cut, adhesive-backed letters, numerals, and symbols.

**6-23.62    Use of Positionable Legend.** If Class 1 adhesive-backed legend is used, characters shall be firmly squeegeed, after proper alignment, to ensure complete adhesion. No loose or curled edges and no bubbles or blisters will be permitted.

**6-23.63    Legend Series.** All regulatory, warning, construction, and maintenance signs shall conform to the MUTCD. All directional guide/informational signs shall use NPS Modified Clarendon letters and numerals unless otherwise specified.

**6-23.64    Legend Spacing and Layout.**

*6-23.64a    Spacing and Layout for Standard Traffic Signs.* Spacing and Layout for all regulatory, warning, construction, and maintenance signs shall conform to the "Standard Highway Signs Book".

*6-23.64b     Spacing and Layout for Modified Clarendon Lettering.*  Spacing and Layout for all signs constructed for NPS Modified Clarendon alphabet shall conform with Chapter 5 of the NPS Sign Manual.

**6-23.65     Tolerance for Horizontal Alignment.**  Letters, numerals, and symbols shall be horizontally aligned to a tolerance of $\pm \frac{1}{16}$ inch. Tests of each sign-board shall be as follows:

Place a metal straightedge along the bottom of a series of letters forming each line of the sign. In each line, letters shall not vary more than $\frac{1}{16}$ inch from that line.

**6-23.66     Tolerance for Vertical Alignment.**  Letters, numerals, and symbols shall be vertically aligned to a tolerance of $\pm \frac{1}{16}$ inch. The following tests shall be performed on each letter in each line:

Place a metal straightedge along the bottom of a series of letters forming each line of the sign. Place a square along the straightedge and test the trueness of vertical faces of individual letters. Letters shall be normal to the square within $\frac{1}{16}$ inch.

**6-23.70     NONREFLECTIVE LEGEND**

**6-23.71     Legend Series.**  All letters, numerals, and symbols shall be as prescribed in Section 6-23.64.

**6-23.72     Tolerance for Horizontal Alignment.**  As described in Section 6-23.65.

**6-23.73     Tolerance for Vertical Alignment.**  As described in Section 6-23.66.

**6-23.74     Silkscreening.**  Letter styles shall conform to specifications for die-cut legend in Section 6-23.64.

Screen processing, when used, shall be of careful workmanship with neat, clean lines and corners, performed strictly as prescribed by the manufacturer of the transparent colors.

**6-23.80     TOP EDGE TREATMENT.**  After all legend has been applied, the sign panel shall be recycled in the heat and vacuum applicator for two minutes at a temperature of approximately 190°F under 21 inches of vacuum. When the sign panels have cooled, the top edge of each sign shall be covered with a clear, three-inch-wide transparent film (''Scotchcal'' #639 film or a CO-approved equivalent) with a sun-resistant, pressure-sensitive adhesive that does not turn yellow under exposure to ultraviolet radiation. Film shall be applied in lengths not to exceed 24 inches.

Where more than one piece is required, film shall be applied from each corner of the top edge toward the center of the top edge. End overlap of two inches or more shall be required where one film piece joins another.

**6-24     SURFACES**

**6-24.10     SILKSCREENING.**  The screening of inks shall be as herein defined. All screen work shall be of high quality. Images shall be clean, crisp, and clear. The screen-inks shall be drawn over the screen with a firm, even pressure. As needed, three to five minutes shall be allowed for the ink to flow out so that it has a smooth surface.

**6-25     DECALS AND MARKINGS**

**6-25.10     ANTIVANDALISM DECALS.**  The decal shall be installed on the back bottom left corner of the sign. Decals will be supplied by the National Park Service.

**6-25.20     MAKER'S MARK.**  Each sign shall be permanently marked on the lower right corner of the back side with the month and year of manufacture and a suitable

maker's mark. The maker's mark shall be applied prior to painting in event sign back is to be painted.

**6-25.30    INSTALLATION DATE MARK.**  Each sign shall be permanently marked near the lower right corner of the back side with the month and year of installation, by the sign installer.

**6-26    METHOD OF MEASUREMENT.**  Where signs shown in the Schedule of Items list the unit as *square foot*, signs shall be measured for the actual square footage of surface area on each reflectorized face of the sign to the nearest ½ square foot, completed and accepted.

The Method of Measurement for other signs where the unit is listed as *each* shall be the actual number of signs, completed, and accepted.

**6-27    BASIS OF PAYMENT.**  The quantities, determined as provided in Section 6-26, shall be paid for at the contract price per unit of measurement for each of the particular pay items listed.

Price and payment shall be full compensation for furnishing all materials, labor, equipment, tools, and incidentals needed to complete the work prescribed in the specifications.

# 6-30    ROUTED WOOD SIGNS

## CONTENTS

| | |
|---|---|
| 6-31 | ROUTED SOLID WOOD SIGNS |
| 6-31.10 | DESCRIPTION |
| 6-31.20 | MATERIALS |
| 6-31.21 | Dimensional Lumber |
| 6-31.22 | Adhesive |
| 6-31.23 | Paints |
| 6-31.24 | Stain and Sealer |
| 6-31.24a | *Gray Stain* |
| 6-31.24b | *"Redwood" Stain* |
| 6-31.24c | *Dark Brown Stain* |
| 6-31.24d | *Bleaching Oil* |
| 6-31.25 | Metal Rod |
| 6-31.26 | Wood Dowel |
| 6-31.27 | Plywood Backing (Optional) |
| 6-31.30 | CONSTRUCTION |
| 6-31.31 | Dimensional Lumber |
| 6-31.32 | Doweling (Optional) |
| 6-31.33 | Preparation of Surface Joints |
| 6-31.34 | Temperatures |
| 6-31.35 | Glue Application |
| 6-31.36 | Clamping and Curing |
| 6-31.37 | Machining |
| 6-31.38 | Edge Rounding |
| 6-31.39 | Plywood Backing (Optional) |
| 6-31.40 | LEGEND: LAYOUT AND TOLERANCES |
| 6-31.41 | Graphic Layout |
| 6-31.42 | Horizontal Alignment |

| | |
|---|---|
| 6-31.43 | Vertical Alignment |
| 6-31.44 | Routing |
| 6-31.50 | FINISHING |
| 6-31.51 | Sanding |
| 6-31.52 | Cleaning |
| 6-31.53 | Maker's Mark |
| 6-31.54 | Painting |
| 6-31.55 | Staining |
| 6-31.56 | Natural Weathered (Optional) |
| *6-31.56a* | *Wire Brushing* |
| *6-31.56b* | *Bleaching Oil* |
| 6-31.60 | METHOD OF MEASUREMENT |
| 6-31.70 | BASIS OF PAYMENT |
| | |
| 6-32 | ROUTED HDO PLYWOOD SIGNS |
| 6-32.10 | DESCRIPTION |
| 6-32.20 | MATERIALS |
| 6-32.21 | HDO Plywood |
| 6-32.22 | Paints |
| 6-32.30 | CONSTRUCTION |
| 6-32.31 | Storage and Handling |
| 6-32.32 | Board Joining |
| 6-32.33 | Machining |
| 6-32.34 | Coregap Filling |
| 6-32.35 | Edge Rounding |
| 6-32.40 | LEGEND: LAYOUT AND TOLERANCES |
| 6-32.41 | Graphic Layout |
| 6-32.42 | Horizontal Alignment |
| 6-32.43 | Vertical Alignment |

| | |
|---|---|
| **6-32.44** | **Routing** |
| **6-32.50** | **FINISHING** |
| **6-32.51** | **Sanding** |
| **6-32.52** | **Maker's Mark** |
| **6-32.53** | **Painting** |
| **6-32.60** | **METHOD OF MEASUREMENT** |
| **6-32.70** | **BASIS OF PAYMENT** |
| | |
| **6-33** | **ROUTED WOOD FOAM CORE SIGNS** |
| **6-33.10** | **DESCRIPTION** |
| **6-33.20** | **MATERIALS** |
| **6-33.21** | **Dimensional Lumber** |
| **6-33.22** | **Foam Core** |
| **6-33.23** | **Adhesive** |
| **6-33.24** | **Stain and Sealer/Marine Oil** |
| *6-33.24a* | *Gray Stain* |
| *6-33.24b* | *"Redwood" Stain* |
| *6-33.24c* | *Dark Brown Stain* |
| *6-33.24d* | *Sealer/Marine Oil Application* |
| **6-33.30** | **CONSTRUCTION** |
| **6-33.31** | **Preparation of Front and Back Panels** |
| *6-33.31a* | *Dimensional Lumber* |
| *6-33.31b* | *Preparation of Surface Joints* |
| *6-33.31c* | *Temperatures* |
| **6-33.32** | **Preparation of Core** |
| *6-33.32a* | *Edge Core* |
| *6-33.32b* | *Foam Core Preparation* |
| **6-33.33** | **Assembly** |
| *6-33.33a* | *Glue Application* |
| *6-33.33b* | *Final Clamping and Curing* |

6-33.34    Machining

6-33.35    Edge Rounding

6-33.40    LEGEND: LAYOUT AND TOLERANCES

6-33.41    Graphic Layout

6-33.42    Horizontal Alignment

6-33.43    Vertical Alignment

6-33.44    Routing

6-33.50    FINISHING

6-33.51    Sanding

6-33.52    Cleaning

6-33.53    Maker's Mark

6-33.54    Staining

6-33.55    Sealer/Marine Oil Application

6-33.60    METHOD OF MEASUREMENT

6-33.70    BASIS OF PAYMENT

## 6-30    ROUTED WOOD SIGNS

**6-31        ROUTED SOLID WOOD SIGNS**

**6-31.10    DESCRIPTION.** This specification applies to the furnishing of routed solid wood signs as ordered on the attached requisition. This work shall include the furnishing of all materials, labor, tools, equipment, and supplies to construct, package, and ship the signs via Government Bill of Lading or Parcel Post.

**6-31.20    MATERIALS**

**6-31.21    Dimensional Lumber.** Dimensional lumber should be kiln-dried, vertical grain with maximum moisture content of 19 percent. Nominal thickness and type of lumber shall be specified by Contracting Officer (CO). Recommended types include:

> (1) Clear vertical grain heart redwood with maximum moisture content of 12%,
>
> (2) Western red cedar, B or better grade, selected for vertical grain, with maximum moisture content of 19%,
>
> (3) Red or White oak, rough sawn, air dried, hardwood lumber grade No. 1 common or better (used for trail signs only).

**6-31.22    Adhesive.** Adhesive shall be (1) a phenolic resin glue waterproof to 180°F., Bordon Chemical ''Wonderbond'' W-926A; (2) an all solids (without extender or thinner) epoxy adhesive, Chem-Tech T-88; (3) an urea-formaldehyde thermosetting resin glue conforming to Federal Specifications MMM-A-188C (e.g. Weldwood Plastic Resin) or CO-approved equivalent.

**6-31.23    Paints.** Primer and finish coats for sign backs, faces, edges, and lettering shall be Benjamin Moore's ready-mixed, exterior type, PENTAFLEX, or CO-approved equivalent. Color for backs, faces and edges of signs shall be Federal Standard 595a Color No. 20059(brown). Color for lettering shall be Federal Standard 595a Color No. 17875(white). Thinner and solvent shall be as recommended by the manufacturer.

**6-31.24    Stain and Sealer.**

*6-31.24a    Gray Stain.* Shall be composed of the following mixture: Three (3) parts Olympic Semitransparent Stain No. 908 or CO-approved equivalent, and one (1) part of Cabot's Colorless Creosote No. 230 or CO-approved equivalent.

*6-31.24b    ''Redwood'' Stain.* Shall be composed of the following mixture: Three (3) parts Olympic Semitransparent Stain No. 717 or CO-approved equivalent and one (1) part of Cabot's Colorless Creosote No. 230 or CO-approved equivalent.

*6-31.24c    Dark Brown Stain.* Shall be composed of the following mixture: Three (3) parts Olympic Semitransparent Stain No. 725 or CO-approved equivalent and one (1) part of Cabot's Colorless Creosote No. 230 or CO-approved equivalent.

*6-31.24d    Bleaching Oil.* Shall be Cabot's Bleaching oil or CO-approved equivalent.

**6-31.25    Metal Rod.** Shall be steel, all thread rod, ½ inch diameter, minimum 36 inches in length.

**6-31.26    Wood Dowel.** Shall be ⅜ inch diameter maple wood dowel maximum 36 inches in length.

**6-31.27    Plywood Backing (Optional).** Shall be ⅜ inch exterior-grade plywood.

**6-31.30    CONSTRUCTION.** Construction shall be of high quality with no internal or visible defects in the finished product. Dimensions and corner radii shall be as specified on attached drawings, with an allowable tolerance of ± ¼ inch. When the

first order is placed, the Contractor shall complete a sample signboard and submit it to the CO for approval before proceeding with further construction.

**6-31.31    Dimensional Lumber.** Sign panels shall be fabricated from boards not more than eight inches nor less than four inches in width. End grain on each board shall be reversed to minimize checking and sign warpage. Joined boards shall match on all surfaces within a tolerance of $\frac{1}{32}$ inch. Vertical joints shall not be used.

**6-31.32    Doweling (Optional).** When used, holes for doweling shall be machine drilled through boards 16 inches on center starting three inches in from edge. Holes shall be oversized $\frac{1}{16}$ inch. When vertical dimension is 36 inches or less a wood dowel shall be used.

When vertical dimension is greater than 36 inches, a metal dowel shall be used and counter sunk one inch and plugged.

**6-31.33    Preparation of Surface Joints.** Wood surfaces to be glued shall be smooth and true, free from machine-jointing marks and chipped or loosened grain. Glueline surfaces shall be free from dust, grease, and other foreign matter.

**6-31.34    Temperatures.** Boards to be joined by gluing shall be stacked on stickers at air temperatures between 70°F and 90°F for not less than 24 hours prior to gluing. During the glue application and curing processes, air temperatures shall be not less than 70°F nor more than 90°F.

**6-31.35    Glue Application.** Glue shall be applied in accordance with manufacturer's recommendations to the entire surface of each joint face. Maximum allowable time between start of glue application and final setting of clamps on the sign panel shall be in accordance with manufacturer's recommendations.

**6-31.36    Clamping and Curing.** Clamping pressure and curing times shall conform to manufacturer's recommendations. Allow to cure 48 hours prior to any machining.

**6-31.37    Machining.** All cuts and drilling shall be accurate and clean. Table saws shall be set so that the blade extends through the panel not less than ½ inch. Drilling should be done with high-speed drills to avoid chipping.

**6-31.38    Edge Rounding.** Following the cutting of sign panel to size, all face and back edges shall be rounded to a radius to $\frac{1}{8}$ inch.

**6-31.39    Plywood Backing (Optional).** Following gluing and curing of dimensional lumber, the plywood shall be cut to match the sign backs and glued and clamped in place. Clamping pressure and curing times shall comform to manufacturer's recommendations.

**6-31.40    LEGEND: LAYOUT AND TOLERANCES**

**6-31.41    Graphic Layout.** Graphic layout shall be as shown on attached drawings. Artwork is to be accurately reproduced, enlarged in size to meet diminsions shown on scaled drawings. Allowable reproduction tolerance is ± ½%. An accurate grid shall be used to insure layout is level and plumb.

**6-31.42    Horizontal Alignment.** Letters, numerals, and symbols shall be horizontally aligned to a tolerance of ± $\frac{1}{16}$ inch. Test method for horizontal alignment is as follows:

Place a metal straightedge along the bottom of a series of letters forming one line on the sign. In each line, letters shall not vary more than $\frac{1}{16}$ inch from that line.

**6-31.43    Vertical Alignment.** Letters, numerals, and symbols shall be vertically aligned to a tolerance of ± $\frac{1}{16}$ inch. Test method for alignment is as follows:

Place a metal straightedge along the bottom of a series of letters forming one line of the sign. Place a square along the straightedge; individual letters shall be normal to the square with a tolerance of $\frac{1}{16}$ inch.

**6-31.44     Routing.** Routed letters and graphics on signs shall be the size specified on supplementary drawings. Letters shall be NPS Modified Clarendon letter style or as noted on contract drawings. All letters and graphics shall be machine-routed with a v-grooved or oval-sided flat-bottom bit. One inch letters and smaller shall be routed ⅛ inch to ³⁄₁₆ inch depth, letters 1 ½ inches and larger shall be routed ¼ inch to ⅜ inch depth or as specified on drawings. Routing depth shall be consistent for each letter size on any one sign.

**6-31.50     FINISHING**

**6-31.51     Sanding.** All burrs on edges or routed channels shall be removed by sanding with the grain of the wood. Final sanding shall be with an 80 or 100 medium-grit sandpaper and shall leave the sign face, back, and edges smooth without gouge marks.

**6-31.52     Cleaning.** All sign surfaces shall be wiped, airblown, or vacuumed clean before painting or staining to insure removal of sawdust.

**6-31.53     Maker's Mark.** Sign manufacturer shall mark the lower right corner of the back of each sign, identifying manufacturer and manufacturing date.

**6-31.54     Painting.** All painting shall be accomplished in a well-ventilated, dust-free paint room separated by full partitions from shop woodworking areas. Paint shall be applied and allowed to cure at air temperatures specified by the manufacturer. Paint shall be thoroughly mixed prior to each use and at frequent intervals during use to insure against pigment separation. Paint shall be applied to all surfaces in a minimum of four coats to provide a dry paint film thickness of 4 mils ± 0.5 mil. Color schedule shall be as specified on supplementary drawings.

Two coats shall be applied by brush or spray to provide continuous primer across all sign surfaces. Finish paint in routed areas of sign face shall be applied by brush, spray or puddling, providing coverage of entire vertical portion of routed areas. Finish paint on sign face, back, and edges shall be applied by spray or roller. A short nap roller is recommended to prevent paint from dripping into routed areas. Drying time between coats shall be specified by the paint manufacturer.

Signs which show alligatoring, nicks or slopping of paint in and around routed areas shall be rejected.

**6-31.55     Staining (Optional).** All surfaces shall receive a minimum two coats of stain. Color schedule shall be as specified on supplementary drawings. Stain shall be liberally and uniformly applied to the edges, back, and face of the sign by brush or roller, and to routed surfaces by brushing. Stain shall be thoroughly mixed prior to each use and at frequent intervals during use to insure against pigment separation. All stain is to be thoroughly brushed in. Excess stain remaining shall then be removed by wiping.

**6-31.56     Natural Weathered (Optional).**

*6-31.56a     Wire Brushing.* Face of panel shall be mechanically brushed in the direction of the wood grain to remove the soft wood grains to a nominal depth of ± ⅛ inch.

*6-31.56b     Bleaching Oil.* Oil shall be applied and allowed to cure according to manufacturer's specifications.

**6-31.60     METHOD OF MEASUREMENT.** Where the Schedule of Items lists the unit as *square foot*, measurement shall be made for the actual square footage of surface area on the face of each sign, measured to the nearest ½ square foot, completed and accepted. The method of measurement for other signs where the unit is listed as *each* shall be the actual number of signs completed and accepted.

**6-31.70     BASIS OF PAYMENT.** The quantities shall be paid for at the contract price per unit of measurement for each of the particular pay items listed, which pay-

ment shall be full compensation for furnishing all materials, labor, equipment, tools, and incidentals needed to complete the work prescribed in the specifications.

**6-32          ROUTED HDO PLYWOOD SIGNS**

**6-32.10          DESCRIPTION.** This specification applies to the furnishing of routed HDO plywood signs as ordered on the attached requisition. This work shall include the furnishing of all materials, labor, tools, equipment, and supplies to construct, package, and ship the signs via Government Bill of Lading or Parcel Post.

**6-32.20          MATERIALS**

**6-32.21          HDO Plywood.** Plywood shall be ¾ inch thick, 7-ply, marine A-A face, all Douglas Fir grade B or better core, and otherwise conform to U.S. Product Standard PS1-74. Each plywood sheet shall be branded as follows:

                              HDO-AA-G1 Marine-APA-PS1-74

Sign panels which are warped or show signs of checking, splits, open joints, loose knots or other surface defects shall be rejected.

**6-32.22          Paints.** Primer and finish coats shall be Benjamin Moore's ready-mixed, exterior type, PENTAFLEX or Contracting Officer (CO)-approved equivalent. Color for backs, faces, and edges of signs shall be Federal Standard 595a Color No. 20059(brown). Color for lettering shall be Federal Standard 595a Color No. 17875(white). Thinner and solvent shall be as recommended by the paint manufacturer.

**6-32.30          CONSTRUCTION.** Construction shall be of high quality with no internal or visible defects in the finished product. Dimensions and corner of radii shall be as specified on attached drawings, with an allowable tolerance of ± ¼''. When the first order is placed, the Contractor shall complete a sample signboard and submit it to the CO for approval before proceeding with further construction.

**6-32.31          Storage and Handling.** Panels shall be stacked flat in an enclosed and well-ventilated building. Stored plywood shall not be placed directly on dirt or concrete surfaces. Care shall be used in handling plywood to prevent damage to corners, edges, and faces. Damaged plywood panels shall be rejected.

**6-32.32          Board Joining.** No board joining shall be allowed for routed HDO plywood signs.

**6-32.33          Machining.** All cuts and drilling shall be accurate and clean. Panels shall be fed through saws slowly to avoid damage to the overlay. Table saws shall be set so that the blade extends through the panel not less than ½ inch. Drilling should be done with high speed drills to avoid chipping of the back of sign.

**6-32.34          Coregap Filling.** Edge coregap holes shall be filled with Mameco International Vulcan 116 polyurethane sealant, Thiokol Pecora Synthacalk GC-9 polysulfide sealant, or CO-approved equivalent to produce a flat, gap-free surface. Edge filler shall be cured in accordance with manufacturer's recommendations, and then sanded smooth.

**6-32.35          Edge Rounding.** All face and back edges shall be rounded to a radius of ⅟₁₆ inch.

**6-32.40          LEGEND: LAYOUT AND TOLERANCES**

**6-32.41          Graphic Layout.** Graphic layout shall be as shown on attached drawings. Artwork is to be accurately reproduced, enlarged in size to meet dimensions shown on scaled drawings. Allowable reproduction tolerance is ± ½%. An accurate grid shall be used to insure layout is level and plumb.

**6-32.42          Horizontal Alignment.** Letters, numerals, and symbols shall be horizontally aligned to a tolerance of ± ⅟₁₆ inch. Test method for horizontal alignment is as follows:

Place a metal straightedge along the bottom of a series of letters forming one line on the sign. In each line, letters shall not vary more than $1/16$ inch from that line.

**6-32.43    Vertical Alignment.**  Letters, numerals, and symbols shall be vertically aligned to a tolerance of $\pm 1/16$ inch. Test method for alignment is as follows:

Place a metal straightedge along the bottom of a series of letters forming one line of the sign. Place a square along the straightedge; individual letters shall be normal to the square with a tolerance of $1/16$ inch.

**6-32.44    Routing.**  Routed letters and graphics on signs shall be the size specified on the supplementary drawings. Letters shall be NPS Modified Clarendon style or as noted on drawings. All letters and graphics shall be machine-routed with an oval-sided flat-bottom bit. Routing depth shall be $1/16$ inch.

**6-32.50    FINISHING**

**6-32.51    Sanding.**  Prior to painting, sign face, back, and panel edges shall be sanded with 50 to 60 grit sandpaper. Sanding shall leave surfaces smooth without gouge marks.

**6-32.52    Maker's Mark.**  Sign manufacturer shall mark the lower right corner of the back of each sign, identifying the manufacturer and manufacturing date.

**6-32.53    Painting.**  All painting shall be accomplished in a well-ventilated, dust-free paint room separated by full partitions from shop woodworking areas. Paint shall be applied and allowed to cure at air temperatures specified by the paint manufacturer. Paint shall be thoroughly mixed prior to each use and at frequent intervals during use to insure against pigment separation. Paint shall be applied to all surfaces in a minimum of four coats to provide a dry paint film thickness of 4 mils $\pm 1/2$ mil. Color schedule shall be as specified on supplementary drawings.

Two coats shall be applied by brush or spray to provide continuous primer across all sign surfaces. Finish paint in routed areas of sign face shall be applied by brush, spray or puddling, providing coverage of entire vertical portion of routed areas. Finish paint on sign face, back and edges shall be applied by spray or roller. A short nap roller is recommended to prevent paint from dripping into routed areas. Drying time between coats shall be as specified by the paint manufacturer.

Signs which show alligatoring, nicks, or slopping of paint in and around routed areas shall be rejected.

**6-32.60    METHOD OF MEASUREMENT.**  Where the Schedule of Items lists the unit as *square foot*, measurement shall be made for the actual square footage of surface area on the face of each sign, measured to the nearest $1/2$ square foot, completed and accepted. The method of measurement for other signs where the unit is listed as *each* shall be the actual number of signs completed and accepted.

**6-32.70    BASIS OF PAYMENT.**  The quantities shall be paid for at the contract price per unit of measurement for each of the particular pay items listed, which payment shall be full compensation for furnishing all materials, labor, equipment, tools, and the incidentals needed to complete the work prescribed in the specifications.

## 6-33    ROUTED WOOD FOAM CORE SIGNS

**6-33.10    DESCRIPTION.** This specification applies to the furnishing of wood signs with a rigid polyurethane foam core construction signs as ordered on the attached requisition. Work shall include the furnishing of all materials, labor, tools, equipment, and supplies to construct, package, and ship the signs via Government Bill of Lading or Parcel Post.

**6-33.20    MATERIALS**

**6-33.21    Dimensional Lumber.** Dimensional lumber for face panels, back panels, wood blocking (if any), and edge closeout shall be **one** of the following, as specified on the attached requisition:

> (1) Clear vertical grain heart redwood with maximum moisture content of 12%,
>
> (2) Western red cedar, B or better grade, selected for vertical grain, with maximum moisture content of 19%.

Nominal thickness of lumber for use in face and back panels shall be 1 inch. Edge core closeout material shall be 1½'' thick, unless otherwise specified on the attached requisition. The grain pattern in every piece of wood shall be aligned with that of the surface panels.

**6-33.22    Foam Core.** The core shall be 1½'' thick high density rigid polyurethane foam, Last-A-Foam FR-3704 (General Plastics Mfg. Co., Tacoma, Washington) or Contracting Officer (CO)-approved equivalent.

**6-33.23    Adhesive.** Adhesive (glue) shall be an urea-formaldehyde thermosetting resin adhesive conforming to Federal Specifications MMM-A-118C (e.g. Weldwood Plastic Resin) or CO-approved equivalent.

**6-33.24    Stain and Sealer/Marine Oil**

*6-33.24a    Gray Stain.* Shall be composed of the following mixture: Three (3) parts Olympic Semitransparent Stain No. 908 or CO-approved equivalent, and one (1) part of Cabot's Colorless Creosote No. 230 or CO-approved equivalent.

*6-33.24b    ''Redwood'' Stain.* Shall be composed of the following mixture: Three (3) parts Olympic Semitransparent Stain No. 717 or CO-approved equivalent, and one (1) part of Cabot's Colorless Creosote No. 230 or CO-approved equivalent.

*6-33.24c    Dark Brown Stain.* Shall be composed of the following mixture: Three (3) parts Olympic Semitransparent Stain No. 725 or CO-approved equivalent, and one (1) part of Cabot's Colorless Creosote No. 230 or CO-approved equivalent.

*6-33.24d    Sealer/Marine Oil Application.* Shall consist of Deks Olje #1 (matte finish) or Deks Olje #2 (gloss finish) or CO-approved equivalent.

**6-33.30    CONSTRUCTION.** Construction shall be of high quality with no internal or visible defects in the finished product. Dimensions and corner radii shall be as specified on attached drawings, with an allowable tolerance of ± ¼ inch. When the first order is placed, the Contractor shall complete a sample signboard and submit it to the CO for approval before proceeding with further construction.

**6-33.31    Preparation of Front and Back Panels.**

*6-33.31a    Dimensional Lumber.* Sign panels made of dimensional lumber shall be fabricated from boards not more than eight inches nor less than four inches in

width. Boards shall be butt jointed, reversing end grain on each board to minimize checking and sign warpage. Joining boards shall match on all surfaces. Vertical joints shall not be used.

*6-33.31b    Preparation of Surface Joints.*  Wood surfaces to be glued shall be smooth and true, free from machine-jointing marks, chipped or loosened grain, dust, grease, and other foreign matter.

*6-33.31c    Temperatures.*  Boards to be joined by gluing shall be stacked on stickers at air temperatures between 70°F and 90°F for not less than 24 hours prior to gluing. During the glue application and curing processes, air temperatures shall be not less than 70°F nor more than 90°F.

**6-33.32    Preparation of Core**

*6-33.32a    Edge Core.*  Edge core lumber shall be cut to fit periphery of the rear panel.

*6-33.32b    Foam Core Preparation.*  Foam core shall be cut to snug fit in cavity formed by edge core with no voids. At each point indicated in supplemental drawings, foam shall be cut to accommodate wood blocks, to fit exactly with no voids.

**6-33.33    Assembly.**  Fabrication is to resemble the construction of a shallow box formed by the glued up back panel, to which is glued the edge closeout stock. Rigid polyurethane foam sheet stock is cut to fit closely into the cavity formed by edge closeouts, and glued all around and to back panel. Any wood blocking shown on drawings shall be inserted into foam core previously cut for that purpose, and shall be glued all around and to back panel. The box is then closed by glueing face panel to the foam core, any wood blocks and edge closeouts (see figure #1). The procedure is to be one continuous glueing operation, conducted within the allowable working time of the specified adhesive.

*6-33.33a    Glue Application.*  Glue shall be applied according to glue manufacturer's recommendations to the entire surface of each glue joint. Maximum allowable time between start of glue application and final setting of clamps on the sign panel shall be in accordance with glue manufacturer's recommendations.

*6-33.33b    Final Clamping and Curing.*  Clamping pressure and curing times shall be in accordance with glue manufacturer's recommendations.

**6-33.34    Machining.**  All cuts and drilling shall be accurate and clean. Table saws shall be set so that the blade extends through the panel not less than ½ inch. Drilling should be done with high-speed drills to avoid chipping.

**6-33.35    Edge Rounding.**  Following the fabrication of the panel, all edges on the sign shall be rounded to a radius of ⅛ inch.

**6-33.40    LEGEND:  LAYOUT AND TOLERANCES**

**6-33.41    Graphic Layout.**  Graphic layout shall be as shown on attached drawings. Artwork is to be accurately reproduced, enlarged in size to meet dimensions shown on scaled drawings. Allowable reproduction tolerance is ± ½%. An accurate grid shall be used to insure layout is level and plumb.

**6-33.42    Horizontal Alignment.**  Letters, numerals, and symbols shall be horizontally aligned to a tolerance of ± 1/16 inch. Test method for horizontal alignment is as follows:

    Place a metal straightedge along the bottom of a series of letters forming one line on the sign. No letter shall vary more than 1/16 inch from that line.

**6-33.43    Vertical Alignment.**  Letters, numerals, and symbols shall be vertically aligned to a tolerance of ± 1/16 inch. Test method for alignment is as follows:

    Place a metal straightedge along the bottom of a series of letters forming one line of the sign. Place a square along the straightedge; individual letters shall be normal to the square with a tolerance of 1/16 inch.



Figure 1.  Typical rigid polyurethane foam core sign panel (exploded view)

**6-33.44     Routing.** Routed letters and graphics on signs shall be the size specified on the supplementary drawings. Letters shall be NPS Modified Clarendon style or as shown on attached drawings. All letters and graphics shall be machine routed with a V-grooved or oval-sided flat-bottom bit. Routing depth shall be ¼'' ± ¹/₁₆'' and shall be consistent for all routing on any one sign.

**6-33.50     FINISHING**

**6-33.51     Sanding.** All burrs on edges of routed channels shall be removed by sanding with the grain of the wood. Final sanding shall be with an 80 or 100 medium-grit sandpaper and shall leave the sign face, back, and edges smooth without gouge marks.

**6-33.52     Cleaning.** All sign surfaces shall be wiped, airblown, or vacuumed clean before staining or oiling to insure removal of sawdust.

**6-33.53     Maker's Mark.** Sign manufacturer shall mark the lower right corner of the back of each sign, identifying the manufacturer and manufacturing date.

**6-33.54     Staining.** All surfaces shall receive at least two coats of stain, allowing a minumum 24 hours drying time between applications. Color schedule shall be as specified on supplementary drawings. Stain shall be liberally and uniformly applied to the edges, back, and face of the sign by brush or roller, and to routed surfaces by brushing. Stain shall be thoroughly mixed prior to each use and at frequent intervals during use to insure against pigment separation. All stain is to be thoroughly brushed in. Excess stain remaining shall then be removed by wiping. Signs shall be dried face-up a minimum of 24 hours before sealing and packaging.

**6-33.55     Sealer/Marine Oil Application.** Oil finish shall be applied in a dust-free area, and according to the recommendations of the product manufacturer. Matte finish or glossy finish shall be specified on the supplementary drawings or on the attached requisition.

**6-33.60     METHOD OF MEASUREMENT.** Where the Schedule of Items lists the unit as *square foot*, measurement shall be made for the actual square footage of surface area on the face of each sign, measured to the nearest ½ square foot, completed and accepted. The method of measurement for other signs where the unit is listed as *each* shall be the actual number of signs completed and accepted.

**6-33.70     BASIS OF PAYMENT.** The quantities shall be paid for at the contract price per unit of measurement for each of the particular pay items listed, which payment shall be full compensation for furnishing all materials, labor, equipment, tools, and incidentals needed to complete the work prescribed in the specifications.

## 6-40    NPS ARROWHEAD EMBLEMS

### CONTENTS

| | |
|---|---|
| 6-41 | ROUTED WOOD EMBLEMS |
| 6-41.10 | DESCRIPTION |
| 6-41.20 | MATERIALS |
| 6-41.21 | Dimensional Lumber |
| 6-41.22 | Plywood Backing(Optional) |
| 6-41.23 | Paint |
| 6-41.24 | Adhesive |
| 6-41.30 | CONSTRUCTION |
| 6-41.31 | Preparation of Surface Joints |
| 6-41.32 | Temperature |
| 6-41.33 | Glue Application |
| 6-41.34 | Clamping and Curing |
| 6-41.35 | Coregap Filling |
| 6-41.36 | Chamfered Edges |
| 6-41.40 | GRAPHIC LAYOUT |
| 6-41.41 | Routing |
| 6-41.50 | FINISHING |
| 6-41.51 | Sanding |
| 6-41.52 | Cleaning |
| 6-41.53 | Painting |
| 6-41.60 | METHOD OF MEASUREMENT |
| 6-41.70 | BASIS OF PAYMENT |
| | |
| 6-42 | SILKSCREENED EMBLEM DECALS |
| 6-42.10 | DESCRIPTION |
| 6-42.20 | MATERIALS |

6-42.21          **Substrate**

6-42.21a         *Aluminum*

6-42.21b         *Plywood*

6-42.22          **Background Sheeting**

6-42.22a         *Reflective Emblem Color*

6-42.22b         *Nonreflective Emblem Color*

6-42.23          **Treatment of Plywood Sign Edges**

6-42.23a         *Wood Primer*

6-42.23b         *Enamel*

6-42.30          **CONSTRUCTION**

6-42.31          **Workmanship**

6-42.32          **Preparing Plywood Panels for Sheeting**

6-42.32a         *Sanding and Cleaning*

6-42.32b         *Paint Room Facilities*

6-42.32c         *Priming and Enamel Application*

6-42.32d         *Panel Face Cleaning*

6-42.33          **Metalworking**

6-42.33a         *Surface Preparation*

6-42.34          **Application Methods**

6-42.35          **Silkscreening**

6-42.40          **LAYOUT**

6-42.50          **FINISHING (Not Applicable)**

6-42.60          **METHOD OF MEASUREMENT**

6-42.70          **BASIS OF PAYMENT**

## 6-40    NPS ARROWHEAD EMBLEMS

**6-41    ROUTED WOOD EMBLEMS**

**6-41.10    DESCRIPTION.** This specification applies to the furnishing of routed wood emblems as ordered on the attached requisition. This work shall include the furnishing of all materials, labor, tools, equipment, and supplies to construct, package, and ship the emblem via Government Bill of Lading or Parcel Post.

**6-41.20    MATERIALS**

**6-41.21    Dimensional Lumber.** Dimensional lumber shall be kiln-dried, vertical grain with maximum moisture content of 19 percent. Redwood, cedar, cypress or other durable stock shall be used. Recommended lumber includes:

(1) Clear vertical grain heart redwood with maximum moisture content of 12%,

(2) Western red cedar, B or better grade, selected for vertical grain, with maximum moisture content of 19%,

(3) Bald cypress, incense cedar or other wood as specified by the Contracting Officer.

Nominal thickness is to be two inches for sizes up to 21½'' x 27''. Emblems 14¼'' x 18'' and larger shall be backed with ⅜'' AC exterior grade plywood. Nominal thickness for emblems 30'' x 40'' and larger shall be 3''.

**6-41.22    Plywood Backing(Optional).** Plywood shall be ⅜'' thick, AC exterior grade.

**6-41.23    Paint.** Primer and finish coat for emblem backs, faces, edges graphics, and lettering shall be a catalized automotive enamel or Contracting Officer (CO)-approved equivalent. Color for background, edges and back shall be cocoa brown Federal Standard (F.S.) 595a Color No. 20233 (semi-gloss). Color for trees and buffalo shall be dark blue green, F.S. 595a Color No. 34058 (flat). Color for mountain tops and lake shall be cream, F.S. 595a Color No. 23690 (semigloss). Color for lettering shall be white, F.S. 595a Color No. 17875 (glossy). Specified color numbers are those found in Federal Standard 595a, dated January 2, 1968, Change Notice 1, January 2, 1968. Thinner and solvent shall be as recommended by the paint manufacturer. For improved durability, official colors may be specified as all glossy finish.

**6-41.24    Adhesive.** Adhesive shall be (1) a phenolic resin glue waterproof to 180°F, Borden Chemical ''Wonderbond'' W-926A; (2) an all solids (without extender or thinner) epoxy adhesive, Chem Tech T-88; (3) an urea-formaldehyde thermosetting resin glue conforming to Federal Specification MMM-A-188C (e.g. Weldwood Plastic Resin) or CO-approved equivalent.

**6-41.30    CONSTRUCTION.** Construction shall be of high quality with no internal or visible defects in the finished product. Dimensions shall be as specified on attached drawings, with an allowable tolerance of ± ¼''. When the first order is placed, the Contractor shall complete a sample emblem and submit it to the CO for approval before proceeding with further construction. All joints between dimensional lumber boards shall be simple butt joints.

**6-41.31    Preparation of Surface Joints.** Wood surfaces to be glued shall be smooth and true, free from chips or loosened grain. Surfaces shall be free from dust, grease, and other foreign matter.

**6-41.32     Temperature.** During the glue application and curing process, air temperatures shall be not less than 70°F nor more than 90°F.

**6-41.33     Glue Application.** Glue shall be applied in accordance with manufacturer's recommendations to the entire surface of each joint face. Maximum allowable time between start of glue application and final setting of clamps on the sign panel shall be in accordance with manufacturer's recommendations.

**6-41.34     Clamping and Curing.** Clamping pressure and curing times shall conform to manufacturer's recommendations. Allow to cure 48 hours prior to any machining.

**6-41.35     Coregap Filling.** Edge coregap holes shall be filled with Mameco International Vulkem 116 polyurethane sealant, Thiolkol Pecora Synthacalk GC-9 polysulfide sealant, or CO-approved equivalent to produce a flat, gap-free surface. Edge filler shall be cured in accordance with manufacturer's recommendations, and then sanded smooth.

**6-41.36     Chamfered Edges.** Following the cutting of the emblem panel to size, all face edges shall be chamfered 45° to resemble the flaking of an arrowhead. Chamfer depths are determined by the chamfer width, which is fixed for each emblem size by the proporations shown on drawing no. PG-1005-A (see figure 2).

**6-41.40     GRAPHIC LAYOUT.** Graphic layout shall be as shown on attached drawing no. PG-1005-A (see figure 2). Artwork is to be accurately reproduced, enlarged in size to meet the specified vertical dimensions. Allowable reproduction tolerance is ± ½%. An accurate grid shall be used to insure layout is level and plumb.

**6-41.41     Routing.** Letters and graphics shall be routed in accordance with the following table.

| Emblem Size | | | Routing Depth |
|---|---|---|---|
| 10" | x | 8" | ⅛" |
| 12" | x | 9½" | ⅛" |
| 15½" | x | 12¼" | ⅛" |
| 18" | x | 14¼" | ¼" |
| 27" | x | 21½" | ¼" |
| 40" | x | 31¾" | ⅜" |
| | | and larger | ⅜" |

**6-41.50     FINISHING.**

**6-41.51     Sanding.** All burrs on edges or routed channels shall be removed by sanding with the grain of the wood. Final sanding shall be with an 80 or 100 medium-grit sandpaper and shall leave the sign face, back, and edges smooth without gouge marks.

**6-41.52     Cleaning.** All sign surfaces shall be wiped, airblown, or vacuumed clean before painting or staining to insure removal of sawdust.

**6-41.53     Painting.** All painting shall be accomplished in a well-ventilated, dust-free paint room separated by full partitions from woodworking areas. Paint shall be applied and allowed to cure at air temperatures specified by the manufacturer. Paint shall be thoroughly mixed prior to each use and at frequent intervals during use to insure against pigment separation. Paint shall be applied to all surfaces in a minimum of four coats to provide a dry paint film thickness of 4 mils ± ½ mil. Color schedule shall be as specified on supplementary drawing.



OFFICIAL NATIONAL PARK SERVICE EMBLEM

Figure 2

Two coats shall be applied by brush or spray to provide continuous primer across all sign surfaces. Finish paint in routed areas of sign face shall be applied by brush, spray or puddling, providing coverage of entire vertical portion of routed areas. Finish paint on sign face, back, and edges shall be applied by spray or roller. Short nap roller is recommended to prevent paint from dripping into routed areas. Drying time between coats shall be specified by the paint manufaturer.

Signs which show alligatoring, nicks, or slopping of paint in and around routed areas shall be rejected.

**6-41.60    METHOD OF MEASUREMENT.** The method of measurement for emblems where the unit is listed as *each* shall be the actual number of emblems completed and accepted.

**6-41.70    BASIS OF PAYMENT.** The quantities shall be paid for at the contract price per unit of measurement for each of the particular pay items listed, which payment shall be full compensation for furnishing all materials, labor, equipment, tools, and incidentals needed to complete the work prescribed in the specifications.

# 6-42    SILKSCREENED EMBLEM DECALS

**6-42.10    DESCRIPTION.** This specification applies to the furnishings of silk-screened emblem decals as ordered on the attached requisition. This work shall include the furnishing of all materials, labor, tools, equipment, and supplies to construct, package, and ship the emblem via Government Bill of Lading or Parcel Post.

**6-42.20    MATERIALS.**

*6-42.21    Substrate.*

*6-42.21a    Aluminum.* The aluminum substrate shall be 6061-T6 and otherwise be in conformance with ASTM STD B-209. The thickness shall be 0.080 inches for all emblems.

*6-42.21b    Plywood.* This shall be High Density Overlay (HDO), two sides, ¾-inch 7-ply, Douglas fir, exterior plywood, Product Standard PS 1-74, Group 1, with a B grade veneer on both faces. *Mill-oiled concrete form plywood shall be prohibited.* Surfacing overlay material weight shall be high density 60-60, non-oiled, resin impregnated fiber permanently fused to the base panel under heat and pressure. Panel weight shall be approximately 2.2 pounds per square foot. Overlay color shall be black. Each panel shall be edge-branded HDO B-B G1 EXT PS 1-74. The Contractor shall supply the CO with APA certification that the plywood meets all the above requirements.

**6-42.22    Background Sheeting.** Sheeting materials shall comply with "Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects," FP-85 and Federal Specification L-S-300C. Contractor shall furnish certification that the materials comply with the requirements of FP-85 and L-S-300C. Contractor shall indelibly mark each carton of materials showing the date received. No more than 12 months shall have elapsed from date of purchase from the manufacturer to the date of application on substrate. Background sheeting shall be Type II, Class 1 or 2 and the color shall be white.

*6-42.22a    Reflective Emblem Colors.* All of the following 3M Co. Screen Process inks or CO-approved equivalents, will be used as specified.

BORDER SHADOW: Opaque Black, No. 725

TREE: Green, No. CF 263

*Color Formula for Green*

|  |  |  | | | | Weight |  |
|---|---|---|---|---|---|---|---|
| Opaque Color | 23-817 Lt. Green | .152 | | 1 | lb. | 15¾ | oz. |
| Opaque Color | 23-805 White | .136 | | 2 | lb. | 1½ | oz. |
| Opaque Color | 725 Black | .239 | | 1 | lb. | 15¾ | oz. |
| Opaque Color | 23-872 Dk. Green | .473 | | 5 | lb. | 0 | oz. |
|  |  |  | | 11 | lb. | 1 | oz. |

NOTE:  May substitute Naz Dar #59-148 Dark Green.

BACKGROUND:  Cocoa Brown, No. CF 890-3

*Color Formula for Cocoa Brown*

|  |  |  | | | | Weight |  |
|---|---|---|---|---|---|---|---|
| Transparent Color | 713 Rustic Brown | .330 | | 2 | lb. | 9½ | oz. |
| Transparent Color | 707 Toner | .650 | | 5 | lb. | 4 | oz. |
| Transparent Color | 722 Yellow | .20 | | 0 | lb. | 2½ | oz. |
|  |  |  | | 8 | lb. | 0 | oz. |

MOUNTAIN, LAKE, AND TEXT:  White Reflective Sheeting.

*6-42.22b    Nonreflective Emblem Colors.* All of the following screen process inks or CO-approved equivalent will be used as specified.

**BORDER SHADOW:** Screen Printing Process Color Black, No. 3905

**TREE:** Green, No. CF 144

*Color Formula for Green*

| | | | Weight | | |
|---|---|---|---|---|---|
| Screen Process Color | 3914 Green | 2 | lb. | 13 | oz. |
| Screen Process Color | 3902 Yellow | 5 | lb. | 5¼ | oz. |
| Screen Process Color | 3903 White | 3 | lb. | 7¾ | oz. |
| Screen Process Color | 3905 Black | 2 | lb. | 7¾ | oz. |
| | | 15 | lb. | 1¾ | oz. |

**BACKGROUND:** Brown, No. CF 596

*Color Formula for Brown*

| | | | Weight | | |
|---|---|---|---|---|---|
| Screen Process Color | 3913 Orange | 3 | lb. | 6 | oz. |
| Screen Process Color | 3903 White | 3 | lb. | 13⅓ | oz. |
| Screen Process Color | 3912 Yellow | 0 | lb. | 6¼ | oz. |
| Screen Process Color | 3905 Black | 0 | lb. | 6¼ | oz. |
| | | 11 | lb. | 7 | oz. |

**MOUNTAIN AND LAKE:** Cream, No. CF 2127 (Match Federal Standard No. 595a-23690)

*Color Formula for Cream*

| | | | Weight | | |
|---|---|---|---|---|---|
| Screen Process Color | 3903 White | 11 | lb. | 12 | oz. |
| Screen Process Color | 3902 Yellow | 0 | lb. | 7 | oz. |
| Screen Process Color | 3905 Black | 0 | lb. | ¼ | oz. |
| Screen Process Color | 3913 Orange | 0 | lb. | ¼ | oz. |
| | | 12 | lb. | 3½ | oz. |

**TEXT:** White Nonreflective Sheeting.

**6-42.23    Treatment of Plywood Sign Edges**

*6-42.23a    Wood Primer.* The wood primer shall be as recommended by paint (enamel) manufacturer.

*6-42.23b    Enamel..* Benjamin Moore PENTAFLEX enamel or equal.

**6-42.30    CONSTRUCTION**

**6-42.31    Workmanship.** Construction shall be high quality with no visible defects in the finished product. Fabrication shall be in accordance with these specification, drawings, and detailed diagrams.

**6-42.32    Preparing Plywood Panels for Sheeting**

*6-42.32a    Sanding and Cleaning.* Sign face overlay surface of each sign panel shall be sanded with 50 to 60 grit sandpaper on an orbital sander.

Overlay surfaces shall be clean. Edges shall be sanded prior to priming and painting. All panel edges shall be sanded clean. Finish sanding shall require a fine grit sandpaper. Coregap holes on the edge shall be filled with Mameco International Vulcan 116 polyurethane sealant, Thiokol Pecora Synthacalk GC-9 polysulfide sealant, or a CO-approved glazing compound to produce a flat, smooth surface.

*6-42.32b    Paint Room Facilities.* Primer and enamel shall be applied and dried at an air temperature of not less than 65 °F in a well-ventilated, dust-free, enclosed paint room. The paint room shall be separated by full partitions from shop wood-working areas.

*6-42.32c    Priming and Enamel Application.* Sign surfaces shall be clean and free of loose material prior to painting. All sign panel edges shall be primed and enameled. One coat of the specified primer (see Section 6-22.32) shall be applied to the



panel edges prior to application of reflective sheeting. One coat of the enamel shall be applied after application of reflective sheeting.

Cure time between enamel coats shall be as specified in writing by the manufacturer. Prime plus paint thickness shall provide a minimum of 2 mils ± ½ mil thickness of dry paint film.

*6-42.32d    Panel Face Cleaning.*  Successful adhesion of reflective sheeting is dependent upon a totally clean and well-scarified panel face to receive the adhesive. Before application of the sheeting, the face shall be free of all foreign matter such as paint or dust.

**6-42.33    Metalworking.**  The aluminum shall be free of burrs and pits on both sides, including edges and holes, and shall be made ready for application of the sheeting.

*6.42.33a    Surface Preparation.*  The aluminum shall be thoroughly cleaned and degreased with solvent and alkaline emulsion cleaner by immersion, spray, or vapor degreasing and dried prior to application of the sheeting coat. The aluminum shall be new and corrosion-free with holes drilled or punched, and all edges smoothed prior to application of the sheeting.

**6-42.34    Application Methods.**  The method of application of sheeting shall be precisely as prescribed in writing by the manufacturer of the sheeting.

The applicator shall have at least two pyrometers centrally attached. The applicator shall also have a cycle control unit approved by the sheeting manufacturer.

Temperature control calibration and accuracy monitoring of the approved cycle control unit shall be required each day that the heat and vacuum applicator is operated. "Teletemp Temperature Records" (temperature measuring devices) shall be used. Applicator operating temperature shall be calibrated with the specified temperature measuring device each day of operation, and:

1. Whenever different substrate materials are being used.
2. Whenever a diaphragm, light-bulb, cycle-control unit, or thermocouple is replaced.
3. Whenever different types or different colors of reflective sheeting are used.

The sheeting shall be precut to size or trimmed to the edges. The entire face of the panel shall be covered with one unspliced sheet.

Flexible sheeting shall be positioned to provide ⅛-inch to 5/32-inch overlap onto all panel edges after trimming. Use of two reflective faces on one panel (dual face) is prohibited.

**6-42.35    Silkscreening.**  Screen processing shall be of careful workmanship with neat, clean lines and corners, performed strictly as prescribed by the manufacturer of the transparent or opaque colors. The screen inks shall be drawn over the screen with a firm, even pressure. As needed, three to five minutes shall be allowed for the ink to flow out so that it has a smooth surface.

**6-42.40    LAYOUT.**  Exact layout to the specified size on attached requisition shall be produced by the Contractor by enlarging the attached drawing.

**6.42.50    FINISHING.**  Not Applicable.

**6-42.60    METHOD OF MEASUREMENT.**  The method of measurement for emblems where the unit is listed as *each* shall be the actual number of emblems completed and accepted.

**6-42.70    BASIS OF PAYMENT.**  The quantities shall be paid for at the contract price per unit of measurement for each of the particular pay items listed, which payment shall be full compensation for furnishing all materials, labor, equipment, tools, and incidentals needed to complete the work prescribed in the specification.

## 6-50     PACKAGING, ORDERING, AND SHIPPING

### CONTENTS

6-51          PACKAGING

6-51.10       ALL SIGNS
6-51.11       Reflective Sign Packaging
6.51.12       Small Routed Wooden Sign Packaging
6.51.13       Large Routed Wooden Sign Packaging

6.52          SHIPPING
6-52.10       FROM COMMERCIAL SOURCES

## 6-50    PACKAGING, ORDERING, AND SHIPPING

### 6-51    PACKAGING

**6-51.10    ALL SIGNS.** Signs protected as required below shall be packaged according to individual Areas. Signs ordered by two or more Areas shall not be placed in the same package.

The sign package shall be strapped with a viscose webbing strapping system, "Avistrap," or an equivalent approved by the Contracting Officer (CO), with not less than two straps, cinched down tight to prevent any movement or chafing.

After the bundle is strapped, the Contractor shall place a copy of the sign requisition and invoice in a heavily constructed envelope and attach it securely to the package.

The painted portions of signs, symbols, and shields shall be covered with slip sheets. Stained signs shall not be covered with slip sheets. All signs packaged together shall be turned face to face.

**6-51.11    Reflective Sign Packaging.** Signs shall be wiped clean prior to packaging.

Signs may be packaged singly or in multiples, provided that the individual weight of sign packages does not exceed 90 pounds. Signs may be packaged in fiberboard sign boxes, provided that the boxes conform to Federal Specifications PP-636-H; Type CF (corrugated fiberboard); Class - Domestic, Variety DW (double wall); Grade 275. Signs packaged separately shall have the sign face covered with ⅛ inch pressed board, smooth side toward the sign face.

Signs may be taped together prior to packaging with filament tape only if slip sheets completely cover the exposed surface of the signs prior to taping.

Sign faces, or a sign face and the pressed board, shall be separated by liners removed from reflective sheets (plastic side down), with the exception of Type III sheeting which shall be separated by 3M SCW 822 slip sheets or CO-approved equivalent.

**6-51.12    Small Routed Wooden Sign Packaging.** All sawdust shall be removed from the finish sign prior to packaging for shipment. The face of each sign shall be separated with corrugated packaging paper that meets Federal Specification PPP-P-291E, Type I (light duty), Style 1 (backing sheet mandatory). Signs shall be shipped in packages weighing not more than 65 pounds. Each package shall be wrapped in corrugated wrapping paper which meets Federal Specifications PPP-P-291E; Type III (heavy duty); Style 1 (backing sheet mandatory). Fiberboard boxes may be used as specified in 6-51.11.

**6-51.13    Large Routed Wooden Sign Packaging.** Signs shall be packaged separately. Required arrowhead emblems or logo plaques shall be included with each sign and shall be strapped, or otherwise affixed securely to a cleat and faced against the back of the sign.

All signs shall be packaged with the smooth side of the ⅛ inch thick nontempered, pressed board covering the sign face. The pressed board shall be well-secured with 4-penny, cement-coated nails, to the protective strips nailed to the signboard edges. Protective strips of nominal 2'' x 4'' lumber shall be extended past all sign board corners so as to join for nailing.

The package shall then be wrapped with corrugated wrapping paper as specified in 6-51.12.

### 6-52    SHIPPING

**6-52.10    FROM COMMERCIAL SOURCES.** Shipments shall be via Government Bill of Lading (GBL), or by the most economical method, such as Parcel Post, prepaid, and added as a separate item on the invoice.

## 6-60    APPLICABLE DOCUMENTS, PUBLICATIONS, AND STANDARDS

CONTENTS

6-61            DESCRIPTION

6-61.10        FEDERAL SPECIFICATIONS AND STANDARDS

6-61.20        MILITARY SPECIFICATIONS AND STANDARDS

6-61.30        MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES (MUTCD)

6-61.40        OTHER

6-60     **APPLICABLE DOCUMENTS, PUBLICATIONS, AND STANDARDS**

6-61     **DESCRIPTION** The following documents are a part of these specifications to the extent specified and as currently amended.

6-61.10     **FEDERAL SPECIFICATIONS AND STANDARDS**

| Standard or Specification | Description |
|---|---|
| QQ-S-775 | Steel sheets, carbon, zinc-coated. |
| FS-595a | Colors. |
| TT-P-25E | Primer Coating, exterior (undercoat for wood ready-mixed, white and tints). |
| FED-STD-141 | Paint, varnish, lacquer, and related materials. Method of inspection, sampling and testing. |
| L-S-300C | Sheeting and tape, reflective and nonreflective; nonexposed lens, adhesive backing. |
| MMM-A-181C | Adhesive, phenol resorcinol, or malamine base. |
| TT-C-1060A | Coating, compound, reflective. |
| TTS-S-708A | Stain, oil: semi-transparent, wood, exterior. |
| PPP-B-636H | Boxes, shipping fiberboard. |
| PPP-P291 E | Paperboard, wrapping, and cushioning. |

6-61.20     **MILITARY SPECIFICATIONS AND STANDARDS**

| Standard or Specification | Description |
|---|---|
| MIL-43719 and MIL-M-43719 | General Specifications for adhesive, elastomeric, and pigmented marking materials and markers. |

6-61.30     **MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES (MUTCD).**

Includes (1) Standard Alphabets for Highway Signs, (2) Standard Highway Signs Book and, (3) Specifications for Standard Highway Sign Colors.

Copies of the above MUTCD and the Standard Highway Signs Book are available from the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20403. The subsidiary documents (Standard Alphabets for Highway Signs and Specifications for Standard Highway Sign Colors) are available from the Federal Highway Administration, Office of Traffic Operations, Washington, D.C. 20590.

6-61.40     **OTHER**

| Standard or Specification | Description |
|---|---|
| U.S.-PS-1-74 | U.S. Products Standard No. 1-74; for softwood plywood, construction and industrial (Application for copies should be addressed to the Products Standards Section, National Bureau of Standards, Washington, D.C.). |

6-37

| | |
|---|---|
| ASTM-STD-B-208 | American Society of Testing and Materials. |
| | (Application for copies should be addressed to the Executive Secretary, American Society for Testing and Materials, 1916 Race St., Philadelphia, PA 19103) |
| APA Test STD | American Plywood Association Test Standard Preliminary Tests for Exterior Coatings. |
| | (Application for copies should be addressed to the Executive Secretary, American Plywood Association, 119 A St., Tacoma, Washington 98401. |
| FP-85 | Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects, Section 718. |
| | Copies of Section 718 are available from the Federal Highway Administration, Office of Traffic Operations, Washington, D.C. 20590. |
| LM-PB | Product Bulletin for Colors and Clears. |
| LM-IF | Color Application Installation. |
| CS 122-60 | U.S. Commercial Standards. |
| CS 259-63 | U.S. Commercial Standards. |

# 6-70    QUALITY CONTROL

## CONTENTS

6-71        PLYWOOD

6-71.10     PLYWOOD TESTS

6-71.11     Contamination Test

6-71.12     Adhesion Test

6-72        TEMPERATURE CALIBRATION

6-72.10     HEAT AND VACUUM APPLICATOR

6-72.20     TEST PROCEDURE

6-73        PAINT

6-73.10     PAINT THICKNESS

6-74        CERTIFICATION

6-74.10     MATERIALS CERTIFICATION

6-75        INSPECTION AND ACCEPTANCE

6-75.10     SIGNS ORDERED FROM COMMERCIAL SOURCES

6-76        GUARANTEE

6-76.10     REFLECTORIZED SIGN

6-76.20     ROUTED WOOD SIGNS

## 6-70    QUALITY CONTROL

### 6-71    PLYWOOD

**6-71.10    PLYWOOD TESTS.** The Contractor shall furnish copies of the vendor's invoice for the plywood, including certification that the plywood meets the following test requirements.

**6-7l.11    Contamination Test.** The plywood contamination test panels shall be cut three inches long and two inches wide. The panels shall be wiped with a tack rag to remove any dust or loose particles, and then the required reflective sheeting shall be applied to both faces of the panels. The test panels shall be conditioned for 24 hours at room temperature (75 °F), and then placed in a pressure vessel and held submerged in cold tap water. A vacuum of 24 inches of mercury shall be drawn and maintained for 45 minutes, followed immediately by the application of 40 to 50 psi of water pressure for 45 minutes.

**NOTE:** Proper test procedures are assured if the panel does not float after the above treatment.

Test panels shall then be removed from the pressure vessel and each placed in a glass container (400 ml beaker) containing approximately 50 ml of water. The beaker shall then be covered with a glass lid, such as a petri dish, and placed in an oven at 150° for 24 hours. At the end of the 24 hour interval, remove the panel from the oven, wipe the sheeting surface to remove any residue, and visually examine for deterioration. Any evidence of staining, discoloration, or other degradation of the applied sheeting shall constitute failure of the plywood to comply with the specification.

**6-71.12    Adhesion Test.** Panels of the plywood selected for adhesion testing shall be cut approximately one foot square. The application surfaces of the panels shall be cleaned. The reflective sheeting or film shall be cut to the appropriate size for completely covering the prepared, dust-free plywood surface in accordance with the recommendations of the sheeting or film manufacturer. The panels shall be subjected to accelerated conditioning in an oven for one hour at 150 °F, then cooled to room temperature. The sheeting or film shall be struck with a test spatula, using short, sharp jabs. The adhesive bond shall resist removal other than in small pieces at the point of spatula impact.

**NOTE:**    Plywood (HDO) shall be certified for adhesion and shall be free of contamination in compliance with PS-1-74 and the applicable American Plywood Association (APA) requirements. This certification is to ensure that the high density overlay is of a suitable quality for application of reflective sheeting and paint.

### 6-72    TEMPERATURE CALIBRATION

**6-72.10    HEAT AND VACUUM APPLICATOR.** Teletemp Temperature Recorders (temperature-measuring devices) shall consist of a graded series of three heat-sensitive papers calibrated at 180°, 190°, and 200 °F to measure temperature accurately by means of a change in color. Each paper shall show an irreversible color change from white to black at a specific temperature. Accuracy of color change shall be within two percent of indicated temperature. Stored indicators shall be kept clean, dry, and at less than 80°. Response time shall not exceed two seconds. See the following procedures and tables.

**6-72.20    TEST PROCEDURE.**

1.  Allow the applicator temperature control to warm up at least ½ hour.
2.  Allow the heat and vacuum applicator to warm up by running at least two complete cycles.
3.  Peel teletemp temperature measuring device from tape backing. Place device on top of sign face, on an unscreened section of the material.
4.  Place the test sign face in the heat and vacuum applicator, near the center of the diaphragm and under the thermister.
5.  Place a slip sheet, glossy side down, over the sign face. Turn the vacuum on. Lower the diaphragm. Adjust sign face position so that the temperature measuring device is not on a diaphragm seam or under the thermister-patched area.
6.  Run a complete cycle. Remove the test sign face. Compare temperature measuring device readings to the following table. Make adjustments as indicated.
7.  Remove the temperature measuring device from the sign face. Place the device on the calendar for the corresponding day. Place all devices used for test evaluations on the calendar.

| Temperature-Measuring Device Reading | Action Required For Sheeting | |
|---|---|---|
| | Type II | Type III |
| None blacked out | Temperature is too low. Increase temperature and re-run test. | Temperature is too low. Increase temperature and re-run test. |
| 80 °F blacked out | Temperature is too low. Increase temperature and re-run test. | Temperature is in correct range. |
| 80 °F, 190 ° blacked out | Temperature is too low. Increase temperature and re-run test. | Temperature is too high. Decrease temperature and re-run test. |
| 80 °, 190 °, and 200 °F blacked out | Temperature is within correct range. | Temperature is too high. Decrease temperature and re-run test. |

NOTE:    For 5 by 12 foot applicator only.

**6-73    PAINT**

**6-73.10    PAINT THICKNESS.** Dry film thickness shall be tested periodically by use of a commercial film thickness tester. Such test results by the Contractor shall be furnished to the Contracting Officer (CO) upon request.

**6-74    CERTIFICATION**

**6-74.10    MATERIALS CERTIFICATION.** It is the responsibility of the sign Contractor to obtain materials certification from each manufacturer of substrates, adhesives, sheeting, and coatings, and to see that the material meets all requirements as specified in this and related documents.

The sign Contractor shall also provide certification that the finished product meets all of the requirements specified in this document and that all other certifications are on file and available to the CO on request.

**6-75    INSPECTION AND ACCEPTANCE**

**6-75.10    SIGNS ORDERED FROM COMMERCIAL SOURCES.** Inspection and acceptance shall be in accordance with the General Provisions, Standard Form 23A.

**6-76    GUARANTEE**

**6-76.10    REFLECTORIZED SIGNS.** The Contractor shall warrant the materials and workmanship of each sign in accordance with the maximum limits of material warranties extended by manufacturers of raw materials, subject to the conditions they specify, and the production specifications provided by the National Park Service. In general, signs are expected to maintain a useful life span of at least five years. When sign failure occurs prior to five years and an inspection demonstrates that the failure is caused by materials warranted to Contractor to endure at least that long, the sign will be replaced or repaired free of materials charges. When failure occurs and inspection demonstrates that such failure is due to poor workmanship, the sign will be replaced or repaired at Contractor's expense, including shipping charges.

**6-76.20    ROUTED WOOD SIGNS.** Contractor shall guarantee materials and workmanship of signs for two years from the date of the maker's mark. Contractor shall be liable for total replacement cost of signs including materials, fabrication costs and shipping, at the time of failure of original materials and/or workmanship.



## 6-80    MISCELLANEOUS APPURTENANCES

### CONTENTS

6-81        DESCRIPTION

6-82        MATERIALS
6-82.10     BACKING STIFFENERS
6-82.20     SIGN MOUNTING HARDWARE
6-82.30     METAL TUBING

6-83        SIGN SUPPORTS
6-83.10     STEEL POST SELECTION
6-83.20     TIMBER POST SELECTION
6-83.30     TIMBER POST BREAKAWAY
6-83.40     SIGN BRACING

## 6-80     MISCELLANEOUS APPURTENANCES

**6-81          DESCRIPTION.**  This item shall consist of furnishing the specified hard-
ware materials as ordered on the sign requisitions. This work shall include the fur-
nishing of all materials, labor, tools, equipment, and supplies to construct; packag-
ing for shipping; obtaining carrier; and shipping the signs via Government Bill of
Lading.

**6-82          MATERIALS**

**6-82.10          BACKING STIFFENERS.**  Backing stiffeners, when specified, shall be 3''
6061-T6 aluminum zees, 2.33 lbs/ft. (Fentron Highway Products, Seattle,
Washington) or CO-approved equivalent. Unless otherwise specified, stiffeners will
be provided on signs sized at 32'' high and 48'' wide or larger. Stiffeners shall be
installed as shown.



PLYWOOD SIGN PANEL

ALUMINUM BACKING ZEE DETAIL

| STEEL POST | WOOD POST | 2024-T4 ALUMINUM | SIZES ARE MINIMUM | |
|---|---|---|---|---|
| | | BOLT SIZE | NUT SIZE | WASHER SIZE |
| 3"x 3" | | 3/8"x 3 1/2" | 3/8" | 1"O.D. 7/16"I.D. |
| 4"x 2 1/2" | 4"x4" | 3/8"x 5 1/2" | 3/8" | 1"O.D. 7/16"I.D. |
| 6"x 6" | 4"x6" | 3/8"x 7" | 3/8" | 1"O.D. 7/16"I.D. |
| | 6"x 6" | 3/8"x 7" | 3/8" | 1"O.D. 7/16"I.D. |

NOTE:
ALUMINUM BACKING ZEES ARE TO BE INSTALLED ON PLYWOOD SIGNS HAVING A MINIMUM SIZE OF 42"WIDE 36"HIGH.
ALL PLYWOOD SIGN REQUIRING VERTICAL SPLICES SHALL HAVE A MINIMUM OF TWO ALUMINUM BACKING ZEES.

ALUMINUM BACKING ZEES AND SIGN BACKS SHALL BE PAINTED BEFORE ATTACHING BACKING ZEES.

**6-82.20    SIGN MOUNTING HARDWARE.**  Vandal-resistant hardware shall be used where possible. This hardware shall be as manufactured by THE TUFNUT WORKS, 236 Montezuma Street, Santa Fe, New Mexico 87501, (505) 983-2522, or CO-approved equivalent.

**6-82.30    METAL TUBING (WEATHERING STEEL).** Hot rolled, flashing, welded mechanical steel tubing ASTMA 500.

6-45

# E X A M P L E

## VANDLGARD-NUT—INSTALLATION AND REMOVAL

**INSTALLATION**



Installed Vandlgard-Nut
with hex head sheared
from conical nut.

← 3 Threads
Approx.

1. Install Vandlgard nut
by tightening hex until
it shears.

2. Use nylon washers.

**REMOVAL**



Attached Nylon Washers

Hex head

Breakoff
Groove
Conical Nut

1. Thread on second
Vandlgard and twist off
hex. Remove the remain-
ing conical nut.

2. Install this conical
nut in the inverted
position.





3. Squeeze both nuts
firmly with vise-grips
and remove both nuts
together.

4. Original bolt is
undamaged and ready
for reuse.

Available from:

Federal Prison Industries

Vol-Shan, P.O. Box 512
Culver City, Calif. 90230

Ojo Caliente Craftsmen Inc.
Ojo Caliente, N. Mex. 87549

| ASSEMBLY COMPONENTS | DESCRIPTION | MATERIAL | FINISH & COLOR | |
|---|---|---|---|---|
| VCB 144 | Bolt—5/16-18 x 6" Round head | C1018 Steel or equiv. | Cadmium plate per QQ-P-416 Type II Cl. 2 or zinc plate per QQ-Z-325 Type II Cl. 1 | Olive drab Dichromate |
| VCN 145-5 | Nut—5/16-18 Vandlgard | Aluminum alloy QQ-A-430 | Anodize per MIL-A-8625 Color. Green | |
| VCW 146 | Washer—5/16 I.D x 7/8 O.D x 1/16" thick | 6/6 Nylon | Brown | |
| VC 147 | Complete Hardware Assembly | | | |

# E X A M P L E

**Sign Installation Hardware**
**"Tufnut"   (Pyramidal nuts)**
**Anti-theft, Anti-vandal Fasteners**



**Typical Installation Procedure**

**Step 1:** Install first Tufnut (No. 1) finger tight as shown.

**Step 2:** Install second Tufnut (No. 2) finger tight as shown.

**Step 3:** Insert wrench at junction to tighten (or loosen) as necessary.

**Step 4:** Remove Tufnut No. 2, then installation is complete.



**Typical Tufnut**
(for 3/8" Carriage Bolt)

(Not to Scale)    Minimum Order—100

**Single Tufnut is difficult to remove because of its shape. Always use  (4) Tufnuts for two-post sign installation.**

Available from:

Ojo Caliente Craftsmen Inc.
Ojo Caliente, N. Mex.  87549

Tufnut Works
236 Montezuma St.
Santa Fe, N. Mex.  87501

Federal Prison Industries

**6-83**      **SIGN SUPPORTS**

**6-83.10**    **STEEL POST SELECTION**





# STEEL
## POST SELECTION

NOTE:
TABLE VALUES SHOWN ARE THE **MAX.**
PERMITTED. EXCEPT FOR D.

### DESIGN EXAMPLE

GIVEN: 15 FT WIDE, 8 FT HIGH SIGN; X=15′, Y=8′.
3 FT WIDE SHOULDER, WITH .05″/FT SLOPE; T=3′.
FROM EDGE OF PAVEMENT TO ℄ OF NEAREST POST IS
12 FT; W=12′.
STD. MOUNTING HT. IN THIS CASE IS 5 FT; Y=5′.
EMBANKMENT SLOPE IS 6:1 (1″VERT. DROP FOR
EVERY 6″ HORIZ.)

SOLUTION: Z=1/2 HT. OF SIGN(Y) + MOUNTING HT. (V) +
SHOULDER WIDTH (T) x SHOULDER SLOPE + DIST.
FROM EDGE OF SHOULDER TO ℄ OF LONGEST POST
(W−T+.6X) x EMBANKMENT SLOPE.

Z=Y/2 + V + T (SHOULDER SLOPE) + (W−T +.6X)
(EMBANKMENT SLOPE)

Z=8/2 + 5 + (3 x .05′/FT) + (12−3 + .6 (15)) at 6:1

Z= 4 +5 +.15 + 18 at 6:1= 9.15 +3 = 12.15

(X)(Y)(Z) = (15)(8)(12.15) = 1458

ANSWER: FROM TABLE SELECT POST(3) HAVING (X)(Y)(Z)
OF 1458 OR MORE; USE TWO 6″x 4″ POSTS.

### CATEGORY 1, 1A, 2, 3.

| NO. OF POSTS | | 1 | 2 | 3 | D |
|---|---|---|---|---|---|
| **POST SIZE** | 2″x 2″x.095″ | 69 | 139 | 208 | 3′ |
| | 4″x 2.5″x.125″ | 262 | 524 | 786 | 3′ |
| | 6″x 4″x.203″ | 1027 | 2054 | 3081 | 3′ |
| | (X)(Y)(Z) in FT³ | | | | |



# EXAMPLE



Sign faces are installed
on any of four sides

Sign Support Systems

6-49

# EXAMPLE



Sign faces are installed
on any of four sides

SPEED LIMIT 50

SPEED LIMIT 50

Sign post is inserted and
bolted into place to desired
height

Holes 1" o.c. four sides

Cross Section

Pipe

Cross Section

Bending Design
Breakaway

Bending Design
Breakaway
2" max O

Anchor sleeve (one size larger
than post) about 18" long,
is driven flush with anchor post

Anchor post is driven into ground:
one hole is left exposed above ground

**Sign Support Systems**

# EXAMPLE



Sign Post

Keeper Plate

Stub Post

Elevation

Plan View

**Inclined Rectangular Slip Base**

SPEED
LIMIT
50

Sign Post
(pipe, I beam
or other structural
shapes)

Plan View

Slip Base
(may be rectangular
or triangular)

4'' max

Non-reinforced
concrete footing

Sign Post

Stub Post

Elevation

**Triangular Slip Base**

**Sign Support Systems**

# EXAMPLE



Standard pipe for post:
diameter depends on
sign dimensions and
wind loads

Standard threaded
pipe collar coupling

**Threaded Coupling Breakaway Feature**

Coupling

Non-reinforced
concrete footing

**Sign Support Systems**

6-52

# EXAMPLE



Sign Support Systems

# EXAMPLES

Note: This device is used for signs with two or more posts.



Car Passes Under

Hinge Activates

Hinge Plate

Friction Plate

Vehicle Impact

**Breakaway Action—Horizontal Slip Base**

Note: For use with Single Post Sign Systems



Car Passes Under

Upward Force Imported

Inclined Slip Base Actives

Vehicle Impact

**Breakaway Action—Inclined Slip Base**

# EXAMPLE



Load
Concentration
Coupler



**Load Concentration Coupler**

6-55

**6-83.20     TIMBER POST SELECTION**




# TIMBER
# POST SELECTION

NOTE:
VALUES SHOWN ARE THE MAX. PERMITTED.
IF THE QUANTITY (X)(Y)(Z) EXCEEDS
THE TABLE LIMITS FOR 6"x6" POST, USE
STEEL POST INSTALLATION.

## CATEGORY 1, 1A, 2, 3.

| NO. OF POSTS | 1 | 2 | 3 | D |
|---|---|---|---|---|
| POST SIZE 4x4 | 80 | 155 | 235 | 3' |
| 4x6 | 180 | 365 | 545 | 4' |
| 6x6 | 235 | 475 | 710 | 4' |
| | ( )( )( ) in FT³ | | | |

### DESIGN EXAMPLE

GIVEN: 2 SIGNS—ONE 3FT WIDE, 4FT HIGH; THE OTHER 18 INCHES
WIDE, 2FT HIGH AND MOUNTED 3 INCHES BELOW THE FIRST
SIGN. X=3'   Y=4' + 0'–3" + 2'= 6'–3" or 6.25'.
STD. MOUNTING HT. IN THIS CASE IS 5 FT : V=5'.
3FT WIDE SHOULDER, WITH .05'/FT SLOPE; T=3'.
FROM EDGE OF PAVEMENT TO ℄ OF NEAREST POST IS
12 FT, W=12'; EMBANKMENT SLOPE IS 6:1.

SOLUTION: Z=1/2 HT. OF SIGN (Y) + MOUNTING HT. (V) +
SHOULDER WIDTH (T) x SHOULDER SLOPE + DIST. FROM
EDGE OF SHOULDER TO ℄ OF POST (W—T) x
EMBANKMENT SLOPE.

Z= Y/2 + V + T (SHOULDER SLOPE) + (W—T)
(EMBANKMENT SLOPE)

Z= 6.25/2 + 5 + (3 x .05'/FT) + (12—3) at 6:1

Z= 3.1 + .15 + 1.5 = 9.75

(X) (Y) (Z) = (3) (6.2) (9.75) = 181.4

ANSWER: FROM TABLE SELECT POST HAVING (X)(Y)(Z)
OF 181.4 OR MORE. USE ONE 6"x 6" POST.



**6-83.30    TIMBER POST BREAKAWAY**



SAW CUT NOTCH FULL WIDTH OF POST, OMIT NOTCH FOR SINGLE POST INSTALLATION

1/2"

1 3/4" NOTCH DEPTH

SIGN FACE

BOTTOM OF SIGN

NOTE:
ONLY FOR 6"X 6" POSTS. HOLES & NOTCH ARE NOT REQUIRED FOR 4"X 4" & 4" X 6" POSTS.

₵ POST

1 3/4" DIAM. HOLE

6"
6"
6"

FINISH GROUND LINE

## TIMBER POST DETAIL WITH BREAKAWAY

**6-83.40    SIGN BRACING**





NOTES:

1. PLACE LONG DIMENSION OF POST CROSS SECTION NORMAL TO SIGN AXIS.

2. BALANCED SINGLE POST INSTALLATIONS OF UNFRAMED SINGLE SHEET ALUMINUM PANEL SIGNS SHALL HAVE BLOCKS IF 18" OR MORE IN DEPTH AND A COMBINATION OF BLOCKS AND BACK BRACES IF 18" OR MORE IN DEPTH AND 34" OR MORE IN WIDTH. SIGNS PANELS LESS THAN 18" IN DEPTH AND 34" OR MORE IN WIDTH SHALL HAVE BACK BRACES ONLY.

3. BALANCED SINGLE POST INSTALLATIONS OF LAMINATED PANEL AND FRAMED SINGLE SHEET PANEL SIGNS REQUIRE BACK BRACES WHEN 34" OR MORE IN WIDTH.

USE OF WOOD BLOCK AND BACK BRACES FOR ADDED STIFFNESS ON METAL OR WOODEN BACKED SIGNS

6-58

# CHAPTER 7: PROCUREMENT OF SIGNS AND RELATED MATERIALS

The sign procurement process requires the coordinated effort of the National Park Service (NPS) and the sign manufacturer. The Park shall be the originating office in the procurement process. The Regional Sign Coordinator shall be responsible for coordinating the entire process. The process is completed with the final inspection of the finished product at the originating office. The Park shall prepare the original and necessary number of copies required by the Regional office. The Regional office will forward the original and two copies to UNICOR. If quotation is requested, UNICOR will return one copy.

By law, the National Park Service is required to order signs from UNICOR (Federal Prison Industries). All sign orders shall be processed through their offices at:

> UNICOR, Data/Graphics Division
> 320 First Street, N.W.
> Washington, D.C. 20534

The Memorandum of Agreement between the National Park Service and UNICOR outlines specific details of what is expected of each agency in an effort to enhance a better working relationship and expedite the procurement processes.

All sign orders must be machine-lettered, typewritten, or hand-printed, clearly distinguishing between upper and lower case letters, and be precise according to text, layout, and material or fabrication details.

In certain instances a waiver will be issued by UNICOR on an order which they cannot fill due to time constraints or deficiencies in supplies. Orders may, in these situations, be filled by private suppliers through the normal procurement process using the specifications in this Manual. The Regional Sign Coordinator's approval is still required before these orders may be processed.

Three tables are presented here to explain the sign procurement process, the forms to be used, and to provide an overview of the materials available. The SIGN PROCUREMENT PROCESS, Table 7-1, outlines the steps required of the Park and Regional office from preparation of the initial requisition to the eventual inspection of the finished sign product in the park upon delivery. The SIGN REQUISITION FORM USAGE, Table 7-2, explains what forms are to be used by the Park in requisitioning signs. The DESCRIPTION OF SIGN MATERIALS, Table 7-3, lists the various sign materials which can be selected, including a brief list of advantages and disadvantages for each; relative cost; and types of maintenance required.

Seven standard forms are provided for Park use in requisitioning signs. All references to the 10-84 series forms apply to the January 1984 revisions of these forms. The following is a brief description of each form.

Letters, paint, and sheeting may be obtained through UNICOR using Form DI-1.

# SIGN REQUISITION FORMS

**Form DI-1, United States Department of the Interior Requisition**

This form shall accompany all requisitions. This form shall also be used when ordering miscellaneous signing materials such as replacement letters, NPS emblems, sheeting, sign hardware, etc.

**Standard Form 147, Order for Supplies and Services**

This form shall be used in preparing a purchase order to UNICOR for signs and related sign materials. Requisition forms (10-84, 10-84a, etc.) explaining the specifics of the order shall be attached to this form as necessary.

Samples of the requisition forms and Standard Form 147, and examples of these forms completely filled out are included on the following pages.

**Form 10-84, Sign Requisition**

This form accompanies all sign requisitions from a Park and must be signed by the requisitioner and the superintendent prior to submittal to the Regional Sign Coordinator. The Regional Sign Coordinator must sign the form prior to any sign requisition being sent to UNICOR. UNICOR will not process any orders that do not contain the Regional Sign Coordinator's signature. Space is provided on the form for additional special instructions to UNICOR from either the Park or the Regional Sign Coordinator. Should the Regional Sign Coordinator reject the order, there is space to explain why and what corrections must be made. Additional space is provided for use by UNICOR.

**Form 10-84a, Guide Sign Requisition**

This form shall be used for requisitioning guide signs (informational and directional), in categories 1, 1A, 2, and 3. It should be noted that all guide signs shall be manufactured using die-cut NPS Modified Clarendon letters. A separate form must be filled out for each different sign requested.

**Form 10-84b, Pedestrian Sign Requisition**

This form shall be used for requisitioning pedestrian guide signs, categories 4, 5, 5A, and Other. This includes signs that may require Engineering Standard letters or routed letters. A separate form is required for each different sign requested.

**Form 10-84c, Recreational Symbol Requisition**

This form shall be used for requisitioning Federal recreational symbols. One form shall be used for each symbol type ordered. When symbols are to be attached to another sign panel, the required number of form 10-84c's shall be attached to form 10-84a or b, whichever is appropriate.

**Form 10-84d, Standard Traffic Control Signs Requisition**

This form shall be used for requisitioning all standard traffic control signs as specified in the MUTCD or the Standard Highway Signs Book.

**Form 10-84e, or 10-84f Custom Traffic Control Signs Requisition**

This form shall be used for requisitioning all custom traffic control signs that are needed for enforcement, warning, or construction zone signing.

# NOTE

**The following pages include sign requisition forms and examples of how they should be completed for submission.**

Form DI-1
(Rev. April 1985)

**UNITED STATES
DEPARTMENT OF THE INTERIOR**

**REQUISITION**

Page_____ of _____

| Requisition No. |
| --- |

| To | Bureau/Office | Date |
| --- | --- | --- |

| Appropriation/Allotment No. | Charge shipping costs to |
| --- | --- |

| Vendor | Deliver to |
| --- | --- |

| ITEM OR FORM NO. | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

**To Be Completed by Fiscal Authority Only**

FUND CERTIFICATION: Funds in the amounts shown are available and chargeable to the cost authorities shown above.

| Signature | Date | Approved by (Signature) | Date |
| --- | --- | --- | --- |
| Title | | Title | |
| Requisitioned by (Signature) | Date | Bureau Officer (Signature) | Date |
| Title | | Title | |

Prepare in single space typing. Use double space between items. Fill out top of requisition completely, showing complete shipping instructions and appropriation if different from that to which requisition is chargeable.

7-4

Form DI-1
(Rev. April 1985)

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
**REQUISITION**

Page _____ of _____
8

Requisition No.
**2/53**

Date
**4/16/87**

To
**Procurement**

Bureau/Office
**NPS-SWRO-OM**

Appropriation/Allotment No.
**Px 7120 3 0025**

Charge shipping costs to
**Same**

Vendor
**UNICOR**
**Data Graphics Division**
**Washington, D.C. 20534**

Deliver to
**Superintendent**
**Bandelier Nat'l Monument**

| ITEM OR FORM NO. | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | NPS Guide Sign as per attached form 10-84A Page 3 | 1 | ea. | 292.29 | 292.29 |
| 2 | NPS Pedestrian Sign as per attached form 10-84B Page 4 | 3 | ea. | 57.95 | 173.85 |
| 3 | Recreational Symbol as per attached form 10-84c Page 5 | 4 | ea. | 6.00 | 24.00 |
| 4 | Standard Highway Traffic Signs as per attached form 10-84 Page 6 | 28 | L.S. | | 962.20 |
| 5 | Custom Highway Traffic Sign as per attached form 10-84E Page 7 | 3 | ea. | 60.00 | 180.00 |
| 6 | Custom Highway Traffic Sign as per attached form 10-84F Page 8 | 2 | ea. | 117.90 | 235.80 |
| | | | | | $1,868.14 |

**To Be Completed by Fiscal Authority Only**

FUND CERTIFICATION: Funds in the amounts shown are available and chargeable to the cost authorities shown above.

Signature / Date

Title

Requisitioned by (Signature) / Date

Title **R+T Foreman**

Approved by (Signature) / Date

Title **Superintendent**

Bureau Officer (Signature) / Date

Title **Regional Sign Coordinator**

Prepare in single space typing. Use double space between items. Fill out top of requisition completely, showing complete shipping instructions and appropriation if different from that to which requisition is chargeable.

NSN 7540-00-634-4105

PREVIOUS EDITION USABLE

**MARK ALL PACKAGES AND PAPERS WITH CONTRACT AND/OR ORDER NUMBERS**

| 1. DATE OF ORDER | 2. CONTRACT NO. (if any) | 3. ORDER NO. | PAGE 1 OF |
|---|---|---|---|

**4. ISSUING OFFICE**

**5. ACCOUNTING AND APPROPRIATION DATA**

| 6. SHIP TO (Consignee and Address, ZIP Code) | VIA |
|---|---|

| 7. TO: CONTRACTOR (Name, Address, ZIP Code) | 8. TYPE OF ORDER |
|---|---|
| | (a) Purchase   Reference your_____ |
| | Please furnish the following on the terms specified on both sides of this order and on the attached sheets, if any, including delivery as indicated. This purchase is negotiated under authority of_____ |
| | ☐ (b) Delivery   Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. |

| 9. REQUISITION OFFICE ▶ | 10. REQUISITION NO./PURCHASE AUTHORITY |
|---|---|
| 11. F.O.B. POINT | 12. GOVERNMENT B/L NO. | 13. DELIVERY TO F.O.B. POINT ON OR BEFORE | 14. DISCOUNT TERMS |

**15. SCHEDULE**

*See reverse for rejections

| Item No. (a) | Supplies or Services (b) | Quantity Ordered (c) | Unit (d) | Unit Price (e) | Amount (f) | Quantity Accepted (g) |
|---|---|---|---|---|---|---|
| | | | | | | |

| 16. CLASSIFICATION: | ☐ SMALL BUSINESS | ☐ OTHER THAN SMALL BUSINESS | ☐ MINORITY BUSINESS ENTERPRISE | | 15. (h) Total from continuation pages ◀ |
|---|---|---|---|---|---|
| SEE BILLING INSTRUCTIONS ON REVERSE | 17. SHIPPING POINT | 18. GROSS SHIPPING WEIGHT | 19. INVOICE NO. | | |
| | 20. MAIL INVOICE TO (Include ZIP Code) | | | | 15. (i) GRAND TOTAL ◀ |

| 21. UNITED STATES OF AMERICA BY (Signature) ▶ | 22. NAME (Typed) |
|---|---|
| | TITLE: CONTRACTING/ORDERING OFFICER |

ORDER FOR SUPPLIES OR SERVICES          147-108          STANDARD FORM 147 (REV.2-77)

NSN 7540-00-634-4105

PREVIOUS EDITION USABLE

**MARK ALL PACKAGES AND PAPERS WITH CONTRACT AND/OR ORDER NUMBERS**

| 1. DATE OF ORDER | 2. CONTRACT NO. (if any) | 3. ORDER NO. | PAGE 1 OF |
|---|---|---|---|
| April 17, 1984 | PPI | PX 7120 3 0025 | 8 |

**4. ISSUING OFFICE**
USDI, National Park Service, Bandelier Nat'l Mon.

**5. ACCOUNTING AND APPROPRIATION DATA**
0670-1000-454

| 6. SHIP TO (Consignee and Address, ZIP Code) | VIA Call Max Garcia for |
|---|---|
| Superintendent, Bandelier Nat'l Monument | our pick-up |
| Los Alamos, New Mexico 87544 | |

**8. TYPE OF ORDER**
(a) Purchase   Reference your_ quote by Diane.

Please furnish the following on the terms specified on both sides of this order and on the attached sheets, if any, including delivery as indicated. This purchase is negotiated under authority of 41 USC 252 C 3

☐ (b) Delivery   Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**7. TO: CONTRACTOR (Name, Address, ZIP Code)**
UNICOR
Data / Graphics Division
320 First Street, N.W.
Washington, D.C.   20534

| 9. REQUISITION OFFICE ▶ Maintenance | 10. REQUISITION NO./PURCHASE AUTHORITY   FY84-017 |
|---|---|
| 11. F.O.B. POINT Origin | 12. GOVERNMENT B/L NO. | 13. DELIVERY TO F.O.B. POINT ON OR BEFORE 30 DAYS | 14. DISCOUNT TERMS Net |

*See reverse for rejections*

**15. SCHEDULE**

| Item No. (a) | Supplies or Services (b) | Quantity Ordered (c) | Unit (d) | Unit Price (e) | Amount (f) | Quantity Accepted (g) |
|---|---|---|---|---|---|---|
| 1 | NPS Guide Sign as per attached form 10-84A page 3 | 1 | ea | 292.29 | 292.29 | |
| 2 | NPS Pedestrian Sign as per attached form 10-84B page 4 | 3 | ea | 57.95 | 173.86 | |
| 3 | Recreational Symbol as per attached form 10-84C page 5 | 4 | ea | 6.00 | 24.00 | |
| 4 | Standard Highway Traffic Signs as per attached form 10-84D pg.6 | 28 | LS | | 962.20 | |
| 5 | Custom Highway Traffic Sign as per attached form 10-84E page 7 | 3 | ea | 60.00 | 180.00 | |
| 6 | Custom Highway Traffic Sign as per attached form 10-84F page 8 | 2 | ea | 117.90 | 235.80 | |

| 16. CLASSIFICATION: | ☒ SMALL BUSINESS | ☐ OTHER THAN SMALL BUSINESS | ☐ MINORITY BUSINESS ENTERPRISE | 15. (h) Total from continuation pages ◀ |
|---|---|---|---|---|

| SEE BILLING INSTRUCTIONS ON REVERSE | 17. SHIPPING POINT | 18. GROSS SHIPPING WEIGHT | 19. INVOICE NO. | |
|---|---|---|---|---|

| 20. MAIL INVOICE TO (Include ZIP Code)   Same as #6 | 1,868.14 | 15. (i) GRAND TOTAL |
|---|---|---|

| 21. UNITED STATES OF AMERICA BY (Signature) ▶ Max Garcia | 22. NAME (Typed)   Max J. Garcia  505-672-3861 |
|---|---|
| | TITLE: CONTRACTING, ORDERING OFFICER |

147-108
STANDARD FORM 147 (REV. 2-77)

ORDER FOR SUPPLIES OR SERVICES

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

| FORM 10-84<br>REVISED JAN 1984 | SIGN REQUISITION | PAGE_____OF_____PAGES |
|---|---|---|

**PARK**

☐ UNICOR
Data / Graphics Division
320 First Street, N.W.
Washington, D.C. 20534

☐ OTHER - SPECIFY

PARK OR OFFICE

DELIVER TO

TOTAL NUMBER OF SIGNS

PURCHASE ORDER NO.

ACCOUNT NO.

COST ESTIMATE

REMARKS

REQUISITIONED BY PARK SIGN COORDINATOR

SIGNATURE                                    DATE

APPROVED BY SUPERINTENDENT

SIGNATURE                                    DATE

QUOTATION WANTED

☐ YES        ☐ NO

**REGIONAL SIGN COORDINATOR USE**

**REGIONAL SIGN COORDINATOR**

REMARKS

APPROVED BY

SIGNATURE

ADDRESS AND TELEPHONE NO.

DATE

PHONE NO.

☐ SIGN ORDER REJECTED BY REGIONAL SIGN COORDINATOR

SIGNATURE                                    DATE

EXPLANATION

**UNICOR USE**

**UNICOR**

| JOB NUMBER | | QUOTATION NO. | ESTIMATED DELIVERY DATE |
|---|---|---|---|

REMARKS

| SIGNATURE | TITLE | DATE |
|---|---|---|

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

| FORM 10-84 REVISED JAN 1984 | SIGN REQUISITION | PAGE **2** OF **8** PAGES |
|---|---|---|

☒ UNICOR
Data / Graphics Division
320 First Street, N.W.
Washington, D.C. 20534

☐ OTHER - SPECIFY

PARK OR OFFICE
*Bandelier Nat'l Monument*

DELIVER TO
*Superintendent*
*Bandelier Nat'l Monument*
*Los Alamos, NM 87544*

TOTAL NUMBER OF SIGNS
*41*

PURCHASE ORDER NO.
*PX 7120 3 0025*

ACCOUNT NO.
*0670-1000-454*

COST ESTIMATE
*$ 1,868.14*

**PARK**

REMARKS

REQUISITIONED BY PARK SIGN COORDINATOR
*Carlos Gonzales*   *4/16/84*
SIGNATURE          DATE

APPROVED BY SUPERINTENDENT
*John Kissaway*   *4/16/84*
SIGNATURE          DATE

QUOTATION WANTED
☐ YES   ☒ NO

**REGIONAL SIGN COORDINATOR USE**

REMARKS
*Note that the signs are needed by May 25, 1984.*
*Please send confirmation of receipt of purchase*
*order for signs to Regional Sign Coordinator within*
*5 days of receiving P.O.*

**REGIONAL SIGN COORDINATOR**

APPROVED BY
*Jack Galloway*
SIGNATURE

ADDRESS AND TELEPHONE NO.
*Southwest Regional Office*
*P.O. Box 728*
*Santa Fe, NM 87501*

DATE
*4/16/84*

PHONE NO.
*988-6368*

☐ SIGN ORDER REJECTED BY REGIONAL SIGN COORDINATOR

SIGNATURE          DATE

EXPLANATION

**UNICOR USE**

| JOB NUMBER | | QUOTATION NO. | ESTIMATED DELIVERY DATE |
|---|---|---|---|

REMARKS

**UNICOR**

| SIGNATURE | TITLE | DATE |
|---|---|---|

# UNITED STATES DEPARTMENT OF THE INTERIOR
## NATIONAL PARK SERVICE

| FORM-10-84A<br>REVISED JAN 1984 | GUIDE SIGN REQUISITON<br>(DESTINATION, DISTANCE, INFORMATION) | | PAGE _____ OF _____ PAGES |
|---|---|---|---|
| PURCHASE ORDER NO | UNICOR JOB NO | QUANTITY | INVENTORY NO (OPTIONAL) |

FOR ASSISTANCE CONTACT
REGIONAL SIGN COORDINATOR _____    PHONE NO. _____

USAGE CATEGORY/POSTED SPEED LIMIT/LETTER SIZE

- ☐ OVERSIZE (12'' UC - 8'' LC)
- ☐ 1 or 1A 50 - 55 MPH (9'' UC - 6'' LC)
- ☐ 2    35 - 45 MPH (6'' UC - 4'' LC)
- ☐ 3    0 - 30 MPH (3.75'' UC - 2.5'' LC)

RECREATIONAL SYMBOL(s)

| RS | RS | RS | RS |
|---|---|---|---|
| ___ | ___ | ___ | ___ |

ATTACH FORM 10-84C FOR EACH SYMBOL REQUIRED

BACKING PANEL
- ☐ .135'' FRP PANEL
- ☐ .080 ALUMINUM
- ☐ ¾'' HDO EXT APA

ALUMINUM ZEE
BACKING STIFFENERS
- ☐ YES
- ☐ NO

(REQUIRED FOR ALL
32'' x 48'' OR LARGER)

LOCATION DATA
AREA: _____

UNIT: _____

SIGN NO. _____

SIGN EXAMPLE

WIDTH
(6'' INCREMENTS)

HEIGHT (2'' INCREMENTS)

ESTIMATED PER SIGN COST

* SPECIAL INSTRUCTIONS

| ITEM | QTY | UNIT COST | COST |
|---|---|---|---|
| SQUARE FOOTAGE | | | |
| EMBLEM | | | |
| ZEE BAR | | | |
| ARROWS | | | |
| LETTERS | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| SET UP | | | |
| | | TOTAL | |

UNICOR USE   COST

EACH _____    TOTAL _____

BY _____    DATE _____

NPS USE   ESTIMATED COST

EACH _____    TOTAL _____

BY _____    DATE _____

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

| FORM-10-84A<br>REVISED JAN 1984 | GUIDE SIGN REQUISITON<br>(DESTINATION, DISTANCE, INFORMATION) | | PAGE 3 OF 8 PAGES |
|---|---|---|---|

| PURCHASE ORDER NO<br>PX 7120 3 0025 | UNICOR JOB NO | QUANTITY<br>1 | INVENTORY NO (OPTIONAL) |
|---|---|---|---|

FOR ASSISTANCE CONTACT                                    PHONE NO. 988-6368
REGIONAL SIGN COORDINATOR

**USAGE CATEGORY/POSTED SPEED LIMIT/LETTER SIZE**
- ☐ OVERSIZE (12" UC · 8" LC)
- ☐ 1 or 1A 50 · 55 MPH (9" UC · 6" LC) ·
- ☒ 2    35 · 45 MPH (6" UC · 4" LC)
- ☐ 3    0 · 30 MPH (3.75" UC · 2.5" LC)

**RECREATIONAL SYMBOL(s)**

| RS | RS | RS | RS |
|---|---|---|---|

ATTACH FORM 10-84C FOR EACH SYMBOL REQUIRED

**BACKING PANEL**
- ☐ .135" FRP PANEL
- ☐ .080 ALUMINUM
- ☒ ¾" HDO EXT APA

**ALUMINUM ZEE BACKING STIFFENERS**
- ☒ YES
- ☐ NO

(REQUIRED FOR ALL 32" x 48" OR LARGER)

**LOCATION DATA**
AREA: Bandelier N. Mon.
UNIT: North Entrance
SIGN NO. 00057

**SIGN EXAMPLE**



WIDTH 84"
(6" INCREMENTS)
4.6    34.1    16.7    3    21    4.6

HEIGHT 42" (2" INCREMENTS)
4.1 / 3.75 / 4 / 6 / 4 / 6 / 4 / 6 / 4.1

ENTERING
Bandelier
National
Monument

8.4    27    .75    6.6    4

**SPECIAL INSTRUCTIONS**

1. Attach 21" x 27" NPS Emblem decal where shown.
2. This is a special sign requiring both 6" and 3.75" letters!

**ESTIMATED PER SIGN COST**

| ITEM | QTY | UNIT COST | COST |
|---|---|---|---|
| SQUARE FOOTAGE | 24.5 | 420 | 102.90 |
| EMBLEM | 1 | | 57.60 |
| ZEE BAR | 14 | 350 | 49.00 |
| ARROWS | | | |
| LETTERS 6" | 25 | 1.53 | 38.25 |
| 3.75"/letters | 8 | 1.18 | 9.44 |
| Set Up | | | 35.10 |
| SET UP | | | |
| | | TOTAL | 292.29 |

| UNICOR USE · COST | | NPS USE   ESTIMATED COST | |
|---|---|---|---|
| EACH _____ TOTAL _____ | | EACH $292.29   TOTAL $292.29 | |
| BY _____ DATE _____ | | BY JG   DATE 4/4/84 | |

# UNITED STATES DEPARTMENT OF THE INTERIOR
## NATIONAL PARK SERVICE

| FORM-1084B<br>REVISED JAN 1982 | PEDESTRIAN SIGN REQUISITION | PAGE_____OF_____PAGES |
|---|---|---|

| PURCHASE ORDER NO. | UNICOR JOB NO | QUANTITY | INVENTORY NO. (OPTIONAL) |
|---|---|---|---|

FOR ASSISTANCE CONTACT
REGIONAL SIGN COORDINATOR:_____    PHONE NO _____

**USAGE CAT**

☐ 4  2.25'' UC 1.5'' LC CLARENDON
    (DIE CUT OR ROUTED)
☐ 5  1.5'' UC 1.0'' LC CLARENDON
    (DIE CUT OR ROUTED)
☐ 5A 1.0'' UC .67'' LC CLARENDON
    (ROUTED)

☐ 1.0'' UC ENGINEERING STANDARD
    (ROUTED)
☐ ¾'' UC ENGINEERING STANDARD
    (ROUTED)
☐ ½'' UC ENGINEERING STANDARD
    (ROUTED)

RECREATIONAL SYMBOLS

| RS | RS | RS | RS |
|---|---|---|---|

ATTACH FORM 10-84C FOR
SYMBOL REQUIRED

LOCATION DATA

AREA: _____

UNIT: _____

SIGN NO: _____

**STANDARD SIGNS**

BACKING PANEL

☐ .080'' ALUMINUM
☐ ¾'' HDO EXT APA
☐ .135'' FRP

BACKGROUND FINISH

☐ REFLECTIVE BROWN
☐ OTHER  *SPECIFY BELOW

LETTER SYTLE · SIZE

CLARENDON DIE CUT
(CAT. 4 5)

LETTER FINISH

☐ REFLECTIVE WHITE
☐ OTHER  *SPECIFY BELOW

**ROUTED SIGNS**

☐ .250'' ALUMINUM
    PLATE
☐ ¾'' HDO EXT APA

☐ WOOD
    *SPECIFY
    BELOW

☐ ANODIZED BROWN FACE
☐ PLAIN ALUMINUM FACE

PAINTED FACE  *SPECIFY
                BELOW

☐ STAIN          ☐ OTHER
☐ NATURAL W/ SEALER    *SPECIFY
☐ PAINT              BELOW

ENGINEERING STANDARD
(ROUTED)

☐ CLARENDON ROUTED
☐ ENGINEERING STD. ROUTED

☐ CLARENDON ROUTED

☐ ENGINEERING STD ROUTED

PAINT  ☐ BROWN    ☐ OTHER
       ☐ WHITE      *SPECIFY
                     BELOW

☐ STAIN          ☐ OTHER
☐ NATURAL W/ SEALER    *SPECIFY
☐ PAINT              BELOW

**SIGN EXAMPLE**

SIGN EXAMPLE

WIDTH
6'' INCREMENTS (FOR CLARENDON LETTERS ONLY)

HEIGHT
2'' INCREMENTS

NOTE: BORDER OPTIONAL FOR ROUTED SIGNS

SPECIAL INSTRUCTIONS

ESTIMATED PER SIGN COST

| ITEM | QTY | UNIT COST | COST |
|---|---|---|---|
| SQUARE FOOTAGE | | | |
| EMBLEM | | | |
| ARROWS | | | |
| LETTERS | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| SET UP | | | |
| | | TOTAL | |

UNICOR USE · COST

EACH _____  TOTAL _____

BY _____  DATE _____

NPS USE   ESTIMATED COST

EACH _____  TOTAL _____

BY _____  DATE _____

## UNITED STATES DEPARTMENT OF THE INTERIOR
## NATIONAL PARK SERVICE

| FORM-1084B REVISED JAN 1982 | PEDESTRIAN SIGN REQUISITION | PAGE 4 OF 8 PAGES |
|---|---|---|

| PURCHASE ORDER NO PX 7120 3 0025 | UNICOR JOB NO | QUANTITY 3 | INVENTORY NO (OPTIONAL) |
|---|---|---|---|

| FOR ASSISTANCE CONTACT REGIONAL SIGN COORDINATOR | Jack Galloway | PHONE NO 988 - C368 |
|---|---|---|

**USAGE CAT**
- [X] 4  2 25'' UC 1.5'' LC CLARENDON (DIE CUT OR ROUTED)
- [ ] 5  1.5'' UC 1.0'' LC CLARENDON (DIE CUT OR ROUTED)
- [ ] 5A 1.0'' UC  67'' LC CLARENDON (ROUTED)
- [ ] 1.0'' UC ENGINEERING STANDARD (ROUTED)
- [ ] ¾'' UC ENGINEERING STANDARD (ROUTED)
- [ ] ½'' UC ENGINEERING STANDARD (ROUTED)

**RECREATIONAL SYMBOLS**
| RS | RS | RS | RS |
|---|---|---|---|

ATTACH FORM 10-84C FOR SYMBOL REQUIRED

**LOCATION DATA**
AREA Bandelier N.M.
UNIT North Ent. Sta.
SIGN NO 00052

**STANDARD SIGNS**

**BACKING PANEL**
- [ ] .080'' ALUMINUM
- [ ] ¾'' HDO EXT APA
- [X] .135'' FRP
- [ ] .250'' ALUMINUM PLATE

**BACKGROUND FINISH**
- [X] REFLECTIVE BROWN
- [ ] OTHER    *SPECIFY BELOW
- [ ] ANODIZED BROWN FACE
- [ ] PLAIN ALUMINUM FACE

**LETTER STYLE/SIZE**
CLARENDON DIE CUT (CAT. 4.5)

ENGINEERING STANDARD (ROUTED)

**LETTER FINISH**
- [X] REFLECTIVE WHITE
- [ ] OTHER    *SPECIFY BELOW

PAINT
- [ ] BROWN
- [ ] WHITE
- [ ] OTHER    *SPECIFY BELOW

**ROUTED SIGNS**

- [ ] ¾'' HDO EXT APA
- [ ] WOOD    *SPECIFY BELOW

**PAINTED FACE    *SPECIFY BELOW**
- [ ] STAIN
- [ ] NATURAL W SEALER    *SPECIFY BELOW
- [ ] PAINT
- [ ] OTHER

- [ ] CLARENDON ROUTED
- [ ] ENGINEERING STD. ROUTED
- [ ] CLARENDON ROUTED
- [ ] ENGINEERING STD ROUTED

- [ ] STAIN
- [ ] NATURAL W SEALER
- [ ] PAINT
- [ ] OTHER    *SPECIFY BELOW

**SIGN EXAMPLE**

WIDTH 18''

6'' INCREMENTS (FOR CLARENDON LETTERS ONLY)

1.9    14.2    1.9

HEIGHT 10''  2'' INCREMENTS

# Authorized
# Personnel
# Only

| 1.75 |
| 1.5 |
| 1 |
| 1.5 |
| 1 |
| 1.5 |
| 1.75 |

NOTE: BORDER OPTIONAL FOR ROUTED SIGNS

**SPECIAL INSTRUCTIONS**

1. Attach reflective border as per NPS Sign Manual Specifications.

**ESTIMATED PER SIGN COST**

| ITEM | QTY | UNIT COST | COST |
|---|---|---|---|
| SQUARE FOOTAGE | 125 | 4.20 | 525 |
| EMBLEM | | | |
| ARROWS | | | |
| LETTERS | | | |
| 1.5 letters | 23 | .90 | 2070 |
| Set Up | | | 32.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| SET UP | | | |
| | | TOTAL | 57.95 |

| UNICOR USE - COST | NPS USE - ESTIMATED COST |
|---|---|
| EACH _____ TOTAL _____ | EACH # 57.95  TOTAL _____ |
| BY _____ DATE _____ | BY JG  DATE _____ |

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

| FORM 10-84C REVISED JAN 1984 | RECREATIONAL SYMBOL REQUISITION | PAGE _____ OF _____ PAGES |
|---|---|---|

| PURCHASE ORDER NO | UNICOR JOB NO | QUANTITY | INVENTORY NO (OPTIONAL) |
|---|---|---|---|

FOR ASSISTANCE CONTACT
REGIONAL SIGN COORDINATOR _____    PHONE NO _____

| | USAGE CATEGORY / POSTED SPEED | BASIC SYMBOL ONLY | WITH PROHIBITIVE SLASH | WITH SECONDARY SYMBOL | ARROW PLAQUE | TEXT PLAQUE * SPECIFY BELOW |
|---|---|---|---|---|---|---|
| **TRAFFIC SIGNS** | ☐ OPTIONAL 1, 1A | ☐ 24 x 24 | ☐ 24 x 24 | ☐ 24 x 36 | ☐ 12 x 12 | ☐ 8 x 24 |
| | ☐ 1.1A 50-55 MPH | ☐ 18 x 18 | ☐ 18 x18 | ☐ 18 x 28½ | ☐ 8 x 8 | ☐ 6 x 18 |
| | ☐ 2  35-45 MPH | ☐ 12 x 12 | ☐ 12 x 12 | ☐ 12 x 18½ | | ☐ 4 x 12 |
| **PEDESTRIAN SIGNS** | ☐ 4 | ☐ 8 x 8 | ☐ 8 x 8 | | ☐ 4 x 4 | ☐ 3 x 8 |
| | ☐ 5 | ☐ 6 x 6 | ☐ 6 x 6 | | | ☐ 3 x 6 |
| | ☐ 5A | | | | | |

BACKING PANEL
☐ .080 ALUMINUM        ☐ .135" FRP PANEL
☐ ¾ " HDO EXT APA       ☐ FACE SHEETING ONLY

| RECREATIONAL SYMBOL NO. | PROHIBITIVE SLASH | FOR USE ON ANOTHER SIGN | INVENTORY NO. (OPTIONAL) |
|---|---|---|---|
| RS _____ | ☐ YES ☐ NO | ☐ YES ☐ NO | _____ |

**ARROW**
DIRECTION
☐ ⇧            ☐ ⬈

**TEXT**
WORDING:

WORDING INCLUDES: DISTANCES AND PROHIBITIVE TEXT. TEXT TO EXPLAIN THE SYMBOL SHOULD NOT BE USED.

**SECONDARY SYMBOL**
| SECONDARY SYMBOL PLATE | RECREATIONAL SYMBOL NO. |
|---|---|
| ☐ YES ☐ NO | RS _____ |

| SPECIAL INSTRUCTIONS | NPS ESTIMATED COST |
|---|---|
| | EACH _____ TOTAL _____ |
| | BY _____ DATE _____ |
| | UNICOR COST |
| | EACH _____ TOTAL _____ |
| | BY _____ DATE _____ |

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

| FORM 10-84C REVISED JAN 1984 | RECREATIONAL SYMBOL REQUISITION | | PAGE _5_ OF _8_ PAGES |
|---|---|---|---|

| | | | INVENTORY NO. (OPTIONAL) |
|---|---|---|---|

PURCHASE ORDER NO  **PX 7120 3 0025**    UNICOR JOB NO.    QUANTITY  **4**

FOR ASSISTANCE CONTACT REGIONAL SIGN COORDINATOR   **Jack Galloway**    PHONE NO  **988-6368**

| USAGE CATEGORY / POSTED SPEED | BASIC SYMBOL ONLY | WITH PROHIBITIVE SLASH | WITH SECONDARY SYMBOL | ARROW PLAQUE | TEXT PLAQUE * SPECIFY BELOW |
|---|---|---|---|---|---|
| **TRAFFIC SIGNS** | | | | | |
| ☐ OPTIONAL 1. 1A | ☐ 24 x 24 | ☐ 24 x 24 | ☐ 24 x 36 | ☐ 12 x 12 | ☐ 8 x 24 |
| ☐ 1.1A 50-55 MPH | ☐ 18 x 18 | ☐ 18 x18 | ☐ 18 x 28½ | ☐ 8 x 8 | ☐ 6 x 18 |
| ☐ 2  35-45 MPH | ☐ 12 x 12 | ☐ 12 x 12 | ☐ 12 x 18½ | | ☐ 4 x 12 |
| | | | | ☐ 4 x 4 | ☐ 3 x 8 |
| **PEDESTRIAN SIGNS** ☒ 4 | ☒ 8 x 8 | ☐ 8 x 8 | | | ☐ 3 x 6 |
| ☐ 5 | ☐ 6 x 6 | ☐ 6 x 6 | | | |
| ☐ 5A | | | | | |

BACKING PANEL

☐ .080 ALUMINUM          ☐ .135" FRP PANEL
☒ ¾" HDO EXT APA         ☐ FACE SHEETING ONLY

| RECREATIONAL SYMBOL NO. RS ___ **068** ___ | PROHIBITIVE SLASH ☐ YES ☒ NO | FOR USE ON ANOTHER SIGN ☐ YES ☒ NO | INVENTORY NO. (OPTIONAL) _____ |
|---|---|---|---|

**ARROW**   DIRECTION   ☐ ⇧      ☐ ⬈

**TEXT**   WORDING:

WORDING INCLUDES: DISTANCES AND PROHIBITIVE TEXT. TEXT TO EXPLAIN THE SYMBOL SHOULD NOT BE USED.

**SECONDARY SYMBOL**   SECONDARY SYMBOL PLATE   ☐ YES   ☒ NO     RECREATIONAL SYMBOL NO.   RS _____

| SPECIAL INSTRUCTIONS | NPS ESTIMATED COST |
|---|---|
| | EACH **6**⁰⁰   TOTAL **24**⁰⁰ |
| | BY **JG**   DATE **4/16/04** |
| | UNICOR COST |
| | EACH _____ TOTAL _____ |
| | BY _____ DATE _____ |

# UNITED STATES DEPARTMENT OF THE INTERIOR
# NATIONAL PARK SERVICE

| Form 10-84D (Jan 1984) | STANDARD HIGHWAY TRAFFIC SIGN REQUISITION | | | PAGE _____ OF _____ |
|---|---|---|---|---|

| Purchase Order No. | UNICOR Job No. | NPS Area |
|---|---|---|

For Assistance Contact
Regional Sign Coordinator _____     Phone No. _____

| ITEM | STANDARD ORDER CODE | SIZE | MUTCD/REMARKS CODE | QUAN | PRICE | |
|---|---|---|---|---|---|---|
| | | | | | EACH | TOTAL |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

7-16

## UNITED STATES DEPARTMENT OF THE INTERIOR
## NATIONAL PARK SERVICE

| Form 10-84D (Jan 1984) | STANDARD HIGHWAY TRAFFIC SIGN REQUISITION | | | | PAGE **6** OF **8** | | |
|---|---|---|---|---|---|---|---|
| Purchase Order No. PX 7120 3 0025 | UNICOR Job No. | | NPS Area Bandelier Nat'l Monument | | | | |
| For Assistance Contact Regional Sign Coordinator | Jack Galloway | | | | Phone No. 988-6368 | | |

| ITEM | STANDARD ORDER CODE | SIZE | MUTCD/REMARKS CODE | QUAN | PRICE | |
|---|---|---|---|---|---|---|
| | | | | | EACH | TOTAL |
| 1 | R2-1 | 18"x24" | Speed Limit 25 FP-85-Type III | 6 | 30.30 | 181.80 |
| 2 | R2-1 | 18"x24" | Speed Limit 35 FP-85-Type III | 3 | 30.30 | 90.90 |
| 3 | R2-1 | 30"x30" | Yield FP-85 - Type III | 3 | 41.70 | 125.10 |
| 4 | R1-1 | 24"x24" | Stop FP-85 - Type III | 8 | 40.25 | 322.00 |
| 5 | R4-7a | 18"x24" | Keep Right FP-85 - Type III | 8 | 30.30 | 242.40 |
| | | | | | | 962.20 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

| Form 1O-84E (Jan 1984) | CUSTOM HIGHWAY TRAFFIC SIGN REQUISITION | | | | PAGE _____ OF _____ | | | |
|---|---|---|---|---|---|---|---|---|
| **Purchase Order No.** | | **UNICOR Job No.** | | | **NPS Area** | | | |
| For Assistance Contact Regional Sign Coordinator _____ | | | | | | Phone No. _____ | | |
| ITEM | SIZE | LETTER SIZE BY LINE | LEGEND BY LINE | | COLORS/ REMARKS | QUAN | PRICE | |
| | | | | | | | EACH | TOTAL |
| | | | | | | | | |

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

| Form 10-84E (Jan 1984) | CUSTOM HIGHWAY TRAFFIC SIGN REQUISITION | | | | PAGE 7 OF 8 | | |
|---|---|---|---|---|---|---|---|
| Purchase Order No. PX 7120 3 0025 | | UNICOR Job No. | | NPS Area Bandelier Nat'l Mon. | | | |
| For Assistance Contact Regional Sign Coordinator | Jack Galloway | | | | Phone No. 988-6368 | | |
| ITEM | SIZE | LETTER SIZE BY LINE | LEGEND BY LINE | COLORS/ REMARKS | QUAN | PRICE EACH | TOTAL |
| 1 | 24" x 24" | 4" | CAUTION ROAD ENDS 1000 FT. | Black on Yellow  Sign No. 00081  Engineering Grade Reflective, letters, border, and Background  3/4" HDO Backing | 3 | 60.00 | 180.00 |

7-19

# UNITED STATES DEPARTMENT OF THE INTERIOR
## NATIONAL PARK SERVICE

| FORM 1084F | CUSTOM HIGHWAY TRAFFIC SIGN REQUISITION | | PAGE _____ OF _____ .PAGES |
|---|---|---|---|
| PURCHASE ORDER NO. | UNICOR JOB NO. | QUANTITY | INVENTORY NO. (OPTIONAL) |

FOR ASSISTANCE CONTACT
REGIONAL SIGN COORDINATOR: _____ PHONE NO. _____

**ENGINEERING STANDARD LETTER SIZE**

☐ 2''  ☐ 5''  ☐ 8'' .
☐ 3''  ☐ 6''  ☐
☐ 4''  ☐ 7''  ☐

**RECREATIONAL SYMBOLS**

| RS | RS | RS | RS |
|---|---|---|---|

ATTACH FORM 1084C FOR EACH REQUIRED

**LOCATION DATA**

AREA: _____

UNIT: _____

SIGN NO: _____

**BACKING PANEL**
☐ .080 ALUMINUM
☐ ¼'' HDO EXT APA
☐ .135'' FRP PANEL

**ALUMINUM ZEE BACKING STIFFENERS**
☐ YES
☐ NO

**REFLECTIVITY:**
☐ ENGINEERING GRADE (FP. 85-TYPE II)
☐ HIGH INTENSITY (FP. 85-TYPE III)

**COLORS:**

SIGN EXAMPLE

**SPECIAL INSTRUCTIONS**

**ESTIMATED PER SIGN COST**

| ITEM | QTY | UNIT COST | COST |
|---|---|---|---|
| SQUARE FOOTAGE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | |

**UNICOR USE - COST**

EACH _____  TOTAL _____

BY _____  DATE _____

**NPS USE - ESTIMATED COST**

EACH _____  TOTAL _____

BY _____  DATE _____

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

| FORM 1084F | CUSTOM HIGHWAY TRAFFIC SIGN REQUISITION | | | | PAGE __8__ OF __8__ PAGES |
|---|---|---|---|---|---|

| PURCHASE ORDER NO. PX 7120 3 0025 | UNICOR JOB NO. | QUANTITY 2 | INVENTORY NO. (OPTIONAL) |
|---|---|---|---|

FOR ASSISTANCE CONTACT
REGIONAL SIGN COORDINATOR.    *Jack Galloway*

PHONE NO. 980-6368

**ENGINEERING STANDARD LETTER SIZE**

☐ 2"   ☐ 5"   ☐ 8"
☐ 3"   ☒ 6"
☒ 4"   ☐ 7"

**RECREATIONAL SYMBOLS**

| RS | RS | RS | RS |
|---|---|---|---|

ATTACH FORM 1084C FOR EACH REQUIRED

**LOCATION DATA**
AREA: *Bandelier Nat'l Mon.*
UNIT: *U.S. HWY 4*
SIGN NO: __00051__

**BACKING PANEL**

☐ .080 ALUMINUM
☒ ¼" HDO EXT APA

**ALUMINUM ZEE BACKING STIFFENERS**

☐ YES
☒ NO

**REFLECTIVITY:**

☐ NON REFLECTIVE
☒ ENGINEERING GRADE
☐ HIGH INTENSITY

**COLORS:**
*White on Brown*

**SIGN EXAMPLE**

RIVER PERMITS
2 MILES AHEAD
BANDELIER NATIONAL MONUMENT

4
6
3
4
4
4
4

29"

4    54"    4
62"

**SPECIAL INSTRUCTIONS**

1. *Apply standard border.*
2. *Adjust horizontal dimension if required for legend text.*

**ESTIMATED PER SIGN COST**

| ITEM | QTY | UNIT COST | COST |
|---|---|---|---|
| SQUARE FOOTAGE | 4 | 4.20 | 16.80 |
| 6" letters | 12 | 1.00 | 12.00 |
| 4" letters | 36 | 1.50 | 54.00 |
| set up | | | 35.10 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | 117.90 |

| UNICOR USE · COST | | NPS USE · ESTIMATED COST |
|---|---|---|
| EACH _____ TOTAL _____ | | EACH $117.90   TOTAL $235.80 |
| BY _____ DATE _____ | | BY JG   DATE 4/16/84 |

DI-1A
REV. JAN 84

Page_____of_____pages

Bureau_____

Bureau No._____

**REQUISITION**
(Continuation Sheet)

| ITEM OR FORM NO. | DESCRIPTION | QUAN | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

TABLE 7-1
SIGN PROCUREMENT PROCESS



1. Origination of signing request from visitor, staff, or others.

2. Review of request by Area Sign Committee and approved or rejected.

3. Preparation of sign requisition, signed by Area Sign Coordinator and Superintendent, forwarded to Regional Sign Coordinator.

4. Regional Sign Coordinator reviews design, layout, sizing; makes necessary revisions, cost estimates as needed, and approves or disapproves the sign order.

5. Sign order processed through Region or Area to UNICOR.

6. UNICOR prepares quotation if requested, or order acknowledgement with copy to Regional Sign Coordinator.

7. UNICOR manufactures signs and ships to desired location. Copy of shipping order sent to Regional Sign Coordinator.

8. Area inspects signs and acknowledges receipt of order to Regional Sign Coordinator with result of inspection.

9. Regional Sign Coordinator coordinates correction of any problems.

10. Sign is installed.

for revision

for revision

7-23

TABLE 7-2

SIGN REQUISITION FORM USAGE

| Sign Type and Related Materials | Form | Remarks |
|---|---|---|
| Regulatory, Warning and Construction Signs | 10-84D | For standard signs only as shown in the MUTCD or STD. HWY SIGN Book. |
| | 10-84E | For custom traffic control signs not found above. |
| Guide Informational Signs | 10-84A | For signs using NPS modified clarendon lettering. Each sign on separate sheet; recreational symbol signs on separate form. |
| | 10-84F | For custom highway guide signs not using NPS Modified Clarendon lettering. |
| Pedestrian Signs | 10-84B | Each sign on separate sheet, includes signs using Engineering Standard letters and routed signs. |
| Federal Recreation Symbols | 10-84C | Each symbol on separate sheet. |
| Standard Entrance Signs | 10-84A | Entrance signs using die-cut NPS Modified Clarandon letters. |
| Interpretive Signs | DI-1 | Signs not designed using this Manual shall be ordered on Form DI-1 through Harpers Ferry Center. |
| NPS Arrowhead Emblem | DI-1 | Includes silk screened and wood routed arrowheads. |
| Steel Stanchions | DI-1 | Breakaway posts required when erected within 30' of roadway unless protected. |
| Wood Stanchions | DI-1 | Must meet requirements of this Manual for breakaway design. |

TABLE 7-2

SIGN REQUISITION FORM USAGE CON'T

| Sign Type and Related Materials | Form | Remarks |
|---|---|---|
| Letters | DI-1 | Die-cut letters for repair of existing signs. UNICOR carries supply. |
| Paint | DI-1 | For repairing signs, painting sign backs or stanchions. UNICOR carries supply. |
| Sign Repair Kits | DI-1 | UNICOR stocks various materials, and kits are available for field repair of various types of signs. |
| All sign orders | DI-1 and 10-84 | Both forms must accompany all sign orders. |
| NPS Protection and Regulation Signs | DI-1 | For standard 10-Series signs only, as shown in Chapter 4. |

TABLE 7-3

DESCRIPTION OF SIGNING MATERIALS

| Materials | Advantages/ Disadvantages | Required Maintenance |
|---|---|---|
| 1  Reflective Sheeting on HDO Plywood | Reflective sheeting lasts longer on plywood than aluminum. Difficult to repair bullet holes. | Washing as per maintenance guidelines. Edge band top for snow protection. |
| 2  Reflective Sheeting on Aluminum Plate | Aluminum plate lasts longer than plywood; also can be recycled. | Washing as per maintenance guidelines Edge band top for snow protection. |
| 3  Reflective Sheeting on RP/C backing (polyplate) | Integral color. Bullet holes simpler to repair. New material but appears to have good features. | Washing as per maintenance guidelines. Edge band top for snow protection. |
| 4  Paint on HDO Plywood | HDO surface must be sanded before painting. Paint deteriorates, peels and repair is labor intensive. | Scraping and painting as needed. |
| 5  Paint on Aluminum Plate | Same as 3 above but more difficult to repair. | |
| 6  Paint on Wood | Same as 3 above. | |
| 7  Weathering Steel Stanchions 2'' x 2'' 2½'' x 4'' 4'' x 6'' | Small supplies difficult to find. Require little maintenance. Holds sign better than wood. Rust streaks will form around base over time. Complicated breakaway installation. | Periodic structural stabilizing required. |
| 8  Wood Stanchions | Supplies easier to find. Less expensive. More maintenance required. Shorter life than steel or aluminum. Best if pressure treated; untreated tend to rot at base. | Periodic staining or painting and bolt tightening (may be left natural). |

7-26

TABLE 7-3

DESCRIPTION OF SIGNING MATERIALS CON'T

| Materials | Advantages/ Disadvantages | Required Maintenance |
|---|---|---|
| 9  U-Channel Steel Stanchions | Less expensive than other metal posts. May be bent over by vandals or heavy snow-plowing. Has precut mounting holes. | Periodic painting. Inspection of base coupling. |
| 10  Square perforated steel tubing 2'' x 2'' | Stronger than U-Channel. Has precut mounting holes on four sides. | Periodic staining or painting and bolt tightening (may be left natural). |
| 11  Aluminum Backing Stiffeners | Superior to wood. | If painted will require scraping and repainting. |
| 12  Hardware for Sign mounting (bolt, 2 washers and nut) | Vandal proof is superior to standard. Zinc chromate plated steel minimizes rusting. | Periodic inspection. |
| 13  Modified Clarendon letter, Die-Cut 1½'' uc 2¼'' uc 3¾'' uc 6'' uc 9'' uc | Die-cut require less maintenance than routed letters. Replacements available. | Periodic washing, inspection and replace-ment. |
| 14  Natural wood sealer | Attractive on native woods | Periodic inspection. |
| 15  Wood stain | Do not use on HDO plywood. Color selection critical. Less maintenance than paint | Periodic inspection. |
| 16  Wood routed 1½'' uc 2¼'' uc 3 x ¾'' uc 6'' uc 9'' uc | 1½'' minimum size for Mod Clarendon text feasible on wood. 1'' available for Engineering standard letters on HDO Plywood. | Periodic inspection. |