## Section 1A.13 Definitions of Words and Phrases in This Manual

**Standard:**

Unless otherwise defined herein, or in the other Parts of this Manual, definitions contained in the most recent edition of the "Uniform Vehicle Code," "AASHTO Transportation Glossary (Highway Definitions)," and other publications specified in Section 1A.11 are also incorporated and adopted by reference.

The following words and phrases, when used in this Manual, shall have the following meanings:

1. **Active Grade Crossing Warning System**—the flashing-light signals, with or without warning gates, together with the necessary control equipment used to inform road users of the approach or presence of trains at highway-rail or highway-light rail transit grade crossings.
2. **Approach**—all lanes of traffic moving towards an intersection or a midblock location from one direction, including any adjacent parking lane(s).
3. **Arterial Highway (Street)**—a general term denoting a highway primarily used by through traffic, usually on a continuous route or a highway designated as part of an arterial system.
4. **Average Day**—a day representing traffic volumes normally and repeatedly found at a location. Where volumes are primarily influenced by employment, the average day is typically a weekday. When volumes are primarily influenced by entertainment or recreation, the average day is typically a weekend day.
5. **Beacon**—a highway traffic signal with one or more signal sections that operates in a flashing mode.
6. **Bicycle**—a pedal-powered vehicle upon which the human operator sits.
7. **Bicycle Lane**—a portion of a roadway that has been designated by signs and pavement markings for preferential or exclusive use by bicyclists.
8. **Centerline Markings**—the yellow pavement marking line(s) that delineates the separation of traffic lanes that have opposite directions of travel on a roadway. These markings need not be at the geometrical center of the pavement.
9. **Changeable Message Sign**—a sign that is capable of displaying more than one message, changeable manually, by remote control, or by automatic control. These signs are referred to as Dynamic Message Signs in the National Intelligent Transportation Systems (ITS) Architecture.
10. **Channelizing Line Marking**—a wide or double solid white line used to form islands where traffic in the same direction of travel is permitted on both sides of the island.
11. **Circular Intersection**—an intersection that has an island, generally circular in design, located in the center of the intersection where traffic passes to the right of the island. Circular intersections include roundabouts, rotaries, and traffic circles.
12. **Clear Zone**—the total roadside border area, starting at the edge of the traveled way, that is available for an errant driver to stop or regain control of a vehicle. This area might consist of a shoulder, a recoverable slope, and/or a nonrecoverable, traversable slope with a clear run-out area at its toe.
13. **Concurrent Flow HOV Lane**—an HOV lane that is operated in the same direction as the adjacent mixed flow lanes, separated from the adjacent general purpose freeway lanes by a standard lane stripe, painted buffer, or barrier.
14. **Contraflow Lane**—a lane operating in a direction opposite to the normal flow of traffic designated for peak direction of travel during at least a portion of the day. Contraflow lanes are usually separated from the off-peak direction lanes by plastic pylons, or by moveable or permanent barrier.
15. **Conventional Road**—a street or highway other than a low-volume road (as defined in Section 5A.01), expressway, or freeway.
16. **Collector Highway**—a term denoting a highway that in rural areas connects small towns and local highways to arterial highways, and in urban areas provides land access and traffic circulation within residential, commercial, and business areas and connects local highways to the arterial highways.
17. **Crashworthy**—a characteristic of a roadside appurtenance that has been successfully crash tested in accordance with a national standard such as the National Cooperative Highway Research Program Report 350, "Recommended Procedures for the Safety Performance Evaluation of Highway Features."

**DIONNE DECLARATION
EX. C**

18. Crosswalk—(a) that part of a roadway at an intersection included within the connections of the lateral lines of the sidewalks on opposite sides of the highway measured from the curbs or in the absence of curbs, from the edges of the traversable roadway, and in the absence of a sidewalk on one side of the roadway, the part of a roadway included within the extension of the lateral lines of the sidewalk at right angles to the centerline; (b) any portion of a roadway at an intersection or elsewhere distinctly indicated as a pedestrian crossing by lines on the surface, which may be supplemented by contrasting pavement texture, style, or color.

19. Crosswalk Lines—white pavement marking lines that identify a crosswalk.

20. Delineator—a retroreflective device mounted on the roadway surface or at the side of the roadway in a series to indicate the alignment of the roadway, especially at night or in adverse weather.

21. Detectable—having a continuous edge within 150 mm (6 in) of the surface so that pedestrians who have visual disabilities can sense its presence and receive usable guidance information.

22. Dynamic Envelope—the clearance required for the train and its cargo overhang due to any combination of loading, lateral motion, or suspension failure.

23. Edge Line Markings—white or yellow pavement marking lines that delineate the right or left edge(s) of a traveled way.

24. End-of-Roadway Marker—a device used to warn and alert road users of the end of a roadway in other than temporary traffic control zones.

25. Engineering Judgment—the evaluation of available pertinent information, and the application of appropriate principles, Standards, Guidance, and practices as contained in this Manual and other sources, for the purpose of deciding upon the applicability, design, operation, or installation of a traffic control device. Engineering judgment shall be exercised by an engineer, or by an individual working under the supervision of an engineer, through the application of procedures and criteria established by the engineer. Documentation of engineering judgment is not required.

26. Engineering Study—the comprehensive analysis and evaluation of available pertinent information, and the application of appropriate principles, Standards, Guidance, and practices as contained in this Manual and other sources, for the purpose of deciding upon the applicability, design, operation, or installation of a traffic control device. An engineering study shall be performed by an engineer, or by an individual working under the supervision of an engineer, through the application of procedures and criteria established by the engineer. An engineering study shall be documented.

27. Expressway—a divided highway with partial control of access.

28. Flashing—an operation in which a signal indication is turned on and off repetitively.

29. Freeway—a divided highway with full control of access.

30. Guide Sign—a sign that shows route designations, destinations, directions, distances, services, points of interest, or other geographical, recreational, or cultural information.

31. High Occupancy Vehicle (HOV)—a motor vehicle carrying at least two or more persons, including carpools, vanpools, and buses.

32. Highway—a general term for denoting a public way for purposes of travel by vehicular travel, including the entire area within the right-of-way.

33. Highway-Rail Grade Crossing—the general area where a highway and a railroad's right-of-way cross at the same level, within which are included the railroad tracks, highway, and traffic control devices for highway traffic traversing that area.

34. Highway Traffic Signal—a power-operated traffic control device by which traffic is warned or directed to take some specific action. These devices do not include signals at toll plazas, power-operated signs, illuminated pavement markers, warning lights (see Section 6F.78), or steady burning electric lamps.

35. HOV Lane—any preferential lane designated for exclusive use by high-occupancy vehicles for all or part of a day—including a designated lane on a freeway, other highway, street, or independent roadway on a separate right-of-way.

36. Inherently Low Emission Vehicle (ILEV)—any kind of vehicle that is certified by the U.S. Environmental Protection Agency and that because of inherent properties of the fuel system design, will not have significant evaporative emissions, even if its evaporative emission control system has failed.

37. Interchange—a system of interconnecting roadways providing for traffic movement between two or more highways that do not intersect at grade.

38. Intermediate Interchange—an interchange with an urban or rural route that is not a major or minor interchange as defined herein.

39. **Intersection**—(a) the area embraced within the prolongation or connection of the lateral curb lines, or if none, the lateral boundary lines of the roadways of two highways that join one another at, or approximately at, right angles, or the area within which vehicles traveling on different highways that join at any other angle might come into conflict; (b) the junction of an alley or driveway with a roadway or highway shall not constitute an intersection.

40. **Island**—a defined area between traffic lanes for control of vehicular movements or for pedestrian refuge. It includes all end protection and approach treatments. Within an intersection area, a median or an outer separation is considered to be an island.

41. **Lane Line Markings**—white pavement marking lines that delineate the separation of traffic lanes that have the same direction of travel on a roadway.

42. **Lane-Use Control Signal**—a signal face displaying indications to permit or prohibit the use of specific lanes of a roadway or to indicate the impending prohibition of such use.

43. **Legend**—see Sign Legend.

44. **Logo**—a distinctive emblem, symbol, or trademark that identifies a product or service.

45. **Longitudinal Markings**—pavement markings that are generally placed parallel and adjacent to the flow of traffic such as lane lines, centerlines, edge lines, channelizing lines, and others.

46. **Major Interchange**—an interchange with another freeway or expressway, or an interchange with a high-volume multi-lane highway, principal urban arterial, or major rural route where the interchanging traffic is heavy or includes many road users unfamiliar with the area.

47. **Major Street**—the street normally carrying the higher volume of vehicular traffic.

48. **Median**—the area between two roadways of a divided highway measured from edge of traveled way to edge of traveled way. The median excludes turn lanes. The median width might be different between intersections, interchanges, and at opposite approaches of the same intersection.

49. **Minor Interchange**—an interchange where traffic is local and very light, such as interchanges with land service access roads. Where the sum of the exit volumes is estimated to be lower than 100 vehicles per day in the design year, the interchange is classified as local.

50. **Minor Street**—the street normally carrying the lower volume of vehicular traffic.

51. **Object Marker**—a device used to mark obstructions within or adjacent to the roadway.

52. **Occupancy Requirement**—any restriction that regulates the use of a facility for any period of the day based on a specified number of persons in a vehicle.

53. **Occupant**—a person driving or riding in a car, truck, bus, or other vehicle.

54. **Paved**—a bituminous surface treatment, mixed bituminous concrete, or Portland cement concrete roadway surface that has both a structural (weight bearing) and a sealing purpose for the roadway.

55. **Pedestrian**—a person afoot, in a wheelchair, on skates, or on a skateboard.

56. **Pedestrian Facilities**—a general term denoting improvements and provisions made to accommodate or encourage walking.

57. **Platoon**—a group of vehicles or pedestrians traveling together as a group, either voluntarily or involuntarily, because of traffic signal controls, geometrics, or other factors.

58. **Principal Legend**—place names, street names, and route numbers placed on guide signs.

59. **Public Road**—any road or street under the jurisdiction of and maintained by a public agency and open to public travel.

60. **Raised Pavement Marker**—a device with a height of at least 10 mm (0.4 in) mounted on or in a road surface that is intended to be used as a positioning guide or to supplement or substitute for pavement markings or to mark the position of a fire hydrant.

61. **Regulatory Sign**—a sign that gives notice to road users of traffic laws or regulations.

62. **Retroreflectivity**—a property of a surface that allows a large portion of the light coming from a point source to be returned directly back to a point near its origin.

63. **Right-of-Way [Assignment]**—the permitting of vehicles and/or pedestrians to proceed in a lawful manner in preference to other vehicles or pedestrians by the display of sign or signal indications.

64. **Road**—see Roadway.

65. **Roadway**—that portion of a highway improved, designed, or ordinarily used for vehicular travel and parking lanes, but exclusive of the sidewalk, berm, or shoulder even though such sidewalk, berm, or shoulder is used by persons riding bicycles or other human-powered vehicles. In the event a highway includes two or more separate roadways, the term roadway as used herein shall refer to any such roadway separately, but not to all such roadways collectively.

66. **Roadway Network**—a geographical arrangement of intersecting roadways.

67. **Road User**—a vehicle operator, bicyclist, or pedestrian within the highway, including persons with disabilities.

Case 1:05-cv-01421-PLF    Document 24-52    Filed 09/07/2007    Page 5 of 11

# CHAPTER 3C.  OBJECT MARKERS

## Section 3C.01  Object Marker Design and Placement Height

Support:

Object markers are used to mark obstructions within or adjacent to the roadway.

Standard:

**When used, object markers (see Figure 3C-1) shall consist of an arrangement of one or more of the following types:**

**Type 1—either a marker consisting of nine yellow retroreflectors, each with a minimum diameter of 75 mm (3 in), mounted symmetrically on a yellow (OM1-1) or black (OM1-2) diamond panel 450 mm (18 in) or more on a side; or on an all-yellow retroreflective diamond panel (OM1-3) of the same size.**

**Type 2—either a marker (OM2-1V or OM2-1H) consisting of three yellow retroreflectors, each with a minimum diameter of 75 mm (3 in), arranged either horizontally or vertically on a white panel measuring at least 150 x 300 mm (6 x 12 in); or on an all-yellow horizontal or vertical retroreflective panel (OM2-2V or OM2-2H), measuring at least 150 x 300 mm (6 x 12 in).**

**Type 3—a striped marker, 300 x 900 mm (12 x 36 in), consisting of a vertical rectangle with alternating black and retroreflective yellow stripes sloping downward at an angle of 45 degrees toward the side of the obstruction on which traffic is to pass.  The minimum width of the yellow and black stripes shall be 75 mm (3 in).**

Support:

A better appearance can be achieved if the black stripes are wider than the yellow stripes.

Type 3 object markers with stripes that begin at the upper right side and slope downward to the lower left side are designated as right object markers (OM-3R).  Object markers with stripes that begin at the upper left side and slope downward to the lower right side are designated as left object markers (OM-3L).

Guidance:

When used for marking objects in the roadway or objects that are 2.4 m (8 ft) or less from the shoulder or curb, the mounting height to the bottom of the object marker should be at least 1.2 m (4 ft) above the surface of the nearest traffic lane.

When used to mark objects more than 2.4 m (8 ft) from the shoulder or curb, the mounting height to the bottom of the object marker should be at least 1.2 m (4 ft) above the ground.

Option:

When object markers or markings are applied to an object that by its nature requires a lower or higher mounting, the vertical mounting height may vary according to need.

## Section 3C.02  Markings for Objects in the Roadway

Standard:

**Obstructions within the roadway shall be marked with a Type 1 or Type 3 object marker.  In addition to markers on the face of the obstruction, warning of approach to the obstruction shall be given by appropriate pavement markings (see Section 3B.10).**

Option:

To provide additional emphasis, large surfaces such as bridge piers may be painted with diagonal stripes, 300 mm (12 in) or greater in width, similar in design to the Type 3 object marker.

Standard:

**The alternating black and retroreflective yellow stripes (OM-3L, OM-3R) shall be sloped down at an angle of 45 degrees toward the side on which traffic is to pass the obstruction.  If traffic can pass to either side of the obstruction, the alternating black and retroreflective yellow stripes (OM-3C) shall form chevrons that point upwards.**

Option:

Appropriate signs (see Sections 2B.33 and 2C.20) directing traffic to one or both sides of the obstruction may be used instead of the object marker.

## Figure 3C-1.  Object Markers and End-of-Roadway Markers

### Type 1 Object Markers



OM1-1              OM1-2              OM1-3

### Type 2 Object Markers



OM2-1V        OM2-2V        OM2-1H        OM2-2H

### Type 3 Object Markers



OM-3L              OM-3C              OM-3R

### End-of-Roadway Markers



OM4-1              OM4-2              OM4-3

Case 1:05-cv-01421-PLF    Document 24-52    Filed 09/07/2007    Page 7 of 11

## Section 3C.03  Markings for Objects Adjacent to the Roadway

Support:

Objects not actually in the roadway are sometimes so close to the edge of the road that they need a marker. These include underpass piers, bridge abutments, handrails, and culvert headwalls. In other cases there might not be a physical object involved, but other roadside conditions exist, such as narrow shoulders, drop-offs, gores, small islands, and abrupt changes in the roadway alignment, that might make it undesirable for a road user to leave the roadway, and therefore would create a need for a marker.

Option:

Type 2 or Type 3 object markers may be used at locations such as those described in the preceding Support paragraph.

**Standard:**

**If used, the inside edge of the marker shall be in line with the inner edge of the obstruction.**

Guidance:

Standard warning signs (see Chapter 2C) should also be used where applicable.

## Section 3C.04  End-of-Roadway Markers

Support:

The end-of-roadway marker is used to warn and alert road users of the end of a roadway in other than construction or maintenance areas.

**Standard:**

**The end-of-roadway marker (see Figure 3C-1) shall be one of the following: a marker consisting of nine red retroreflectors, each with a minimum diameter of 75 mm (3 in), mounted symmetrically on a red (OM4-1) or black (OM4-2) diamond panel 450 mm (18 in) or more on a side; or a retroreflective red diamond panel (OM4-3) 450 mm (18 in) or more on a side.**

Option:

The end-of-roadway marker may be used in instances where there are no alternate vehicular paths.

Where conditions warrant, more than one marker, or a larger marker with or without a Type III barricade (see Section 3F.01), may be used at the end of the roadway.

**Standard:**

**The minimum mounting height to the bottom of an end-of-roadway marker shall be 1.2 m (4 ft) above the edge of the pavement.**

Guidance:

Appropriate advance warning signs (see Chapter 2C) should be used.

# CHAPTER 2C.  WARNING SIGNS

## Section 2C.01  Function of Warning Signs

**Support:**

Warning signs call attention to unexpected conditions on or adjacent to a highway or street and to situations that might not be readily apparent to road users.  Warning signs alert road users to conditions that might call for a reduction of speed or an action in the interest of safety and efficient traffic operations.

## Section 2C.02  Application of Warning Signs

**Standard:**

**The use of warning signs shall be based on an engineering study or on engineering judgment.**

Guidance:

The use of warning signs should be kept to a minimum as the unnecessary use of warning signs tends to breed disrespect for all signs.  In situations where the condition or activity is seasonal or temporary, the warning sign should be removed or covered when the condition or activity does not exist.

Support:

The categories of warning signs are shown in Table 2C-1.

Warning signs specified herein cover most of the conditions that are likely to be encountered.  Additional warning signs for low-volume roads (as defined in Section 5A.01), temporary traffic control zones, school areas, highway-rail grade crossings, bicycle facilities, and highway-light rail transit grade crossings are discussed in Parts 5 through 10, respectively.

Option:

Word message warning signs other than those specified in this Manual may be developed and installed by State and local highway agencies.

## Section 2C.03  Design of Warning Signs

**Standard:**

**All warning signs shall be diamond-shaped (square with one diagonal vertical) with a black legend and border on a yellow background unless specifically designated otherwise.  Warning signs shall be designed in accordance with the sizes, shapes, colors, and legends contained in the "Standard Highway Signs" book (see Section 1A.11).**

Option:

Warning signs regarding conditions associated with pedestrians, bicyclists, playgrounds, school buses, and schools may have a black legend and border on a yellow background or a black legend and border on a fluorescent yellow-green background.

## Section 2C.04  Size of Warning Signs

**Standard:**

**The sizes for warning signs shall be as shown in Table 2C-2.**

Guidance:

The Conventional Road size should be used on conventional roads.

The Freeway and Expressway sizes should be used for higher-speed applications to provide larger signs for increased visibility and recognition.

Option:

The Minimum size may be used on low-speed roadways where the reduced legend size would be adequate for the warning or where physical conditions preclude the use of the other sizes.

Oversized signs and larger sizes may be used for those special applications where speed, volume, or other factors result in conditions where increased emphasis, improved recognition, or increased legibility would be desirable.

**Standard:**

**The minimum size for supplemental warning plaques shall be as shown in Table 2C-3.**

Option:

Signs larger than those shown in Tables 2C-2 and 2C-3 may be used (see Section 2A.12).

## Table 2C-1. Categories of Warning Signs

| Category | Group | Section | Signs | MUTCD Codes |
|---|---|---|---|---|
| Roadway Related | Changes in Horizontal Alignment | 2C.06 | Turn, Curve, Reverse Turn, Reverse Curve, Winding Road, Hairpin Curve, 270-Degree Curve | W1-1 through W1-5, W1-11, W1-15 |
| | | 2C.07 | Combination Horizontal Alignment/Advisory Speed | W1-1a, W1-2a |
| | | 2C.08 | Combination Horizontal Alignment/Intersection | W1-10 |
| | | 2C.09 | Large Arrow (one direction) | W1-6 |
| | | 2C.10 | Chevron Alignment | W1-8 |
| | | 2C.11 | Truck Rollover | W1-13 |
| | Vertical Alignment | 2C.12 | Hill | W7-1, W7-1a, W7-1b |
| | | 2C.13 | Truck Escape Ramp | W7-4, W7-4a |
| | | 2C.14 | Hill Blocks View | W7-6 |
| | Cross Section | 2C.15 | Road Narrows | W5-1 |
| | | 2C.16-17 | Narrow Bridge, One Lane Bridge | W5-2, W5-3 |
| | | 2C.18-20 | Divided Road, Divided Road Ends, Double Arrow | W6-1, W6-2, W12-1 |
| | | 2C.21 | Dead End, No Outlet | W14-1, W14-1a, W14-2, W14-2a |
| | | 2C.22 | Low Clearance | W12-2, W12-2p |
| | Roadway Surface Condition | 2C.23-24 | Bump, Dip, Speed Hump | W8-1, W8-2, W17-1 |
| | | 2C.25 | Pavement Ends | W8-3 |
| | | 2C.26 | Shoulder | W8-4, W8-9, W8-9a |
| | | 2C.27 | Slippery When Wet | W8-5 |
| | | 2C.28 | Bridge Ices Before Road | W8-13 |
| Traffic Related | Advance Traffic Control | 2C.29-30 | Stop Ahead, Yield Ahead, Signal Ahead, Be Prepared To Stop, Speed Reduction | W3-1, W3-2, W3-3, W3-4, W3-5, W3-5a |
| | Traffic Flow | 2C.31-35 | Merge, Lane Ends, Added Lane, Two-Way Traffic, Right Lane Ends, Lane Ends Merge Left, No Passing Zone | W4-1, W4-2, W4-3, W4-5, W4-6, W6-3, W9-1, W9-2, W14-3 |
| | Change in Speed | 2C.36 | Advisory Speed | W13-2, W13-3, W13-5 |
| | Intersections | 2C.37 | Cross Road, Side Road, T, Y, and Circular Intersection | W2-1 through W2-6 |
| | | 2C.38 | Large Arrow (two directions) | W1-7 |
| | | 2C.39 | Oncoming Extended Green | W25-1, W25-2 |
| | Vehicular Traffic | 2C.40 | Truck Crossing, Truck (symbol), Emergency Vehicle, Tractor, Bicycle, Golf Cart, Horse-Drawn Vehicle | W8-6, W11-1, W11-5, W11-5a, W11-8, W11-10, W11-11, W11-12p, W11-14 |
| | Nonvehicular | 2C.41-42 | Pedestrian, Deer, Cattle, Snowmobile, Horse, Wheelchair, Playground | W11-2, W11-3, W11-4, W11-6, W11-7, W11-9, W15-1 |
| Supplemental Plaques | Distance | 2C.45 | XX Feet, XX Miles, Next XX Feet, Next XX MI | W16-2, W16-3, W16-4, W7-3a |
| | Speed | 2C.46 | Advisory Speed | W13-1 |
| | Arrow | 2C.47 | Advance Arrow, Directional Arrow, Diagonal Arrow | W16-5p, W16-6p, W16-7p |
| | Hill-Related | 2C.48 | Trucks Use Low Gear, X% Grade | W7-2, W7-3 |
| | Street Name Plaque | 2C.49 | Advance Street Name | W16-8 |
| | Intersection | 2C.50 | Cross Traffic Does Not Stop | W4-4p |
| | Share The Road | 2C.51 | Share The Road | W16-1 |
| | HOV | 2C.52 | High-Occupancy Vehicle | W16-11 |
| | Photo Enforced | 2C.53 | Photo Enforced | W16-10 |
| | Traffic Circle | 2C.37 | Traffic Circle | W16-12p |

## Table 2C-2. Warning Sign Sizes

| Description | | Conventional Road | Express-way | Freeway | Minimum | Oversized |
|---|---|---|---|---|---|---|
| Shape | Sign Series | | | | | |
| Diamond | W1, W2, W7, W8, W9, W11, W14, W15-1, W17-1 | 750 x 750 (30 x 30) | 900 x 900 (36 x 36) | 1200 x 1200 (48 x 48) | 600 x 600 (24 x 24) | ——— |
| | W1 Combination, W3, W4, W5, W6, W8-3, W10, W12 | 900 x 900 (36 x 36) | 1200 x 1200 (48 x 48) | 1200 x 1200 (48 x 48) | 750 x 750 (30 x 30) | ——— |
| Rectangular | W1 - Arrows | 1200 x 600 (48 x 24) | ——— | ——— | 900 x 450 (36 x 18) | 1500 x 750 (60 x 30) |
| | W1 - Chevron | 450 x 600 (18 x 24) | 750 x 900 (30 x 36) | 900 x1200 (36 x 48) | 300 x 450 (12 x 18) | ——— |
| | W7-4 | 1950 x 1200 (78 x 48) | 1950 x 1200 (78 x 48) | 1950 x 1200 (78 x 48) | ——— | ——— |
| | W7-4b, 4c | 1950 x 1500 (78 x 60) | 1950 x 1500 (78 x 60) | 1950 x 1500 (78 x 60) | ——— | ——— |
| | W10-9, 10 | 600 x 450 (24 x 18) | ——— | ——— | ——— | ——— |
| | W12-2p | 2100 x 600 (84 x 24) | 2100 x 600 (84 x 24) | 2100 x 600 (84 x 24) | ——— | ——— |
| | W13-2, 3, 5, W25 | 600 x 750 (24 x 30) | 900 x1200 (36 x 48) | 1200 x 1500 (48 x 60) | 600 x 750 (24 x 30) | 1200 x 1500 (48 x 60) |
| Pennant | W14-3 | 900 x 1200 x 1200 (36 x 48 x 48) | ——— | ——— | 750 x 1000 x 1000 (30 x 40 x 40) | 1200 x1600 x 1600 (48 x 64 x 64) |
| Circular | W10-1 | 900 (36) Dia. | 1200 (48) Dia. | ——— | 750 (30) Dia. | 1200 (48) Dia. |

Notes: 1. Larger signs may be used when appropriate
2. Dimensions are shown in millimeters followed by inches in parentheses and are shown as width x height

## Section 2C.05  Placement of Warning Signs

Support:

For information on placement of warning signs, see Sections 2A.16 to 2A.21.

The total time needed to perceive and complete a reaction to a sign is the sum of the times necessary for Perception, Identification (understanding), Emotion (decision making), and Volition (execution of decision), and is called the PIEV time. The PIEV time can vary from several seconds for general warning signs to 6 seconds or more for warning signs requiring high road user judgment.

Table 2C-4 lists suggested sign placement distances for two conditions. This table is provided as an aid for determining warning sign location.

### Table 2C-3. Minimum Size of Supplemental Warning Plaques

| Size of Warning Sign | Size of Supplemental Plaque | | | |
| | Rectangular | | | Square |
| | 1 Line | 2 Lines | Arrow | |
|---|---|---|---|---|
| 600 x 600 (24 x 24) 750 x 750 (30 x 30) | 600 x 300 (24 x 12) | 600 x 450 (24 x 18) | 600 x 300 (24 x 12) | 450 x 450 (18 x 18) |
| 900 x 900 (36 x 36) 1200 x 1200 (48 x 48) | 750 x 450 (30 x 18) | 750 x 600 (30 x 24) | 750 x 450 (30 x 18) | 600 x 600 (24 x 24) |

Notes: 1. Larger supplemental plaques may be used when appropriate
2. Dimensions are shown in millimeters followed by inches in parentheses and are shown as width x height

Guidance:

Warning signs should be placed so that they provide adequate PIEV time. The distances contained in Table 2C-4 are for guidance purposes and should be applied with engineering judgment. Warning signs should not be placed too far in advance of the condition, such that drivers might tend to forget the warning because of other driving distractions, especially in urban areas.

Minimum spacing between warning signs with different messages should be based on the estimated PIEV time for driver comprehension of and reaction to the second sign.

The effectiveness of the placement of warning signs should be periodically evaluated under both day and night conditions.

Option:

Warning signs that advise road users about conditions that are not related to a specific location, such as Deer Crossing or SOFT SHOULDER, may be installed in an appropriate location, based on engineering judgment, since they are not covered in Table 2C-4.

## Section 2C.06  Horizontal Alignment Signs (W1-1 through W1-5, W1-11, W1-15)

Option:

The horizontal alignment Turn (W1-1), Curve (W1-2), Reverse Turn (W1-3), Reverse Curve (W1-4), or Winding Road (W1-5) signs (see Figure 2C-1) may be used in advance of situations where the horizontal roadway alignment changes. A One-Direction Large Arrow (W1-6) sign (see Figure 2C-1 and Section 2C.09) may be used on the outside of the turn or curve.

If the change in horizontal alignment is 135 degrees or more, the Hairpin Curve (W1-11) sign (see Figure 2C-1) may be used.

If the change in horizontal alignment is approximately 270 degrees, such as on a cloverleaf interchange ramp, the 270-degree Loop (W1-15) sign (see Figure 2C-1) may be used.

Guidance:

The application of these signs should conform to Table 2C-5.

When the Hairpin Curve sign or the 270-degree Loop sign is installed, either a One-Direction Large Arrow (W1-6) sign or Chevron Alignment (W1-8) signs should be installed on the outside of the turn or curve.

Option:

An Advisory Speed (W13-1) plaque (see Section 2C.46) may be used to indicate the speed for the change in horizontal alignment. The supplemental distance plaque NEXT XX km (NEXT XX MILES) (W7-3a) may be installed below the Winding Road sign where continuous roadway curves exist (see Section 2C.45). The combination Horizontal Alignment/Advisory Speed sign (see Section 2C.07), combination Horizontal Alignment/Intersection sign (see Section 2C.08), or the Curve Speed sign (see Section 2C.36) may also be used.