

**Project Home**

**Plan Process**

**Meeting Notices**

**Links**

**Document List**

**Open For Public Comment**

The selected document is not open for comments at this time. Thank you.

📧 **Comment o**

Rock Creek Park > Reconstruction and Rehabilitation of Beach Drive and Rock Creek and Potoma Document List

**Reconstruction and Rehabilitation of Beach Drive and Rock Creek and Parkway**

**Description:** EA document
**Date Document Posted:** 02/16/2006
**Comment Period:** 02/16/2006 - 03/17/2006
**Document Content:**
**Note:** Some of the files below may be in PDF format and can be viewed using the Adobe Acrobat Rea
You may download a free copy of **Acrobat Reader** from Adobe Systems.

- **EA document**  *(1.9 MB, PDF file)*

**Disclaimer:** Links within the above document(s) were valid as of the date published.

U.S. Department of the Interior  -  **FOIA**  -  **Privacy Policy**  -  **Disclaimer and Ownership**  -  **USA.Gov**  -  **NPS Home**  -

**DIONNE DECLARATION
EX.  D**

NATIONAL PARK SERVICE
U.S. DEPARTMENT OF THE INTERIOR

ROCK CREEK PARK
WASHINGTON, D.C.



# Reconstruction and Rehabilitation of Beach Drive and Rock Creek and Potomac Parkway from P Street to Calvert Street

## Rock Creek Park
## Washington, D.C.

*Environmental Assessment and Assessment of Effect*

February 7, 2006

U.S. DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
in cooperation with
FEDERAL HIGHWAY ADMINISTRATION
EASTERN FEDERAL LANDS HIGHWAY DIVISION

ENVIRONMENTAL ASSESSMENT
FOR THE
REHABILITATION AND RECONSTRUCTION OF BEACH DRIVE AND ROCK CREEK AND
POTOMAC PARKWAY FROM P STREET TO CALVERT STREET

ROCK CREEK PARK
WASHINGTON, DC

# SUMMARY

This Environmental Assessment (EA) evaluates a range of feasible alternatives and strategies for the rehabilitation and reconstruction of four roads within Rock Creek Park in the District of Columbia. The National Park Service, in cooperation with the Federal Highway Administration, proposes to resurface and repair the entire length (6.5 miles) of Beach Drive; repave the Rock Creek & Potomac Parkway from P Street to Calvert Street; repair Cathedral Avenue and Shoreham Drive to Calvert Street (adjacent to the Parkway); and, repave and spot repair the Harvard Street ramp in Rock Creek Park located within the District of Columbia.

Rock Creek Park is an administrative unit of the National Park Service (NPS) that includes Rock Creek Park proper (Reservation 339), and Rock Creek and Potomac Parkway (Reservation 360). It is located in the northern portion of Washington, D.C. It is made up primarily of an undeveloped, wooded valley from the Maryland state line south to the National Zoological Park, with some associated tributaries and uplands; and the 2-mile long Rock Creek and Potomac Parkway from the National Zoological Park to West Potomac Park, where it ends at the Lincoln Memorial Circle. Its most notable feature is Rock Creek, which bisects the length of Rock Creek Park and Rock Creek and Potomac Parkway. Beach Drive is a multi-use resource within the park that primarily functions as a north-south commuter route during the week, accessing major arterial roads within Washington D.C. On weekends and holidays, portions of Beach Drive are closed to vehicular traffic and used as a recreational area by pedestrians and bicyclists. Rock Creek and Potomac Parkway serves as a travel corridor that connects Beach Drive and Rock Creek Park with Potomac Park.

The NPS explored and objectively evaluated a range of alternatives. Two alternatives were carried forward for further analysis: Alternative A – No Action; and, Alternative B – Rehabilitation and Reconstruction of Beach Drive and Rock Creek and Potomac Parkway. Alternative B is the preferred alternative chosen by the NPS.

Six additional alternatives or options were considered but not carried forward because they lacked technical or economic feasibility; did not meet the project's purpose or need; conflicted with an up-to-date park plan, statement of purpose and significance, or other policy; or would cause too great of an environmental impact. These alternatives included several design options such as roundabouts and acceleration lanes at Waterside Drive, as well as potential construction methods for Beach Drive such as night and weekend closures and maintaining one lane of traffic.

The no action and the action alternatives would either have no or negligible impacts on threatened, endangered, and other special concern species; air quality; geology and soils; floodplains; prime and unique farmlands; archeology, socioeconomics, including the local economy and land use; environmental

justice; soundscape management; ethnographic resources; museum collections; Indian trust resources and Native American sacred sites; park operation; and sustainability and conservation potential.

Under alternative A, the no action alternative, long-term minor adverse impacts would occur to water quality, wetlands, aquatic wildlife, historic resources, cultural landscapes, visitor use and experience, transportation, and health and safety. Long-term negligible adverse impacts would occur to vegetation and urban quality.

Alternative B would result in long-term beneficial impacts to water quality, wetlands, aquatic wildlife, visitor use and experience, transportation, urban quality, and health and safety. Short-term minor adverse and long-term moderate beneficial impacts would occur to historic resources (Rock Creek Park and Rock Creek and Potomac Parkway Historic Districts) and the Rock Creek Park cultural landscape. Long-term minor adverse impacts would occur to vegetation. Short-term moderate adverse impacts would occur to visitor use and experience and transportation. Short-term minor adverse impacts would occur to water quality, wetlands, vegetation, aquatic wildlife, urban quality, and health and safety.

### Note to Reviewers and Respondents

If you wish to comment on the EA, you may mail comments to the name and address below or respond online via the listed website by March 17, 2006. Our practice is to make comments, including names and home addresses of respondents, available for public review during regular business hours. Individual respondents may request that we withhold their home address from the record, which we will honor to the extent allowable by law. If you wish us to withhold your name and/or address, you must state this prominently at the beginning of your comment. We will make all submissions from organizations or businesses and from individuals identifying themselves as representative or officials or organizations or businesses available for public inspection in their entirety.

Please address all comments to:

Adrienne Coleman
Superintendent
Rock Creek Park and Rock Creek and Potomac Parkway
3545 Williamsburg Lane, NW
Washington, D.C. 20008-1207

The document can also be downloaded and reviewed from the internet at the NPS Planning, Environment and Public Comment (PEPC) website at: http://parkplanning.nps.gov/parkHome.cfm?parkID=198. Comments on the EA may also be submitted at this website location.

ideals during the early twentieth century. Originally built for horse-drawn carriages, horseback riders, pedestrians and the occasional automobile, the Rock Creek Parkway formed one of the earliest parkways in the nation and the first federally funded park road. The Parkway experienced numerous design changes to facilitate growing automobile use during the early 1900s, and as the oldest parkway in the metropolitan Washington area, the Parkway features numerous layers of American parkway design. Although the Parkway's long-term evolution resulted in contributions from several landscape architects, including James G. Langdon and Irving W. Payne, Frederick Law Olmsted, Jr., perhaps asserted the most influence on the Parkway's construction and evolution beginning as a member of the Commission of Fine Arts and later of the National Capital Park and Planning Commission. The Rock Creek and Potomac Parkway is significant under Criteria A and C in the areas of community planning and development, landscape architecture, architecture, and recreation during the period 1791 to 1951 (Barsoum 2002).

The Rock Creek and Potomac Parkway Historic District contains approximately 173 acres of land encompassing areas historically functioning as the parkway established by the Senate Park Commission to link the Mall and Potomac Park with the National Zoological Park and Rock Creek Park. Contributing resources within the boundaries of the Parkway district include the roadway, including all stone and stone-faced retaining walls built in conjunction with the roadway, a remnant road extending from beneath the Connecticut Avenue Bridge to the Zoo Ford, and the median between Q street and Massachusetts Avenue, the P Street Road Bridge, the South Waterside Drive Overpass, the Shoreham Hill Road Bridge, the P Street Beach, culverts including all structures with masonry headwalls, Shoreham Hill, and Rock Creek with all retaining walls and rip rap along the banks. Resources contributing to the Rock Creek and Potomac Parkway Historic District are listed in Table 6.

## CULTURAL LANDSCAPES

Cultural landscapes, as defined by The Secretary of the Interior's *Standards for the Treatment of Historic Properties with Guidelines for the Treatment of Cultural Landscapes*, consist of "a geographic area (including both cultural and natural resources and the wildlife or domestic animals therein) associated with a historic event, activity, or person or exhibiting other cultural or aesthetic values." Created by an act of Congress in 1890, Rock Creek Park encompasses the last major natural landscape in the District. The area comprising the park was little modified by human interaction prior to its creation as a park. Since that time, the park has balanced the preservation and maintenance of the valley's natural and cultural resources with the recreational and transportation requirements of modern Washington while incorporating the highest cultural and aesthetic values. As such, Rock Creek Park is considered a significant cultural and historic landscape.

In 1997, the NPS began a cultural landscape inventory of Rock Creek Park in order to more effectively document and manage the qualities and attributes of the park's component landscapes and cultural features that make it significant and worthy of preservation. The results of that inventory concluded that Rock Creek Park met the criteria for listing on the National Register as a historic designed landscape. In addition, the inventory determined that two component landscapes of the park, Linnaean Hill (including the Pierce-Klingle Mansion) and the Pierce Mill contribute to the significance of the Rock Creek Park cultural landscape, and thus comprise individually eligible landscape elements (NPS 1998).

## VISITOR USE AND EXPERIENCE

Rock Creek Park is one of the largest forested urban parks in the nation supporting an average of more than two million recreational visitors per year. Another 12 million people visit the park annually for nonrecreational purposes such as commuting (NPS 2002). The park offers a wide variety of natural, historical, and recreational opportunities some of which include hiking, biking, horseback riding, bird watching and wildlife viewing, picnicking, golf and other sports activities, nature walks, and educational activities, many of which are accessible from the Rock Creek and Potomac Parkway or Beach Drive. An extensive system of trails and paths cross throughout the park and cross Rock Creek and Potomac

AFFECTED ENVIRONMENT

**TABLE 6: ROCK CREEK AND POTOMAC PARKWAY CONTRIBUTING RESOURCES**

| Resource | Type | Individually Eligible |
|---|---|---|
| Sewer Pumping Station | Building | No |
| Washington City Tunnel Storage Shed | Building | No |
| K Street Bridge | Structure | No |
| Pennsylvania Avenue Bridge | Structure | No |
| M Street Bridge | Structure | No |
| P Street Bridge | Structure | No |
| South Waterside Drive Overpass | Structure | No |
| Massachusetts Avenue Bridge | Structure | No |
| Connecticut Avenue (Taft) Bridge | Structure | No |
| Calvert Street Bridge | Structure | No |
| P Street Road Bridge | Structure | No |
| Shoreham Hill Road Bridge | Structure | No |
| Lyon's Mill Footbridge | Structure | No |
| Shoreham Hill Footbridge | Structure | No |
| Rock Creek and Potomac Parkway Roadway | Structure | No |
| Trail Network | Structure | No |
| Culverts | Structure | No |
| Stone Seawall | Structure | Yes (part of East-West Potomac Parks) |
| Dumbarton (Q Street) Bridge | Structure | Yes |
| *The Arts of Peace* | Object | No |
| Millet Lamp Posts (along the Stone Seawall) | Object | No |
| Sycamore Allee | Site | No |
| Rock Creek | Site | No |
| P Street Beach | Site | No |
| Median (Between Q Street and Massachusetts Avenue) | Site | No |
| Shoreham Hill | Site | No |
| Quarry | Site | No |
| Woodley Lane Bridge Abutments | Site | No |

Parkway and Beach Drive. There are no entrance fees, although some fees are charged for various activities in the park (NPS 2002).

The principal roadways within the park are the Rock Creek and Potomac Parkway and Beach Drive, a north-south transportation corridor through the park. The Rock Creek and Potomac Parkway portion of the park road network extends approximately 2.5 miles from the Theodore Roosevelt Bridge in the core of the District of Columbia, north to Calvert Street. The parkway is a four-lane, paved, limited access road with a posted speed limit of 35 miles per hour. The Beach Drive portion of the park road network extends from Calvert Street approximately 6.5 miles north to the Maryland state line. This road is a two-lane, paved road with a posted speed limit of 25 miles per hour (NPS 2002).

Many visitors come to Rock Creek Park for motorized touring, specifically along Beach Drive. The park roadway network is also heavily used by local commuters as well as for non-motorized recreation. Approximately 235,000 visits per week are made to the park by people driving through the park.

In addition to motorized recreation, Rock Creek and Potomac Parkway and Beach Drive are also sources of non-motorized recreation. Beach Drive, which is within the narrow creek valley for much of the length of the park, is used by park visitors for activities such as walking, in-line skating, and bicycling.  On

40

average, 40,000 people a week use Beach Drive for recreational purposes. During the weekend and on holidays, portions of Beach Drive and other park roads are closed to motorized traffic, accommodating the heavy recreational use (see the "Transportation" section for a closure listing).

Visitor facilities accessible from Rock Creek and Potomac Parkway and Beach Drive include paved multi-use trails and weekend closures of Beach Drive, an extensive network of hiking and horseback riding trails, sport fields, scenic roads, and the Rock Creek Gallery, also known as the Art Barn and Pierce Mill Barn, which display the work of local artists. Rock Creek and Potomac Parkway and Beach Drive also provide access to the Rock Creek Park picnic areas. There are a total of 30 picnic areas 20 of which are unrestricted and 10 areas that require a permit (NPS 2002). Permits for the picnic areas are issued by the D.C. Department of Parks and Recreation (DCPR) between May 1st and October 31st and are only issued to Washington Metropolitan Area (District of Columbia, Maryland, or Virginia) residents. Capacity at the permitted picnic areas ranges between 50 and 75 people, and each permit is issued for 4-hour blocks of time. All patrons must vacate these areas by dark. There is no charge for use of these permitted picnic areas, but a $5.00 processing fee is required (DCPR 2004).

Recreational facilities located in the vicinity of Rock Creek and Potomac Parkway and Beach Drive, but not immediately accessible from these roads include the Rock Creek Park Visitors Center, the Tennis Center, Rock Creek Horse Center, the Carter Barron Amphitheater, and the Golf Course.

## TRANSPORTATION

### ROADWAY CHARACTERISTICS

Beach Drive serves as the primary north-south route through the northern portion of Rock Creek Park extending approximately 6.46 miles from the Maryland state line at the Park's northern boundary to its intersection with the Rock Creek and Potomac Parkway just south of the National Zoo. Beach Drive is a two-lane, paved road with a 9-foot lane width. Most of concrete curb and gutter at the edge of travel lanes are a 3-inch mountable type and some are 6-inch barrier curbs bordered by unpaved shoulders of varying widths.

The Rock Creek and Potomac Parkway (parkway) extends approximately 2.6 miles south from its intersection with Calvert Street to its intersection with Ohio Dive and Parkway Drive just south of the Theodore Roosevelt Bridge. The parkway is a limited-access facility that currently serves as a primary urban commuter route within the District of Columbia. Except for a short two-lane segment between Calvert Street and the National Zoo, the roadway consists of a four-lane paved surface with curbs and continuous roadway lighting. Between Calvert Street and the National Zoo, as well as south of Virginia Avenue, the speed limit is 25 mph. The posted speed limit along the remaining length of the parkway is 35 mph.

There are 14 entry routes to Beach Drive that provide access to Rock Creek Park. The majority of these east-west approaches to Beach Drive are stop-controlled, at-grade crossings as shown in Table 7. Only one traffic signal is located along Beach Drive at the intersection of Beach Drive with Park Road and Tilden Street. Grade-separated crossings occur over Beach Drive at Military Road and Porter Street with access to the park via on and off ramps at these locations. Beach Drive also provides access to and egress from the National Zoo and passes through a tunnel beneath a section of the National Zoo.

As summarized in Table 8, the Rock Creek and Potomac Parkway can be accessed at one of three at-grade interchanges: the signalized intersection with Calvert, 24th Streets, and Shoreham Drive or the two stop-controlled intersections at Cathedral Avenue and Beach Drive. There is also one at-grade intersection near the south end of the parkway at the signalized intersection with Virginia Avenue. All other access to the Parkway is provided via grade-separated interchanges at the following streets: Waterside Drive (side street from Massachusetts Avenue), P Street, and K Street.

AFFECTED ENVIRONMENT

**TABLE 7: BEACH DRIVE ENTRY ROADWAYS**

| Cross Street | At Grade Crossing | Grade Separated Crossing (on and off ramps) | Signal |
|---|---|---|---|
| West Beach Drive | X | | |
| Wise Road | X | | |
| Sherill Drive | X | | |
| Bingham Drive | X | | |
| Joyce Road | X | | |
| Morrow Drive | X | | |
| Military Road | | X | |
| Broad Branch Road | X | | |
| Blagden Avenue | X | | |
| Tilden Street | X | | X |
| Park Road | X | | X |
| Piney Branch Parkway | X | | |
| Porter Street | | X | |
| National Zoo | X | | |

Source: National Park Service Rock Creek Map

**TABLE 8: ROCK CREEK AND POTOMAC PARKWAY ENTRY ROADWAYS**

| Cross Street | Direction | At Grade Crossing | Grade Separated Crossing (on and off ramps) | Signal |
|---|---|---|---|---|
| Beach Drive | Both | X | | |
| Cathedral Avenue | Both | X | | |
| Calvert Street/ 24th Street/ Shoreham Drive | Both | X | | X |
| Waterside Drive (from Massachusetts Avenue) | Northbound | | X | |
| Waterside Drive (from Massachusetts Avenue) | Southbound | | X | |
| P Street | Northbound | | X | |
| P Street | Southbound | | X | |
| K Street | Northbound | | X | |
| K Street | Southbound | | X | |
| Virginia | Northbound | X | | X |

Source: National Park Service Rock Creek Map

ROADWAY ENVIRONMENT

Beach Drive and most of the roads within the northern portion of the park have large trees encroaching up to and sometimes beyond the curb line.  Other fixed objects are often found within the park, including large rocks and rock formations, wooden guardrails and steel guardrails, obsolete light standards, the entire post-mounted traffic signing system, and hinged gates.

*Reconstruction and Rehabilitation of Rock Creek & Potomac Parkway and Beach Drive EA*

The Rock Creek and Potomac Parkway has fewer light standards, post-mounted traffic signs, and bridge supports. The Parkway was constructed close to grade with the surrounding terrain, and the roadway shoulders are generally well-maintained. There is guardrail located in the median adjacent to the Parkway and guardrail along some shoulder locations.

## OPERATIONAL CHARACTERISTICS

Commuting has the greatest effect on traffic flows through Rock Creek Park with the highest traffic levels corresponding to the peak morning and evening commuting times. All lanes of the Rock Creek and Potomac Parkway are designated as one-way southbound during the morning commute period (6:45 A.M. to 9:30 A.M.) and one-way northbound during the evening commute (3:45 P.M. to 6:30 P.M.) to accommodate individuals traveling to and from their work.

Selected sections of Beach Drive are closed to all motorized traffic on holidays and on weekends from 7:00 A.M. on Saturday until 7:00 P.M. on Sunday, allowing the travel way exclusively for recreational uses. These closed sections are from Broad Branch Road to Joyce Road, Parking Area No. 10 to Wise Road, and West Beach Drive to the northern park boundary at the Maryland State line. Bingham Drive and Sherrill Drive are also closed.

## TRAFFIC CONDITIONS

Traffic counts for Beach Drive and Rock Creek and Potomac Parkway between 1990 and 2004 indicated that average daily traffic (ADT) changed considerably over the 14-year period. While certain sections of Beach Drive and arterial roadways decreased their traffic volume from 1990 to 2004, some were unchanged or some increased volume. Sections of Beach Drive and Rock Creek and Potomac Parkway carried from 5,200 to 25,000 vehicles and from 40,000 to 60,000 vehicles, respectively, during an average weekday. The most recent traffic counts (as ADT), derived from park traffic studies or DDOT traffic counts, for individual road sections include the following:

- Beach Drive north of Sherrill Drive (1996 counts): 5,200
- Beach Drive north of Joyce Road (1996 counts): 8,677
- Beach Drive south of Joyce Road (2004 counts): 12,500
- Beach Drive south of Blagden Avenue (2004 counts): 21,000
- Beach Drive south of National Zoo (1996 counts): 25,000
- Rock Creek and Potomac Parkway (four-lane sections; 1993 counts): ranged from 40,000 to 62,000 vehicles

Daily traffic volumes varied very little during weekdays, when peak commuting conditions occur. Seasonal variations of traffic volumes in Rock Creek Park were very minor due to the high number of commuters using park roads, and the park's location within a large metropolitan community (Robert Peccia & Associates 1997).

Peak-hour counts during the morning and evening peak hour each accounted for 7 to 9% and 9 to 11% of the ADT for Beach Drive and Rock Creek and Potomac Parkway, respectively. In contrast, the off-peak traffic volumes never exceeded 6% of the ADT. With higher traffic volumes during morning and afternoon peak hours, travelers at some intersections in the park experience delays during the commuting periods (Robert Peccia & Associates 1997). The following Table 9 lists the intersections that failed or functioned very poorly for morning and afternoon peak hours based on 1996 peak hour traffic counts.

43

AFFECTED ENVIRONMENT

**TABLE 9: INTERSECTIONS WITH DELAYS**

| A.M. Peak | P.M. Peak |
|---|---|
| Beach Drive and Blagden Avenue | Beach Drive and West Beach Drive |
| Beach Drive and Tilden Street/Park Road | Beach Drive and Joyce Road |
| Beach Drive and Piney Branch Parkway | Beach Drive and Porter Street (Klingle Road) |
| 16th Street and Kennedy Drive/Morrow Road | Beach Drive and Tilden Street/Park Road |

Source: Robert Peccia & Associates 1997

## PEDESTRIAN AND BICYCLE FACILITIES

To provide recreational opportunities for pedestrians, bicyclists, and in-line skaters, and other types of non-motorized uses, the park closes portions of Beach Drive to motorized vehicle traffic during weekends and holidays as described in Operational Characteristics above. During the week, when all park roads are open to commuter traffic, interactions are common between automobiles and non-motorized users, such as bicyclists and pedestrians. These occur particularly in areas where a trail enters the actual driving lane and becomes part of the traffic.

## URBAN QUALITY

Zoning designations for areas of the city adjacent to Rock Creek Park were identified through use of The District of Columbia Zoning Map (1958) and through field observations (Table 10). Rock Creek Park is zoned GOV, indicating a government use that is not under the jurisdiction of the D.C. Office of Zoning. Areas located outside the park are not owned by the federal government and are subject to the regulations of the D.C. Office of Zoning. Surrounding land uses in the northern portion of the park (from the Maryland border south to Connecticut Avenue) include R-1-A, R-1-B, R-2, R-5-A, and R-4. Between Connecticut Avenue and P St NW, land is classified as C-2-A, C-2-B, R-5-B, R-1-B, D/R-3, D/R-1-B, and R-3. This area supports more businesses and commercial uses in contrast to the northern section of the park, which is almost entirely residential.

**TABLE 10: ZONING DESIGNATIONS FOR AREAS ADJACENT TO ROCK CREEK PARK**

| Zoning Designation | Use |
|---|---|
| R-1-A | One-Family Detached Dwellings |
| R-1-B | One-Family Detached Dwellings |
| R-2 | One-Family Semi-Detached Dwellings |
| R-3 | Row Dwellings |
| R-4 | Row Dwellings and Flats |
| R-5-A | Low Density Apartment Houses |
| R-5-B | Moderate Density Apartment Houses |
| C-2-A | Community Business Center – Medium Density |
| C-2-B | Community Business Center – Medium High Density |
| D/ | Diplomatic Use |

Source: D.C. Office of Zoning 1958

Rock Creek Park and its roadway network are bordered by established urban neighborhoods including Hawthorn, Chevy Chase, Forest Hills, Garfield Heights, Massachusetts Park, North Cleveland Park, Cleveland Park, Massachusetts Avenue Heights, Cathedral Heights, Georgetown, Central, Hillcrest,

Mount Pleasant, Crestwood, 16th Street Heights, Brightwood, Shepard Park, and Colonial Village. While residential uses are prominent adjacent to the park, mixed-use areas, such as Adams Morgan, are also present as well as office buildings and foreign embassies (NPS 2002).

Given its unique setting in the northern portion of Washington, D.C. and the extensive road network that runs through its midst, Rock Creek Park is also a popular commuter route for people in the surrounding areas and Maryland. Many residents from the surrounding areas, as well as individuals living in the District of Columbia and Maryland, use roadways, such as Beach Drive, to reach their place of employment. Previous planning efforts have shown that adjoining areas of the city, both east and west of the park, are concerned about local increases in traffic associated with park management of roadways (NPS 2002).

## HEALTH AND SAFETY

Law enforcement, including accident investigation, along Rock Creek and Potomac Parkway and Beach Drive is primarily the responsibility of the U.S. Park Police. A 1997 traffic safety study in Rock Creek Park (Robert Peccia & Associates 1997) provided an analysis of accidents on park roads between January 1, 1993 and December 31, 1995. Table 11 shows a summary of this study that stated that the greatest safety problems on park roads were excessive vehicle speed and aggressive driving tendencies. The high vehicle speeds contributed to safety problems for bicyclists and pedestrians, as well as making it almost impossible for a visitor to have a comfortable driving experience in the park. Accidents were concentrated at intersections within the park and near on-ramps to the Parkway.

**TABLE 11: SUMMARY OF TRAFFIC ACCIDENTS IN ROCK CREEK PARK AND THE ROCK CREEK PARK AND POTOMAC PARKWAY, 1993 THROUGH 1995**

| Accident Type | Rock Creek and Potomac Parkway | Beach Drive | Other Park Roads | Total |
|---|---|---|---|---|
| Fatal Accidents | 2 (0.3%) | 1 (0.3%) | 1 (0.4%) | 4 (0.3%) |
| Injury Accidents | 155 (23.6%) | 75 (25.5%) | 45 (20.1%) | 275 (23.4%) |
| Property Damage Only | 500 (76.1%) | 218 (74.2%) | 178 (79.5%) | 896 (76.3%) |
| Collision with Motor Vehicle or Other Object | 621 (94.5%) | 273 (92.9%) | 210 (93.8%) | 1,104 (94.0%) |
| Collision Involved Pedestrian or Bicyclist | 11 (1.7%) | 13 (4.4%) | 4 (1.8%) | 28 (2.4%) |
| Non-collision Accidents | 25 (3.8%) | 8 (2.7%) | 10 (4.5%) | 43 (3.6%) |
| Total Accidents | 657 | 294 | 224 | 1,175 |

Source: NPS 2002
Note: Each % is the % of total accidents for that roadway. For example, 1 or 0.3% of the total accidents on Beach Drive were fatal.

Among the recorded accidents, almost 56% occurred on the Rock Creek and Potomac Parkway, 25% were on Beach Drive, and 19% were on other park roads. On Rock Creek and Potomac Parkway and Beach Drive, over 92% of these accidents involved collisions with other cars, or collisions with objects such as poles, signs, trees, guardrails, rocks, bridges, ditches, or animals. Along the Rock Creek and Potomac Parkway, rear-end collisions were the most frequent, accounting for 43% of reported accidents. Along Beach Drive, single-vehicle accidents accounted for 68% of the reported accidents, with angle collisions being the most common accounting for 36% of accidents followed by sideswipe collisions between opposing vehicles (24%), rear-end collisions (19%), and head-on collisions (18%). Collisions with pedestrians or bicyclists accounted for 4.4% of traffic accidents on Beach Drive. This number was lower on other park roads (1.8%) and on the Rock Creek and Potomac Parkway (1.7%). The report also noted a relatively low number of serious accidents in that park that may result in part from a perceived risk to personal safety (NPS 2002).

Pavement condition and wet roadways are contributing factors to the number of vehicle accidents along park roads, accounting for 30% of all accidents on Rock Creek and Potomac Parkway and 32% of all accidents on Beach Drive. Only 3% of accidents on Rock Creek and Potomac Parkway and 6% of the accidents on Beach Drive occurred during periods of snow, sleet, hail, or freezing rain. In 1996, a windshield survey was conducted and it was determined that the overall condition of the pavement surface in the park and on the parkway was fair. At this time there was not a proliferation of potholes, rutting or alligator cracking, but there was some general deterioration in some of the larger parking areas. Over time, the overlaying of the road base has decreased the water carrying capacity of the original design, creating wet pavement surfaces that freeze in the winter months. Approximately one third of all accidents throughout the park occur on wet pavement surfaces.

The traffic safety study (Robert Peccia & Associates 1997) also characterized accidents on park roads by road character and surface condition. This study found that 36% of accidents reported on Rock Creek and Potomac Parkway occurred on straight and level roadway sections, 28% on curved and level roads, 26% on curved sections of road on grade, and 11% on straight sections on grade. On Beach Drive, 25% of accidents reported occurred on straight and level roadway sections, 45% on curved and level roads, 22% on curved sections of road on grade, and 7% on straight sections on grade. The condition of the roadway shoulders also contribute to the safety along park roads. While most road shoulders are stable and close to the grade of the back of the curb, some have significant drops behind the curb, which were likely caused by water erosion. These drops become a safety consideration when cars leave the roadway (Robert Peccia & Associates 1997).

In addition to evaluating the percentage of accidents occurring along a roadway, traffic safety can also be described through accident rates. The accident rate for a roadway represents the number of accidents per 100 million vehicle-miles traveled, and can also be determined for fatal and injury accidents. The traffic safety study determined the accident, injury, and fatality rates for Rock Creek Park and Potomac Parkway and Beach Drive for a three year period between 1993 and 1995. For comparison, the rates for the Washington, D.C. area and nationwide were also calculated (Table 12). In summary, Rock Creek Park and Potomac Parkway had higher accident rates than those occurring throughout Washington, D.C., but lower injury rates. Fatality rates matched those both in the city and nationwide. Beach Drive had accident, injury, and fatality rates that were below the city and nationwide levels.

**TABLE 12: ACCIDENT RATES FOR THE ROCK CREEK AND POTOMAC PARKWAY, BEACH DRIVE, AND WASHINGTON, D.C.**

| Location | Accident Rate (per 100 million vehicle-miles traveled) | Injury Rate (per 100 million vehicle-miles traveled) | Fatality Rate (per 100 million vehicle-miles traveled) |
|---|---|---|---|
| Rock Creek and Potomac Parkway | 540 | 127 | 1.6 |
| Beach Drive | 387 | 99 | 1.3 |
| Washington, D.C. Area | 425 | 147 | 1.6 |
| Nationwide | - | 125 | 1.6 |

Source: NPS 2002

Non-motorized recreation users are also a concern along Rock Creek Park and Potomac Parkway and Beach Drive. Conflicts between vehicles and bicycles or pedestrians are commonplace throughout the park and parkway. The park trail system crosses the park roadway system at numerous points, forcing interaction between different visitor uses. This situation is exacerbated in areas where there are no pedestrian or bicycle facilities available, forcing bicyclists to ride in the road and pedestrians to walk along the shoulder of the road (Robert Peccia & Associates 1997). A total of 28 traffic accidents

involving motorized vehicles and pedestrians or bicyclists occurred between 1993 and 1995 (Table 11). The injury rate for vehicle and recreational user collisions is highest along Beach Drive (25.5%), followed by Rock Creek and Potomac Parkway (23.6%) and other park roads (20.1%) (NPS 2002). Fatality rates resulting from these accidents were similar in all areas of Rock Creek Park and ranged from 0.3 to 0.4%.

AFFECTED ENVIRONMENT

[INTENTIONALLY LEFT BLANK]

# ENVIRONMENTAL CONSEQUENCES

## GENERAL METHODOLOGY FOR ESTABLISHING IMPACT THRESHOLDS AND MEASURING EFFECTS

This "Environmental Consequences" chapter addresses the potential impacts to each of the resource areas (i.e., impact topics) discussed under the "Affected Environment" chapter for the no action and action alternatives. The analysis of impacts for each resource area begins with a statement of the methodology and assumptions used for the analysis. Next, the resource-specific impact thresholds and study area for the resource area are defined. The final section addresses the impacts to the resource area from each of the alternatives.

Each action alternative is compared to the no action alternative to determine resource impacts. In the absence of quantitative data, best professional judgment was used. In general, impacts were determined through consultation and collaboration with a multidisciplinary team of National Park Service, Federal Highway Administration, and consultant professional staff. Existing data sources such as transportation volume and safety studies, resource studies, and park planning documents were also used to assess the potential impact of each alternative. These data sources and studies are listed by impact topic in the following subsections.

Potential impacts of all alternatives are described in terms of type (beneficial or adverse); context (site-specific, local, or regional); duration (short-term or long-term), and intensity (negligible, minor, moderate, major). This is consistent with the regulations of the CEQ that implements NEPA. Definitions of these descriptors include:

> *Beneficial*: A positive change in the condition or appearance of the resource or a change that moves the resource toward a desired condition.

> *Adverse*: A change that declines, degrades, and /or moves the resource away from a desired condition or detracts from its appearance or condition.

> *Context*: Context is the affected environment within which an impact would occur, such as local, park-wide, regional, global, affected interests, society as whole, or any combination of these. Context is variable and depends on the circumstances involved with each impact topic. As such, the impact analysis determines the context, not visa versa.

> *Duration*: The duration of the effect is described as short-term or long-term. Duration is variable with each impact topic; therefore, definitions related to each impact topic are provided in the specific impact analysis narrative.

> *Intensity*: Because definitions of impact intensity (negligible, minor, moderate, and major) vary by impact topic, intensity definitions are provided for each impact topic analyzed in the specific impact analysis narrative.

National Park Service policy also requires that direct and indirect impacts be discussed and analyzed during the impact analysis, but not specifically identified in the narrative.

## CUMULATIVE IMPACTS

The CEQ regulations to implement NEPA require the assessment of cumulative impacts in the decision-making process for federal projects. Cumulative impacts are defined as "the impact on the environment which results from the incremental impact of the action when added to other past, present, and reasonably foreseeable future actions regardless of what agency (federal or nonfederal) or person undertakes such other actions" (40 CFR 1508.7). Cumulative effects can result from individually minor, but collectively moderate or major actions that take place over a period of time.

Cumulative impacts are considered for all alternatives, including the no action alternative. Cumulative impacts were determined by combining the impacts of the alternative being considered with other past, present, and reasonably foreseeable future actions. Therefore, it was necessary to identify past, ongoing, or reasonably foreseeable future transportation and resource management projects at Rock Creek Park and in the surrounding region that could collectively interact with the actions proposed in the alternatives.

## ROCK CREEK PARK PLANS

**Fish Barrier Removal in Rock Creek** – As a part of the Woodrow Wilson Bridge project, manmade barriers to fish movement in Rock Creek Park are being removed. This project, which began in December 2003, will remove or bypass several manmade barriers that for generations have prevented herring and other migratory fish from returning to primordial spawning areas that lie upriver. A total of 23 fish barriers will be removed or modified in several streams that find their way into the Potomac River. In Rock Creek Park, six fish barriers are being removed or modified, while two more are being remedied in the adjacent National Zoological Park.

**Road Repair at Thompson's Boathouse and along Rock Creek and Potomac Parkway from Virginia Avenue to P Street** – The proposed road repair would include milling and overlaying of asphalt in the parking lot and along the roadway serving Thompson's Boat House from Rock Creek Parkway to the Thompson Boat Center. Bridge railings would be replaced and the existing asphalt overlay on the bridge deck removed. Patching would occur on the deck, curbs, sidewalks, and on the bridge as necessary and the deck would be sealed.

Repairs would also be performed on the section of Rock Creek Parkway from P Street to Virginia Avenue; this section is just south of the Rock Creek Parkway section analyzed in this EA. This project would include milling and overlaying asphalt and realigning portions of the parkway eastward to provide more space on the west side, This realignment would create a uniform width on the Rock Creek Bike Trail and provide space for a traffic guardrail. Other work would include: replacing the existing streetlights and installing new steel backed timber guardrail between the parkway and Rock Creek; repairing the concrete base of the parkway as necessary; cleaning, patching, and overlaying the bike trail; and, milling and overlaying asphalt on the ramps to and from K Street, Pennsylvania Avenue and at P Street. An EA has been prepared for this project and a Finding of No Significant Impact (FONSI) is pending following public review.

## LOCAL/STATE PLANS

The District Department of Transportation (DDOT) has prepared transportation plans in the vicinity of Rock Creek Park that are considered in the cumulative impact assessment. These plans are summarized below. More specific details are available via the District of Columbia website (www.ddot.dc.gov).

### Klingle Road Environmental Impact Statement

On March 17, 2004, a Notice of Intent to Prepare an Environmental Impact Statement (EIS) was published in the Federal Register to initiate the Klingle Road Improvements EIS. The Federal Highway Administration, in coordination with the District Department of Transportation and in cooperation with the National Park Service, are preparing the EIS to assess the potential effects of reconstructing Klingle Road for vehicular and recreational uses within the District of Columbia right-of-way. This EIS addresses the 0.7-mile segment of Klingle Road between Porter Street, NW and Cortland Place, NW (approximate designations) in Washington, D.C. that was closed to traffic in 1991 due to severe deterioration of the roadway, headwalls, and underlying stormwater management systems. Proposed reconstruction work would include road base repair, road resurfacing, stormwater management, drainage, and safety improvements. Although the current roadway alignment is within a D.C. managed right-of-way, NPS lands are located to either side of the right-of-way as it passes through Rock Creek Park.

**Wisconsin Avenue Corridor Study**

The DDOT is currently investigating transportation management improvements in the Wisconsin Avenue Corridor Area from Whitehaven Parkway to Fessenden Street and traffic and parking management in surrounding neighborhoods. The study's purpose is to investigate existing and future traffic conditions and the potential development impacts along the Wisconsin Avenue corridor in order to identify short-term and long-term traffic management and infrastructure improvements that might reduce traffic congestion and protect surrounding residential streets from impacts.

**Military Road / Missouri Avenue Transportation Study**

The DDOT investigated and identified potential traffic and truck management improvements along the 4.4-mile Military Road/Missouri Avenue corridor from Western Avenue to North Capitol Street. The corridor is a major thoroughfare, and one of the few east to west through streets in the northern part of the District of Columbia. It traverses high- and moderate-density residential areas, commercial areas, and Rock Creek Park. The study identified that the corridor experiences serious speeding, moderately high levels of light and heavy truck traffic, and traffic back-ups during peak periods. Short-term and long-term improvement recommendations addressed the reduction in vehicular speeds and the improvement with pedestrian crossing safety for large portions of the corridor.

**Connecticut Avenue Transportation Study**

The DDOT conducted an evaluation of transportation conditions in the Van Ness area of Connecticut Avenue, including Connecticut Avenue, Reno Road, Albemarle Street, Van Ness Street, and Tilden Streets. Short-term and long-term recommendations addressed the improved mobility, traffic safety and compliance with speeding regulations, as well as pedestrian and bicycle safety.

**Columbia Heights / Mount Pleasant Transportation Study**

The DDOT conducted a study of methods to make improvements to promote safe and convenient multi-modal transportation design and management plan in the Columbia Heights - Mount Pleasant area. Improvements for all forms of transportation such as pedestrian, bicycle, vehicular, and transit were addressed in the recommendations.

**Rehabilitation of Rock Creek Trail from P Street to Broad Branch Road and the Construction of a Trail Bridge at the Zoo Tunnel**

The DDOT investigated and identified potential pedestrian and bicycle safety improvements on the Rock Creek Trail from P Street to Broad Branch Road and at the Zoo Tunnel. The purpose is to rehabilitate the trail and provide a safe route through the Zoo and eliminate users meeting on the Tunnel's narrow bridge sidewalk. A range of alternatives will be developed and evaluated to determine the feasibility of a trail bridge. DDOT will begin preparing the NEPA document in early 2006.

**IMPAIRMENT ANALYSIS**

The NPS *Management Policies 2001* requires an analysis of potential effects to determine whether or not actions would impact park resources, but also to determine whether those actions would impair park resources. The fundamental purpose of the national park system, as established by the Organic Act and reaffirmed by the General Authorities Act, as amended, begins with a mandate to conserve park resources and values. National Park Service managers must always seek ways to avoid, or to minimize to the greatest degree practicable, adversely impacting park resources and values.

These laws do give the National Park Service the management discretion to allow impacts to park resources and values when necessary and appropriate to fulfill the purposes of a park, as long as the impact does not constitute impairment of the affected resources and values. Although Congress has given the National Park Service the management discretion to allow certain impacts within a park system unit,

 

As the nation's principal conservation agency, the Department of the Interior has responsibility for most of our nationally owned public lands and natural resources. This includes fostering wise use of our land and water resources, protecting our fish and wildlife, preserving the environmental and cultural values of our national parks and historic places, and providing for the enjoyment of life through outdoor recreation. The department assesses our energy and mineral resources and works to ensure that their development is in the best interests of all our people. The department also promotes the goals of the Take Pride in America campaign by encouraging stewardship and citizen responsibility for the public lands and promoting citizen participation in their care. The department also has major responsibility for American Indian reservation communities and for people who live in island territories under U.S. administration.

NPS D-133 / February 2006