UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES, )<br>)<br>　　　　Plaintiff, )<br>)<br>　v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>　　　　Defendant. )<br>) | Civil Action No. 05-01421 (PLF) |

**CONSENT MOTION TO EXTEND TIME TO REPLY
TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION**

　　　　Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of time to reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment, to and including October 11, 2007. Defendant's reply is presently due on September 17, 2007. Plaintiff has graciously consented to this motion.

　　　　The reasons for this motion are as follow:

　　　　Defendant filed its dispositive motion on July 18, 2007, and plaintiff filed his opposition on September 7, 2007. Upon receipt by e-filing of plaintiff's opposition, defendant's counsel forwarded plaintiff's filing to agency counsel for the two agencies connected to this litigation, *i.e.,* the Smithsonian Institution and the National Park Service ("NPS"). Defendant's counsel has had preliminary discussions with counsel for the Smithsonian Institution. However, counsel for the NPS has been away from the office in training since the filing of plaintiff's opposition and will continue to be out of the office through September 24, 2007. Accordingly, undersigned counsel will be unable to consult with the NPS until after the due date of defendant's reply.

In addition to the need to consult with agency counsel before a reply is filed with the Court, defendant's counsel would like to more closely examine the numerous photographs attached to plaintiff's filing. Although plaintiff was gracious enough to provide these photographs to defendant's counsel by mail, as mail to defendant's counsel is still being irradiated for security purposes, the photographs were destroyed during the irradiation. Defendant's counsel has requested that plaintiff provide duplicate copies which have not yet arrived.

For the foregoing reasons, defendant respectfully requests an extension of time, to and including October 11, 2007, to respond to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137