UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01421 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**SECOND CONSENT MOTION TO EXTEND TIME TO REPLY
TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of time, to and including October 25, 2007, to reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment. Defendant's reply is presently due on October 11, 2007. Plaintiff has graciously consented to this motion.

The reasons for this motion are as follow:

There are two agencies involved in this litigation: the Smithsonian Institution and the National Park Service (NPS). Although counsel for the Smithsonian has been available for consultation, the agency counsel for the National Park Service (NPS) has been away from the office on job-related matters and, therefore, has been unavailable to consult with undersigned counsel primarily assigned to this case with respect to the content of defendant's reply to plaintiff's opposition to defendant's dispositive motion. In addition, from October 11 to 17, 2007, undersigned counsel will be in depositions (October 11) and/or out of the office in Seattle, Washington (October 12-17). It is expected that the NPS counsel will confer with undersigned counsel shortly after undersigned counsel returns from Seattle on October 17. Thereafter, a draft

of defendant's reply will be circulated among the parties for review and filing with the Court.

For the foregoing reasons, defendant respectfully requests an extension of time, to and including October 11, 2007, to respond to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment. As noted above, plaintiff consents to this extension. A proposed order is attached.

                Respectfully submitted,

                /s/
                JEFFREY A. TAYLOR , D.C. Bar # 498610
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. Bar # 434122
                Assistant United States Attorney

                /s/
                CLAIRE WHITAKER, D.C. Bar # 354530
                Assistant United States Attorney
                United States Attorneys Office
                Civil Division
                555 4th Street, N.W., Room E-4204
                Washington, D.C. 20530
                (202) 514-7137