UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01421 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**THIRD CONSENT MOTION TO EXTEND TIME TO REPLY
TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION**

Pursuant to Fed. R. Civ. P. 6(b)(2), defendant moves this Court for an extension of time, to and including November 12, 2007, to reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment. Defendant's reply was due on October 25, 2007, however, undersigned counsel primarily assigned to this case failed to note her calendar with this deadline. Upon realizing this oversight, she immediately filed this extension of time motion and apologizes to the Court for this error. Plaintiff has graciously consented to this motion.

Although defendant has presented a legal argument for the Court's resolution, plaintiff has provided numerous photographs and other factual information to review before a reply may be finalized. In addition, plaintiff has relied on his expert in defending against defendant's dispositive motion. These arguments must be reviewed and defendant must determine whether any of them affect its legal arguments.

Moreover, the agency counsel for the National Park Service (NPS) and undersigned counsel primarily assigned to the case have been unable to consult for a variety of reasons,

including agency counsel's training and travel schedule, and undersigned counsel's deposition and leave schedule.

For the foregoing reasons, defendant respectfully requests an extension of time, to and including November 12, 2007, to respond to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment. As noted above, plaintiff consents to this extension. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137