UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID A. HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01421 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of time, to and including November 19, 2007, to reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment. Defendant's reply was due on November 12, 2007, which was a holiday making the filing due today . Plaintiff has graciously consented to this motion.

The reasons for this motion are as follow: Although undersigned counsel primarily assigned to the case has drafted a reply, because of illness she has been unable to complete it for filing with the Court by the extended deadline. It is hoped that by the end of the week of November 13, 2007, counsel will be back to work and in good health. Accordingly, a brief extension to and including November 19, 2007, is requested.

WHEREFORE, defendant respectfully requests an extension of time, to and including November 19, 2007, to respond to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137