UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID A. HAYES,            )<br>                            )<br>     Plaintiff,            )<br>                            )<br>v.                          )<br>                            )<br>UNITED STATES OF AMERICA,   )<br>                            )<br>     Defendant.            )<br>                            ) | Civil Action No. 05-01421 (PLF) |

## ORDER

Upon consideration of defendant's motion to extend time, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion is granted. The time for filing defendant's reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment is extended to and including November 19, 2007.

_____
UNITED STATES DISTRICT JUDGE