UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID A. HAYES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1421 (PLF) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that the defendant's motion to dismiss or, in the alternative, for summary judgment [18] [19] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that, with respect to plaintiff's failure to warn claim, the defendant's motion to dismiss is DENIED; it is

FURTHER ORDERED that, with respect to plaintiff's failure to inspect and maintain claim, the defendant's motion to dismiss is GRANTED; and it is

FURTHER ORDERED that a status conference in this case is scheduled for April 9, 2008 at 9:15 a.m.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 28, 2008