UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01421 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO CONTINUE 4/15/08 STATUS CONFERENCE**

Defendant, with the consent of plaintiff's counsel, respectfully request that the Status Conference set for April 15, 2008, be rescheduled for April 29, 2008, at 9:15 am. The reason for this request is as follows:

A status conference in this case was originally set for April 9, 2008. On April 8, 2008, the Court rescheduled the April 9th conference for April 15, 2008. However, undersigned counsel primarily assigned to this case is scheduled to be in depositions on April 15, 2008. Accordingly, it is respectfully requested that the April 15, 2008, status conference be rescheduled for April 29, 2008, at 9:15 am. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                                             /s/
_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137