UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. HAYES,      )<br>                      )<br>       Plaintiff,   )<br>                      )<br>  v.                  )<br>                      )<br>UNITED STATES OF AMERICA,  )<br>                      )<br>       Defendant.     )<br>                      ) | Civil Action No. 05-01421 (PLF) |

**ORDER**

Upon consideration of consent defendant's motion to continue, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that said motion is granted; and it is

FURTHER ORDERED. that the status conference set for April 15, 2008, is rescheduled for April 29, 2008, at 9:15 am.

_____          _____
           Date                                  UNITED STATES DISTRICT JUDGE

Copies to:

Nicholas S. McConnell, Esq.
JACKSON & CAMPBELL, PC
1120 - 20th St., NW (South Tower)
Washington, D.C. 20036-3437

CLAIRE WHITAKER
Assistant United States Attorney
501 3rd St., NW  Room E-4204
Washington, DC  20530