UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID A. HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1421 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## REFERRAL ORDER

This matter came before the Court for a status conference on April 29, 2008. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Alan Kay for settlement discussions, beginning on April 30, 2008; discussions shall conclude on or before June 30, 2008. The parties will contact Magistrate Judge Kay's chambers to schedule a settlement conference.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 30, 2008