REFERRAL TO MAGISTRATE JUDGE

CATEGORY:    B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: Tort Claim | | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 05-1421 | DATE REFERRED:<br>4/30/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement discussions beginning 4/30/3008 to conclude on or before 6/30/3008. | JUDGE:<br>Paul L. Friedman | MAG. JUDGE<br>Alan Kay |

| PLAINTIFF (S) :<br><br>David A. Hayes | DEFENDANT(S):<br><br>United States of America |
|---|---|

| ENTRIES: |
|---|
| |